IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NUMBER 1:16-CV-01038

| | |
|---|---|
| ARIANA QAYUMI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CORPORATE DISCLOSURE |
| v. | ) STATEMENT |
| | ) |
| DUKE UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Duke University hereby states as follows:

Duke University has no parent corporations and no publicly held company owns ten percent or more of its stock.

This the 9th day of August 2016.

                                                Respectfully submitted,

                                                /s/ Dixie T. Wells
                                                Dixie T. Wells
                                                N.C. State Bar No. 26816
                                                Christopher W. Jackson
                                                N.C. State Bar No. 42939
                                                ELLIS & WINTERS LLP
                                                300 N. Greene, Suite 800
                                                Greensboro, NC 27401
                                                Tel. (336) 217-4193
                                                Fax (336) 217-4198
                                                dixie.wells@elliswinters.com

chris.jackson@elliswinters.com

Thomas H. Segars
N.C. State Bar No. 29433
ELLIS & WINTERS LLP
P.O. Box 33550
Raleigh, NC 27636
Tel. (919) 865-7000
Fax (919) 865-7010
tom.segars@elliswinters.com

*Attorneys for Defendant Duke University*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 9, 2016 the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record, and by depositing a copy thereof in the United States mail, postage prepaid, first class, addressed as follows:

Robert C. Ekstrand
Ekstrand & Ekstrand LLP
110 Swift Avenue, Second Floor
Durham, North Carolina 27705

*Attorney for Plaintiff*

/s/ Dixie T. Wells
Dixie T. Wells
N.C. State Bar No. 26816
ELLIS & WINTERS LLP
300 N. Greene, Suite 800
Greensboro, NC 27401
Tel. (336) 217-4193
Fax (336) 217-4198
dixie.wells@elliswinters.com