IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NUMBER 1:16-CV-01038

| | |
|---|---|
| ARIANA QAYUMI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | )    Notice of Appearance |
| | ) |
| DUKE UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

PLEASE TAKE NOTICE of the appearance of Thomas H. Segars, of Ellis & Winters LLP, as counsel of record in the above-entitled action on behalf of Defendant Duke University. The undersigned certifies that he is admitted to practice before this Court.

This the 9th day of August, 2016.

/s/ Thomas H. Segars
Thomas H. Segars
N.C. State Bar No. 29433
ELLIS & WINTERS LLP
P.O. Box 33550
Raleigh, NC 27636
Tel. (919) 865-7000
Fax (919) 865-7010
tom.segars@elliswinters.com

Attorney for Defendant Duke University

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 9, 2016, the foregoing Notice of Appearance was served on counsel for Plaintiff by depositing a copy thereof in the United States mail, postage prepaid, first class, addressed as follows:

Robert C. Ekstrand
Ekstrand & Ekstrand LLP
110 Swift Avenue, Second Floor
Durham, North Carolina 27705

Attorney for Plaintiff

This the 9th day of August, 2016.

/s/ Thomas H. Segars
Thomas H. Segars
N.C. State Bar No. 29433
ELLIS & WINTERS LLP
P.O. Box 33550
Raleigh, NC 27636
Tel. (919) 865-7000
Fax (919) 865-7010
tom.segars@elliswinters.com