# Exhibit B

# Present Value of the Expected Economic Impact of Delay in Obtaining Undergraduate Degree
## Ariana Qayumi

Prepared at the Request of

Bob Ekstrand, Esq.
Ekstrand & Ekstrand
811 Ninth Street, Suite 260
Durham, NC 27705

Prepared by

Gary R. Albrecht, Ph.D.
Albrecht Economics, Inc.
1817 Georgia Ave.
Winston-Salem, NC 27104

May 19, 2017

QPL__001119

# Expected Economic Impact
## Ariana Qayumi

**Summary:**

Ms. Qayumi discontinued attending Duke University and enrolled at Stanford University. Ms. Qayumi had anticipated graduating from Duke in the Spring of 2014; she now anticipates graduating from Stanford in the Spring of 2018. Ms. Qayumi will enter the labor-force as a college graduate four years later as a result of her discontinued attendance at Duke. The purpose of this report is to calculate the economic consequences of the four-year set-back in her career.

The present value of Ms. Qayumi's life-time diminished expected earnings resulting from the four-year set-back in entering the labor force is calculated to be **$1,100,084**. (Due to rounding to the nearest dollar the sums shown may not agree with the components shown throughout this report.)

To be made whole financially it is also necessary that Ms. Qayumi be reimbursed for all expenses incurred while attending Duke University. The expenses would include: tuition payments; book/supplies costs; living expenses; and, transportation expenses. At this time, I do not have sufficient information to prepare this calculation.

**Information Reviewed Includes:**

*Full Time Earnings in the United States, American Community Survey Analysis*, published by Expectancy Data;
Offer Letter to prospective Duke graduate;
Data from Wall Street Oasis concerning Analyst's earnings at Barclays;
Conversation with Dr. Bill Marcum, Associate Professor of Finance and Director of the Undergraduate Finance Program at Wake Forest University;
Interest rates on Treasury Inflation Protected Securities from the Federal Reserve website; and,
Communication with Ms. Qayumi.

The amounts calculated in this report do not include the value of any intangible losses that may have occurred such as a diminished ability to enjoy life, or any payment for anxiety, pain and suffering. And, as mentioned, the cost of attending Duke University is not included in the amount.

QPL__001120

**Expected Earnings if Graduated from Duke University:**

Based upon information from Dr. Marcum, Wall Street Oasis and an offer letter to a prospective Duke graduate, Ms. Qayumi's first year earnings upon graduation from Duke would have been $98,000.

To calculate Ms. Qayumi's expected earnings after the first year I relied upon data reported in *Full-Time Earnings in the United States*, a publication of Expectancy Data. *Full-Time Earnings in the United States* organizes data compiled and reported by the Census Bureau's American Community Survey. *Full-Time Earnings in the United States* reports annual wage data by occupation and age.

The first graph contained in this report shows the average earnings for age groups 18 to 24, 25 to 29, 30 to 34, 35 to 39, 40 to 44, 45 to 49, 50 to 54, 55 to 59, 60 to 64, and 65 to 69 of Financial Analysts in the 75th percentile. In general, an individual's earnings increase after he or she enters the labor force as a result of increases in human capital. As an individual gains experience and knowledge on the job(s) the individual becomes more productive and thus earnings increase. This increase is reflected in what is referred to as the life-cycle earnings pattern that is displayed in the graph.

I used a second-order polynomial to fit the line shown in the graph. It is typical to use a second-order polynomial for this purpose. The equation for the polynomial is reported on the graph. The equations allow for the estimation of earnings at each age for the typical individual.

Ms. Qayumi's expected earnings, if she would have begun working at her age of 22.18 are contained in the series *Expected Earnings Begin Working at Age 22.18 (No Future Inflation)* in Table 1. The series begins at Ms. Qayumi's age of 22 and continues to age 67, Ms. Qayumi's age when she would have been eligible to retire with full Social Security benefits. The amount at age 22 is less as Ms. Qayumi would have been 22.18 years of age when she would have entered the labor-force. The amounts reported in the subsequent years are derived from the formula. The amounts are somewhat less than indicated by information provided by Dr. Marcum and Wall Street Oasis. The calculations at this point are done in real, as opposed to nominal, dollars (see Albrecht and Krueger, *The Earnings Analyst* and Albrecht and Moorhouse, *Journal of Forensic Economics*).

**Expected Earnings Given Current Situation:**

Ms. Qayumi is currently attending Stanford University. She anticipates obtaining a degree in the Spring of 2018. This would allow Ms. Qayumi to begin working at age 26.18. The column *Expected Earnings Begin Working at Age 26.18 (No Future Inflation)* in Table 1 contains Ms. Qayumi's expected earnings given that she will be able to obtain a similar position. In other words, the earnings are set-back by four years.

QPL__001121

**Difference in Expected Earnings:**

The column *Difference in Expected Earnings (No Future Inflation)* contains the difference in earnings due to entering the labor force four years later. The amounts in the column *Difference in Expected Earnings (No Future Inflation)* are the difference between the previous two columns. The amounts are illustrated in the graph titled *Earnings by Age*.

**Present Value of Expected Earnings:**

The sum of *Difference in Expected Earnings (No Future Inflation)* in Table 2 is $1,207,186. Using an inflation rate of 3.00 % I calculated the series *Difference in Expected Earnings (Inflation)* in Table 3. The sum of *Difference in Expected Earnings (Inflation)* is $1,820,952. The amount required to provide the stream was calculated using the same real interest rate in the no-inflation and inflation situations. (The U.S. Supreme Court suggests using a real rate.) The real rate is derived from the interest rates on Treasury Inflation Protected Securities as reported on the Federal Reserve website. The real rate used is .87 percent. The rate of inflation does not affect the present value required for compensation given the real rate (see Albrecht and Krueger, *The Earnings Analyst* and Albrecht and Moorhouse, *Journal of Forensic Economics*) which fact is recognized by the U.S. Supreme Court.

The *Present Value of Difference in Expected Earnings* is **$1,100,084** in both the inflation and no-inflation situations. This amount may be referred to as the present value of Ms. Qayumi's difference in expected income as a result of a four-year delay in entering the labor force.

**Conclusion:**

The present value of Ms. Qayumi's difference in expected earnings as a result of a four-year delay in entering the labor force is **$1,100,084**. To be made whole financially it is also necessary that Ms. Qayumi be reimbursed for all expenses incurred while attending Duke University.

Please do not hesitate to contact me if any questions arise.

Gary R. Albrecht, Ph.D.

QPL__001122

(Table 1)

# Difference in Expected Earnings
## (No Future Inflation)

| Age | Expected Earnings Begin Working at Age 22.18 (No Future Inflation) | Expected Earnings Begin Working at Age 26.18 (No Future Inflation) | Difference in Expected Earnings (No Future Inflation) | Cumulative Difference in Expected Earnings (No Future Inflation) |
|---|---|---|---|---|
| 22 | $80,360 | $0 | $80,360 | $80,360 |
| 23 | $103,333 | $0 | $103,333 | $183,693 |
| 24 | $109,770 | $0 | $109,770 | $293,463 |
| 25 | $116,125 | $0 | $116,125 | $409,589 |
| 26 | $122,399 | $80,360 | $42,039 | $451,628 |
| 27 | $128,591 | $103,333 | $25,258 | $476,886 |
| 28 | $134,701 | $109,770 | $24,931 | $501,817 |
| 29 | $140,730 | $116,125 | $24,605 | $526,422 |
| 30 | $146,677 | $122,399 | $24,278 | $550,700 |
| 31 | $152,543 | $128,591 | $23,951 | $574,651 |
| 32 | $158,326 | $134,701 | $23,625 | $598,276 |
| 33 | $164,028 | $140,730 | $23,298 | $621,574 |
| 34 | $169,649 | $146,677 | $22,972 | $644,546 |
| 35 | $175,187 | $152,543 | $22,645 | $667,191 |
| 36 | $180,645 | $158,326 | $22,318 | $689,509 |
| 37 | $186,020 | $164,028 | $21,992 | $711,501 |
| 38 | $191,314 | $169,649 | $21,665 | $733,166 |
| 39 | $196,526 | $175,187 | $21,339 | $754,505 |
| 40 | $201,657 | $180,645 | $21,012 | $775,517 |
| 41 | $206,705 | $186,020 | $20,685 | $796,202 |
| 42 | $211,673 | $191,314 | $20,359 | $816,561 |
| 43 | $216,558 | $196,526 | $20,032 | $836,593 |
| 44 | $221,362 | $201,657 | $19,705 | $856,298 |
| 45 | $226,084 | $206,705 | $19,379 | $875,677 |
| 46 | $230,725 | $211,673 | $19,052 | $894,729 |
| 47 | $235,284 | $216,558 | $18,726 | $913,455 |
| 48 | $239,761 | $221,362 | $18,399 | $931,854 |
| 49 | $244,157 | $226,084 | $18,072 | $949,926 |
| 50 | $248,471 | $230,725 | $17,746 | $967,672 |
| 51 | $252,703 | $235,284 | $17,419 | $985,091 |
| 52 | $256,854 | $239,761 | $17,093 | $1,002,184 |
| 53 | $260,923 | $244,157 | $16,766 | $1,018,950 |
| 54 | $264,910 | $248,471 | $16,439 | $1,035,389 |
| 55 | $268,816 | $252,703 | $16,113 | $1,051,502 |
| 56 | $272,640 | $256,854 | $15,786 | $1,067,288 |
| 57 | $276,382 | $260,923 | $15,460 | $1,082,748 |
| 58 | $280,043 | $264,910 | $15,133 | $1,097,881 |
| 59 | $283,622 | $268,816 | $14,806 | $1,112,687 |
| 60 | $287,119 | $272,640 | $14,480 | $1,127,167 |
| 61 | $290,535 | $276,382 | $14,153 | $1,141,320 |
| 62 | $293,869 | $280,043 | $13,826 | $1,155,146 |
| 63 | $297,122 | $283,622 | $13,500 | $1,168,646 |
| 64 | $300,293 | $287,119 | $13,173 | $1,181,819 |
| 65 | $303,382 | $290,535 | $12,847 | $1,194,666 |
| 66 | $306,389 | $293,869 | $12,520 | $1,207,186 |
| | $9,634,963 | $8,427,777 | $1,207,186 | |

QPL__001123

(Table 2)
# Present Value of
# Difference in Expected Earnings
# (No Future Inflation)

| Age | Difference in Expected Earnings (No Future Inflation) | Real Discount Factor | Present Value of Difference in Expected Earnings | Cumulative Present Value of Difference in Expected Earnings |
|---|---|---|---|---|
| 22 | $80,360 | 1.00000 | $80,360 | $80,360 |
| 23 | $103,333 | 1.00000 | $103,333 | $183,693 |
| 24 | $109,770 | 1.00000 | $109,770 | $293,463 |
| 25 | $116,125 | 1.00000 | $116,125 | $409,589 |
| 26 | $42,039 | 1.00000 | $42,039 | $451,628 |
| 27 | $25,258 | 0.99138 | $25,040 | $476,668 |
| 28 | $24,931 | 0.98282 | $24,503 | $501,171 |
| 29 | $24,605 | 0.97435 | $23,973 | $525,144 |
| 30 | $24,278 | 0.96594 | $23,451 | $548,596 |
| 31 | $23,951 | 0.95761 | $22,936 | $571,532 |
| 32 | $23,625 | 0.94935 | $22,428 | $593,960 |
| 33 | $23,298 | 0.94117 | $21,927 | $615,888 |
| 34 | $22,972 | 0.93305 | $21,434 | $637,321 |
| 35 | $22,645 | 0.92500 | $20,947 | $658,268 |
| 36 | $22,318 | 0.91702 | $20,466 | $678,734 |
| 37 | $21,992 | 0.90911 | $19,993 | $698,727 |
| 38 | $21,665 | 0.90127 | $19,526 | $718,253 |
| 39 | $21,339 | 0.89350 | $19,066 | $737,319 |
| 40 | $21,012 | 0.88579 | $18,612 | $755,932 |
| 41 | $20,685 | 0.87815 | $18,165 | $774,096 |
| 42 | $20,359 | 0.87058 | $17,724 | $791,820 |
| 43 | $20,032 | 0.86307 | $17,289 | $809,109 |
| 44 | $19,705 | 0.85563 | $16,861 | $825,970 |
| 45 | $19,379 | 0.84825 | $16,438 | $842,408 |
| 46 | $19,052 | 0.84093 | $16,022 | $858,430 |
| 47 | $18,726 | 0.83368 | $15,611 | $874,041 |
| 48 | $18,399 | 0.82649 | $15,207 | $889,247 |
| 49 | $18,072 | 0.81936 | $14,808 | $904,055 |
| 50 | $17,746 | 0.81229 | $14,415 | $918,470 |
| 51 | $17,419 | 0.80528 | $14,027 | $932,497 |
| 52 | $17,093 | 0.79834 | $13,646 | $946,143 |
| 53 | $16,766 | 0.79145 | $13,269 | $959,412 |
| 54 | $16,439 | 0.78463 | $12,899 | $972,311 |
| 55 | $16,113 | 0.77786 | $12,533 | $984,845 |
| 56 | $15,786 | 0.77115 | $12,173 | $997,018 |
| 57 | $15,460 | 0.76450 | $11,819 | $1,008,837 |
| 58 | $15,133 | 0.75791 | $11,469 | $1,020,306 |
| 59 | $14,806 | 0.75137 | $11,125 | $1,031,431 |
| 60 | $14,480 | 0.74489 | $10,786 | $1,042,217 |
| 61 | $14,153 | 0.73846 | $10,452 | $1,052,668 |
| 62 | $13,826 | 0.73209 | $10,122 | $1,062,791 |
| 63 | $13,500 | 0.72578 | $9,798 | $1,072,589 |
| 64 | $13,173 | 0.71952 | $9,478 | $1,082,067 |
| 65 | $12,847 | 0.71331 | $9,164 | $1,091,231 |
| 66 | $12,520 | 0.70716 | $8,854 | $1,100,084 |
| | $1,207,186 | | $1,100,084 | |

QPL__001124

(Table 3)
# Present Value of
# Difference in Expected Earnings
# (Future Inflation)

| Age | Difference in Expected Earnings (Future Inflation) | Nominal Discount Factor | Present Value of Difference in Expected Earnings | Cumulative Present Value of Difference in Expected Earnings |
|---|---|---|---|---|
| 22 | $80,360 | 1.00000 | $80,360 | $80,360 |
| 23 | $103,333 | 1.00000 | $103,333 | $183,693 |
| 24 | $109,770 | 1.00000 | $109,770 | $293,463 |
| 25 | $116,125 | 1.00000 | $116,125 | $409,589 |
| 26 | $42,039 | 1.00000 | $42,039 | $451,628 |
| 27 | $26,016 | 0.96250 | $25,040 | $476,668 |
| 28 | $26,450 | 0.92641 | $24,503 | $501,171 |
| 29 | $26,886 | 0.89167 | $23,973 | $525,144 |
| 30 | $27,325 | 0.85823 | $23,451 | $548,596 |
| 31 | $27,766 | 0.82605 | $22,936 | $571,532 |
| 32 | $28,209 | 0.79507 | $22,428 | $593,960 |
| 33 | $28,654 | 0.76525 | $21,927 | $615,888 |
| 34 | $29,100 | 0.73656 | $21,434 | $637,321 |
| 35 | $29,547 | 0.70894 | $20,947 | $658,268 |
| 36 | $29,994 | 0.68235 | $20,466 | $678,734 |
| 37 | $30,442 | 0.65676 | $19,993 | $698,727 |
| 38 | $30,889 | 0.63213 | $19,526 | $718,253 |
| 39 | $31,336 | 0.60843 | $19,066 | $737,319 |
| 40 | $31,782 | 0.58561 | $18,612 | $755,932 |
| 41 | $32,227 | 0.56365 | $18,165 | $774,096 |
| 42 | $32,670 | 0.54252 | $17,724 | $791,820 |
| 43 | $33,110 | 0.52217 | $17,289 | $809,109 |
| 44 | $33,547 | 0.50259 | $16,861 | $825,970 |
| 45 | $33,981 | 0.48374 | $16,438 | $842,408 |
| 46 | $34,410 | 0.46560 | $16,022 | $858,430 |
| 47 | $34,835 | 0.44814 | $15,611 | $874,041 |
| 48 | $35,254 | 0.43134 | $15,207 | $889,247 |
| 49 | $35,667 | 0.41516 | $14,808 | $904,055 |
| 50 | $36,074 | 0.39959 | $14,415 | $918,470 |
| 51 | $36,472 | 0.38461 | $14,027 | $932,497 |
| 52 | $36,862 | 0.37019 | $13,646 | $946,143 |
| 53 | $37,242 | 0.35630 | $13,269 | $959,412 |
| 54 | $37,612 | 0.34294 | $12,899 | $972,311 |
| 55 | $37,971 | 0.33008 | $12,533 | $984,845 |
| 56 | $38,317 | 0.31770 | $12,173 | $997,018 |
| 57 | $38,650 | 0.30579 | $11,819 | $1,008,837 |
| 58 | $38,969 | 0.29432 | $11,469 | $1,020,306 |
| 59 | $39,271 | 0.28329 | $11,125 | $1,031,431 |
| 60 | $39,557 | 0.27266 | $10,786 | $1,042,217 |
| 61 | $39,825 | 0.26244 | $10,452 | $1,052,668 |
| 62 | $40,073 | 0.25260 | $10,122 | $1,062,791 |
| 63 | $40,300 | 0.24312 | $9,798 | $1,072,589 |
| 64 | $40,505 | 0.23401 | $9,478 | $1,082,067 |
| 65 | $40,686 | 0.22523 | $9,164 | $1,091,231 |
| 66 | $40,841 | 0.21679 | $8,854 | $1,100,084 |
| | $1,820,952 | | 1,100,084 | |

QPL__001125

(Table 4)

# Disposition of Present Value Amount
# (No Inflation)

| Age | Beginning Balance | Interest Earned | Income Loss | Ending Balance |
|-----|-------------------|-----------------|-------------|----------------|
| 22 | $1,100,084 | $0 | $80,360 | $1,019,724 |
| 23 | $1,019,724 | $0 | $103,333 | $916,391 |
| 24 | $916,391 | $0 | $109,770 | $806,621 |
| 25 | $806,621 | $0 | $116,125 | $690,496 |
| 26 | $690,496 | $0 | $42,039 | $648,457 |
| 27 | $648,457 | $5,642 | $25,258 | $628,840 |
| 28 | $628,840 | $5,471 | $24,931 | $609,380 |
| 29 | $609,380 | $5,302 | $24,605 | $590,077 |
| 30 | $590,077 | $5,134 | $24,278 | $570,933 |
| 31 | $570,933 | $4,967 | $23,951 | $551,948 |
| 32 | $551,948 | $4,802 | $23,625 | $533,125 |
| 33 | $533,125 | $4,638 | $23,298 | $514,465 |
| 34 | $514,465 | $4,476 | $22,972 | $495,970 |
| 35 | $495,970 | $4,315 | $22,645 | $477,640 |
| 36 | $477,640 | $4,155 | $22,318 | $459,477 |
| 37 | $459,477 | $3,997 | $21,992 | $441,482 |
| 38 | $441,482 | $3,841 | $21,665 | $423,658 |
| 39 | $423,658 | $3,686 | $21,339 | $406,005 |
| 40 | $406,005 | $3,532 | $21,012 | $388,526 |
| 41 | $388,526 | $3,380 | $20,685 | $371,221 |
| 42 | $371,221 | $3,230 | $20,359 | $354,091 |
| 43 | $354,091 | $3,081 | $20,032 | $337,140 |
| 44 | $337,140 | $2,933 | $19,705 | $320,368 |
| 45 | $320,368 | $2,787 | $19,379 | $303,776 |
| 46 | $303,776 | $2,643 | $19,052 | $287,367 |
| 47 | $287,367 | $2,500 | $18,726 | $271,141 |
| 48 | $271,141 | $2,359 | $18,399 | $255,101 |
| 49 | $255,101 | $2,219 | $18,072 | $239,248 |
| 50 | $239,248 | $2,081 | $17,746 | $223,583 |
| 51 | $223,583 | $1,945 | $17,419 | $208,109 |
| 52 | $208,109 | $1,811 | $17,093 | $192,827 |
| 53 | $192,827 | $1,678 | $16,766 | $177,739 |
| 54 | $177,739 | $1,546 | $16,439 | $162,846 |
| 55 | $162,846 | $1,417 | $16,113 | $148,150 |
| 56 | $148,150 | $1,289 | $15,786 | $133,653 |
| 57 | $133,653 | $1,163 | $15,460 | $119,356 |
| 58 | $119,356 | $1,038 | $15,133 | $105,261 |
| 59 | $105,261 | $916 | $14,806 | $91,371 |
| 60 | $91,371 | $795 | $14,480 | $77,686 |
| 61 | $77,686 | $676 | $14,153 | $64,209 |
| 62 | $64,209 | $559 | $13,826 | $50,941 |
| 63 | $50,941 | $443 | $13,500 | $37,884 |
| 64 | $37,884 | $330 | $13,173 | $25,041 |
| 65 | $25,041 | $218 | $12,847 | $12,412 |
| 66 | $12,412 | $108 | $12,520 | $0 |

QPL__001126

(Table 5)

# Disposition of Present Value Amount
# (Inflation)

| Age | Beginning Balance | Interest Earned | Income Loss | Ending Balance |
|---|---|---|---|---|
| 22 | $1,100,084 | $0 | $80,360 | $1,019,724 |
| 23 | $1,019,724 | $0 | $103,333 | $916,391 |
| 24 | $916,391 | $0 | $109,770 | $806,621 |
| 25 | $806,621 | $0 | $116,125 | $690,496 |
| 26 | $690,496 | $0 | $42,039 | $648,457 |
| 27 | $648,457 | $25,265 | $26,016 | $647,706 |
| 28 | $647,706 | $25,235 | $26,450 | $646,491 |
| 29 | $646,491 | $25,188 | $26,886 | $644,793 |
| 30 | $644,793 | $25,122 | $27,325 | $642,590 |
| 31 | $642,590 | $25,036 | $27,766 | $639,859 |
| 32 | $639,859 | $24,930 | $28,209 | $636,580 |
| 33 | $636,580 | $24,802 | $28,654 | $632,727 |
| 34 | $632,727 | $24,652 | $29,100 | $628,279 |
| 35 | $628,279 | $24,478 | $29,547 | $623,211 |
| 36 | $623,211 | $24,281 | $29,994 | $617,498 |
| 37 | $617,498 | $24,058 | $30,442 | $611,115 |
| 38 | $611,115 | $23,810 | $30,889 | $604,035 |
| 39 | $604,035 | $23,534 | $31,336 | $596,233 |
| 40 | $596,233 | $23,230 | $31,782 | $587,680 |
| 41 | $587,680 | $22,897 | $32,227 | $578,349 |
| 42 | $578,349 | $22,533 | $32,670 | $568,213 |
| 43 | $568,213 | $22,138 | $33,110 | $557,241 |
| 44 | $557,241 | $21,711 | $33,547 | $545,404 |
| 45 | $545,404 | $21,249 | $33,981 | $532,673 |
| 46 | $532,673 | $20,753 | $34,410 | $519,016 |
| 47 | $519,016 | $20,221 | $34,835 | $504,402 |
| 48 | $504,402 | $19,652 | $35,254 | $488,800 |
| 49 | $488,800 | $19,044 | $35,667 | $472,176 |
| 50 | $472,176 | $18,396 | $36,074 | $454,499 |
| 51 | $454,499 | $17,708 | $36,472 | $435,735 |
| 52 | $435,735 | $16,977 | $36,862 | $415,850 |
| 53 | $415,850 | $16,202 | $37,242 | $394,810 |
| 54 | $394,810 | $15,382 | $37,612 | $372,580 |
| 55 | $372,580 | $14,516 | $37,971 | $349,125 |
| 56 | $349,125 | $13,602 | $38,317 | $324,410 |
| 57 | $324,410 | $12,639 | $38,650 | $298,400 |
| 58 | $298,400 | $11,626 | $38,969 | $271,057 |
| 59 | $271,057 | $10,561 | $39,271 | $242,346 |
| 60 | $242,346 | $9,442 | $39,557 | $212,231 |
| 61 | $212,231 | $8,269 | $39,825 | $180,675 |
| 62 | $180,675 | $7,039 | $40,073 | $147,642 |
| 63 | $147,642 | $5,752 | $40,300 | $113,094 |
| 64 | $113,094 | $4,406 | $40,505 | $76,995 |
| 65 | $76,995 | $3,000 | $40,686 | $39,309 |
| 66 | $39,309 | $1,532 | $40,841 | $0 |

QPL__001127

$y = -35.856x^2 + 7325.6x - 57740$
$R^2 = 0.8841$

Age

Year-round, Full-time Earnings

QPL__001128



Earnings by Age

Earnings

$325,000
$275,000
$225,000
$175,000
$125,000
$75,000
$25,000
-$25,000

Age

22 24 26 28 30 32 34 36 38 40 42 44 46 48 50 52 54 56 58 60 62 64 66

—— Begin Working at Age 22.18
—— Begin Working at Age 26.18

CURRICULUM VITAE

# Gary R. Albrecht, Ph.D.

## *CONTACT INFORMATION:*

Mailing Address:
  1817 Georgia Ave.
  Winston-Salem, North Carolina  27104

Telephone:
  North Carolina (336) 727-9435
  Florida (941) 346-8529

Facsimile:
  (336) 722-9452

Electronic Mail:
  Albrecht@AlbrechtEconomics.com

## *AREAS OF RESEARCH INTEREST*:

Forensic Economics
Economic Forecasting
Applied Econometrics

## *EDUCATION:*

Ph.D., Economics, Indiana University, 1986
M.A., Economics, Indiana University, 1978
B.A., Economics and Philosophy, Tulane University, 1974

## *EMPLOYMENT:*

1988-
  President of Albrecht Economics

1990-1999
  Adjunct Associate Professor, Department of Economics, Wake Forest University

QPL__001130

1987-1989
Assistant Professor, Department of Economics, Wake Forest University

1984-1987
Director of Econometric Modeling and Research Scientist, Institute for Public Policy and Business Research, University of Kansas, Lawrence, Kansas.  Main responsibility was the design and development of an econometric forecasting model for the state of Kansas.  Other responsibilities included supervising impact studies, writing quarterly outlook monographs for publication in the *Kansas Business Review*, and, serving on the editorial board for the *Review*.

1978-1984
Research Associate, Division of Research, School of Business, Indiana University, Bloomington, Indiana.  Responsibilities included the development of and forecasting with state and sub-state econometric models, and, assistance in the generation of forecasts with a national econometric model.

1980-1981
Lecturer, School of Business, Indiana University, Bloomington, Indiana

1976-1978
Associate Instructor, Department of Economics, Indiana University, Bloomington, Indiana


### *SERVICE TO THE PROFESSION*

2007-2010
Vice President and Member of the Board of Directors, National Association of Forensic Economics

1999-2003
CEO of Society of Litigation Economists, a not-for-profit organization dedicated to insuring high standards in the application of economic principles to valuations. The membership of the Society of Litigation Economists is limited to economists who have demonstrated a high level of expertise in forensic economics.

1991-Present
Referee, *Journal of Forensic Economics*

1991-Present
Referee, *Journal of Legal Economics*

QPL__001131

## COURSES TAUGHT:

Econometrics
Economic Forecasting
Introductory Economics
Regional Economics
Statistics
Microeconomics

## PUBLICATIONS:

"The U.S. Approach to Computing Economic Damages Due to Personal Injury and Wrongful Death," (with Kurt V. Krueger) in *Personal Injury and Wrongful Death Damages Calculations: Transatlantic Dialogue*, John O. Ward and Robert J. Thornton, ed., Emerald Books, 2009, pp. 193-232.

"The Present Value of Lost Financial Support Due to Wrongful Death," (with Kurt V. Krueger) *Journal of Legal Economics*, Vol. XV, No. 1, August 2008, pp. 35-42.

"A Review of the Economic Foundations of Earnings and Discounting Theories Used in Forensic Economics," (with Kurt V. Krueger) *The Earnings Analyst*, Volume IX , Spring 2007, pp. 1-34.

"Assessing Economic Damages in Personal Injury and Wrongful Death Litigation: The State of North Carolina," (with George A. Schieren) *Journal of Forensic Economics*, Vol. XIX, No. 1, Winter 2006, pp. 89-101.

"Introduction to the Whole-time Concept," (with Kurt V. Krueger and John O. Ward) *Journal of Forensic Economics*, Vol. XIV, No. 1, Winter 2001, pp. 3-8.

"It's About Time: The Forensic Economic Evaluation," (with Kurt V. Krueger and John O. Ward) *Journal of Forensic Economics*, Vol. XI, No. 3, Fall 1998, pp. 203-213.

"Risk and Damage Awards: Short-Term Bonds Vs. Long-Term Bonds," *Journal of Legal Economics,* Vol. 7, No.1, Spring/Summer 1997, pp. 48-54.

"The Need to Use Risk-Free Discount Rates," *Journal of Legal Economics,* Vol. 7, No.1, Spring/Summer 1997, pp. 92-95.

3

QPL__001132

"Economic Valuation of Life: A Cumulative Approach," in *The New Hedonics Primer for Economists and Attorneys*, 2nd Edition, John O. Ward, ed., Tucson, Arizona; Lawyers & Judges Publishing Co. 1996, pp. 171-175.

*Journal of Forensic Economics*, Volume VII, No. 3, Gary R. Albrecht, editor. Includes "Modeling Taxes in Personal Injury and Wrongful Death Award Calculations," pp. 1-4.

"The Application of the Hedonic Damages Concept to Wrongful Death and Personal Injury Litigation," *Journal of Forensic Economics*, Volume VII, No. 2, Spring/Summer 1994, pp. 143-150.

"Compensatory Damages and the Appropriate Discount Rate: Comment," *Journal of Forensic Economics*, Volume VI, No. 3, Fall 1993, pp. 271-272.

"The Role of Productivity and Prices in Forecasting Wage Rates," (with Kurt V. Krueger) *Journal of Forensic Economics*, Volume V, No. 3, Fall 1992, pp. 187-195.

"Issues Affecting the Calculated Value of Life," *Journal of Forensic Economics*, Volume V, No. 2, Spring/Summer 1992, pp. 97-104, and in *A Hedonics Primer for Economists and Attorneys*, John O. Ward, ed., Tucson, Arizona; Lawyers & Judges Publishing Co. 1992, pp. 197-205.

"Calculating the Value of a Closely Held Firm," *Journal of Legal Economics*, Volume 1, No. 3, December 1991, pp. 1-4.

"Calculating the Lost Pleasure of Life Due to Injury," *TrialBriefs*, Volume 23, No. 3, Third Quarter, 1991, pp. 16-17.

"Forecasting the Earnings of a Partially Disabled Individual," *Journal of Legal Economics*, Volume 1, No. 2, July 1991, pp. 50-57.

"The Valuation of a Closely Held Firm," *Trial Briefs*, Volume 22, No. 4, Fourth Quarter, 1990, pp. 37-39.

"The Valuation of a Closely Held Firm: Comment," *Journal of Forensic Economics*, Volume 3, No. 1, December, 1989, pp. 65-68.

"On the Derivation and Consistent Use of Growth and Discount Rates for Future Earnings," (with John C. Moorhouse), *Journal of Forensic Economics*, Volume 2, No. 3, August, 1989, pp. 95-102.

4

"The Kansas Economy," (with Anthony Redwood), in H. Flentje ed., *Kansas Policy Choices*, Lawrence, Kansas: University of Kansas Press, 1986.

"An Economic Perspective of Rate Suppression Legislation," (with Douglas Houston and Anthony Redwood), *Kansas Law Review*, Volume 33, No. 3, 1985.

"Kansas Exports and Economic Development," (with Shirley Sicilian and Kurt Krueger), *Kansas Business Review*, Fall, 1985.

"The Kansas Econometric Forecasting Model," *Kansas Business Review*, Fall, 1985.

"Long-Term Structural Changes in the Kansas Economy," (with Anthony Redwood and Daniel Petree), *Kansas Business Review*, Winter, 1984-1985.

"An Introduction to the Econometric Model of Indiana," (with R. L. Pfister), *Indiana Business Review*, February, 1981.

"Testing for Causality in Regional Econometric Models," (with R. Jeffery Green), *International Regional Science Review*, Winter, 1979.

### *ACADEMIC PAPER PRESENTATIONS:*

"Scheduled Economic Damages and Tort Reform in the United States," (with John O. Ward and Kurt V. Krueger) Allied Social Science Association Annual Meetings: National Association of Forensic Economics National Meetings. Chicago, IL, January 2007.

"Scheduled Damages and Tort Reform: An International Analysis and a Proposal for Consideration in the United States," (with Kurt V. Krueger and John O. Ward) NAFE 2006 International Meetings. Florence, Italy, May 2006.

"Assessing Economic Damages in Personal Injury and Wrongful Death Litigation: The State of North Carolina," (with George A. Schieren) Annual Meeting: Western Economic International Association. San Francisco, CA, July 2005.

"A Primer on Earnings Growth and Discounting," (with Kurt V. Krueger) Annual Meeting: Southern Economic Association. New Orleans, LA, November 2004.

"Eunomic Damage Analysis," (with Kurt V. Krueger and John O. Ward) American Social Science Association Annual Meeting: American Economic Association Annual Meeting. Atlanta, GA, January 2002.

5

QPL__001134

"Estimating Economic Damages as a Result of Diminished Productivity in Work and Non-Work Time," (with Kurt V. Krueger and John O. Ward) Annual Western Economic Association Annual Conference, San Diego, CA, July 1977.

"The Objective Science of Forensic Economics," presented at the Sixty-Eighth Annual Western Economic Association Conference, Lake Tahoe, June 22, 1993.

"Proof that Saving with Short-Term Bonds Minimizes Purchasing Power Fluctuation Risk," presented at the American Economic Association Conference, New Orleans, January 4, 1992.

"Income Taxes and Economic Loss Calculations," (with Kurt V. Krueger) presented at the Sixty-Sixth Annual Western Economic Association Conference, Seattle, June 30, 1991.

"The Adequacy of Proxy Variables in Forecasting Wage Rates," presented at the Sixty-Fifth Annual Western Economic Association Conference, San Diego, June 30, 1990.

"A Short-Run Employment Function When Adjustment Costs are Linear," presented at the Sixty-First Annual Western Economic Association Conference, San Francisco, July, 1986.

"Choosing Among Forecasted National Variables for Use as Inputs Into Regional Forecasting Models," (with R. Jeffery Green), presented at the Twenty-Seventh Annual Mountain-Plains Economic Conference, 1985.

## WORKING PAPER:

"The Kansas Econometric Model," Institute for Public Policy and Business Research, The University of Kansas, July, 1987.

## AFFILIATIONS:

American Academy of Economic and Financial Experts
American Economic Association
National Association of Forensic Economics

QPL__001135

Case Testimony

| Attorney | Case Caption | Type<br>Date | Place |
|---|---|---|---|
| Megan<br>Silver | Vivian B. Wethington and Roy E. Wethington<br>v<br>Lucas J. Martinez, M.C. et al.<br>14 CVS 1275 | Deposition<br>20-Nov-15 | Winston-Salem<br>NC |
| Paul<br>Capua | Andrea Morrell and G. Pony Boy Morrell, and<br>The Pasta Wench, Inc.<br>v<br>Hardin Creek, Inc et al.<br>14 CVS 625 | Deposition<br>12-Nov-15 | Winston-Salem<br>NC |
| Eugene<br>Sisco | Cameron Brown<br>v<br>University of Pikeville<br>C.A. NO. 13-CI-001561 | Deposition<br>12-Oct-15 | Winston-Salem<br>NC |
| Glen<br>Barfield | Alice G. Ballew, Administrator<br>v<br>Gloucester Engineering Co., Inc.<br>5:14-CV-402 | Deposition<br>16-Sep-15 | Raleigh<br>NC |
| Bailey<br>Melvin | Angela Marie Ogrim et al.<br>v<br>Todd Jerry Adams, M.D. et al.<br>13 CVS 2819 | Deposition<br>14-Aug-15 | Winston-Salem<br>NC |
| Roger<br>Young | Vivian R. Smith<br>v<br>Walter C. Robery, III, M.D.<br>11 CVS 2590 | Deposition<br>29-Jul-15 | Winston-Salem<br>NC |
| Samuel<br>Allen | Lisa Rollins<br>v | Deposition<br>21-Jul-15 | Winston-Salem<br>NC |

QPL__001136

Case Testimony

Trident Medical Center et al.
C/A No. 2013-CP-10-04063

| Graham Stiles | Carlos Garcea et al.<br>v<br>Boxer Property Management et al.<br>13 CVS 11973 | Deposition<br>15-Jul-15 | Winston-Salem<br>NC |
| Jay Trehy | Celeste Evelyn Smith<br>v<br>Novant Health, Inc et al.<br>14 CVS 407 | Deposition<br>8-Jun-15 | Winston-Salem<br>NC |
| Justine Adamski | Horsham<br>v<br>Alessandro Golino et al.<br>41 2014CA000709AX | Deposition<br>21-May-15 | Winston-Salem<br>NC |
| David Gilpin | Tamikea Swaringer<br>v<br>Charlotte -Mecklenburg Board of Education<br>I.C. File No. TA-23941 | Deposition<br>4-May-15 | Charlotte<br>NC |
| Brent Halversen | Harbor National Bank<br>v<br>Anthony M. Whitfield<br>2012-CP-10-5887 | Deposition<br>1-Apr-15 | Winston-Salem<br>NC |
| Gregory Kash | Brian Christopher Lee<br>v<br>Town of Seaboard<br>2:13-CV-20 | Deposition<br>18-Feb-15 | Winston-Salem<br>NC |
| Rich | Mathew B. Schroeders | Deposition | Winston-Salem |

QPL__001137

Case Testimony

| | | | |
|---|---|---|---|
| Cassady | v<br>Old Edwards Hosptitality<br>13-CVS-503 | 27-Jan-15 | NC |
| Susan<br>Hofer | The Estate of Thomas Littlejohn, III, M.D.<br>v<br>Jet Logistics, Inc.<br>Case N. 11-CVS-24301 | Deposition<br>7-Jan-15 | Charlotte<br>NC |
| Richard K.<br>Muntz | The Estate of Barry N. Loutzenhiser, Deceased<br>v<br>Christian Union Cemetery, Inc<br>John Ley Monument Sales, Inc.<br>Cause No. 17D02-1107-CT-23 | Deposition<br>6-Jan-15 | Winston-Salem<br>NC |
| Sean<br>Herrmann | Robert Carlin<br>v<br>Federal Defenders of Western North Carolina<br>Cival Action No. 3:13-CV-00365 | Deposition<br>22-Oct-14 | Winston-Salem<br>NC |
| C. Adam<br>Helmer | Teresa Creech Morgan<br>v.<br>Carlos A. De La Garza, M.D.<br>12-CVS-1587 | Deposition<br>4-Sep-14 | Winston-Salem<br>NC |
| Samuel A.<br>Scudder | Janice Stallard<br>v.<br>Carlos A. De La Garza, M.D.<br>12-CVS-1587 | Deposition<br>27-Aug-14 | Winston-Salem<br>NC |
| Darol<br>Carr | BAC Florida Bank<br>v.<br>Cypress Woods V, LLC<br>12-CA-052486 | Deposition<br>8-Aug-14 | Winston-Salem<br>NC |

QPL__001138

Case Testimony

| | | | |
|---|---|---|---|
| Finesse G. Couch | Trace Johnson<br>v.<br>Wayne Memorial Hospital, Inc et al.<br>13-CVS-1023 | Deposition<br>6-Aug-14 | Winston-Salem<br>NC |
| James .R Van Camp | Estate of James Layman Westbrook, Jr<br>v.<br>Michael Aaron Overton d/b/a Overton Logging<br>13-CVS-289 | Trial<br>17-Jul-14 | Carthage<br>NC |
| Ryan Gaylord | Donna Moore<br>v.<br>Charles T. Rowe, M.D. and<br>Asheville Radiology Associates<br>13 CVS 3819 | Deposition<br>30-Jun-14 | Winston-Salem<br>NC |
| Sean Herrmann | Mark Grevera<br>v<br>Microsoft Corporation<br>12-CVS-0261- MOC-DSC | Deposition<br>19-Jun-14 | Winston-Salem<br>NC |
| Lyndon Helton | Gladys H. Mullen<br>v<br>Catawba Valley Medical Center<br>11-CVS-3004 and 12-CVS-2664 | Deposition<br>26-May-14 | Newton<br>NC |
| William Mills | Matthew Ordway<br>v<br>Shawn Murphy and Amanda Valdes<br>Suprerior Court Division<br>12-CVS-2556 | Deposition<br>20-May-14 | Durham<br>NC |

QPL__001139

| | | | |
|---|---|---|---|
| James Ferguson | Alisha Fulton Guardian for Wesley Eugene Huffman<br>v<br>Stephen P. Kikel, M.D.<br>Mountain Emergency Physicians, Valdese General Hospital<br>Superior Court Division<br>011-CVS-1549 | Deposition<br>15-May-14 | Winston-Salem<br>NC |
| William Mills | Matthew Ordway<br>v<br>Shawn Murphy and Amanda Valdes<br>Superior Court Division<br>12-CVS-2556 | Deposition<br>9-May-14 | Durham<br>NC |
| Charles Putterman | Sondra Murphy, Guardian for Lonas Cooper<br>v<br>Mission Health System, Inc., et al<br>Superior Court Division<br>11-CVS-04894 | Trial<br>25-Apr-14 | Asheville<br>NC |
| Bill West | Estate of John C. Myrick<br>v<br>North Carolilna Baptist Hospital, Inc.<br>and Steelfab, Inc.<br>11 CVS 3210 | Deposition<br>18-Apr-14 | Winston-Salem<br>NC |
| Troy J. Stafford | Dustin S. Miller<br>v<br>KBR Building Group, LLC<br>and Steelfab, Inc.<br>Superior Court  12 CVS 23222 | Deposition<br>16-Apr-14 | Winston-Salem<br>NC |
| Troy J. Stafford | Robert Lewis Blevin<br>v<br>Samuel Terry Elliott, D.C and<br>Elliott Chiropractic Center | Deposition<br>11-Apr-14 | Winston-Salem<br>NC |

QPL__001140

Case Testimony

Superior Court  13 CVS 1091

| | | | |
|---|---|---|---|
| Michael J. Levine | Gary Latimer<br>v<br>The Estate of Tad Daugherty<br>Superior Court 12 CVS 9705 | Trial<br>24-Mar-14 | Charlotte<br>NC |
| Sigsbee Miller | Wanda Anderson<br>v<br>Yadkin County board of Education<br>North Carolina Industrial Commission<br>I.C. file No. TA-23259 | Deposition<br>14-Mar-14 | Winston-Salem<br>NC |
| Arlene Colon | Cardoch<br>v<br>Matthew S. Johnson<br>Wake County Superior Court; 12 CVS 10675 | Deposition<br>25-Feb-14 | Winston-Salem<br>NC |
| Lyndon Helton | Gladys H. Mullen<br>v<br>Catawba Valley Medical Center | Deposition<br>20-Jan-14 | Winston-Salem<br>NC |
| Samuel K. Allen | Lloyd Wheeler<br>v<br>Adediji Osinloye, M.D. et al. | Deposition<br>17-Dec-13 | Charleston<br>SC |
| Robert M. Elliot | Whitney Stephenson<br>v<br>Pfizer Inc. | Deposition<br>12-Dec-13 | Winston-Salem<br>NC |
| D. Stuart Smith | Maria Mallner<br>v<br>Lindsey S. Hosner | Deposition<br>27-Nov-13 | Winston-Salem<br>NC |
| Christopher Kroblin | Melinda Sorber<br>v | Trial<br>20-Nov-13 | St. Thomas<br>VI |

QPL__001141

Glacial Energy

| | | | |
|---|---|---|---|
| E. Vernon F. Glenn | Estate of Steven F. Ray v Rex Hospital and Alex W. Gener. RN | Deposition 7-Nov-13 | Winston-Salem NC |
| James E. Ferguson | Tokisha Ingram v Henderson County Hospital Corporation, Inc. et al. | Deposition 23-Oct-13 | Winston-Salem NC |
| Robert Jessup | Mary E. Lyons - Felton v Edenton-Chowan Board of Education | Deposition 27-Aug-13 | Winston-Salem NC |
| R. Bailey Melvin | Randy Ledezma | Deposition 29-Apr-13 | Winston-Salem NC |
| Edward Friedman | Dockery v 803 Trucking et. Al | Deposition 24-Apr-13 | Raleigh NC |
| Lynwood P. Evans | Emma Guzman v | Deposition 2-Apr-13 | Winston-Salem NC |
| Samuel K. Allen | Cindy B. Gaskins v Joan M. Baker | Deposition 13-Mar-13 | Winston-Salem NC |
| Stewart Fisher | Marilyn Cook v Bank of America | Deposition 18-Feb-13 | Winston-Salem NC |
| William E. Moore, Jr. | Brandy Wortman v | Deposition 21-Jan-13 | Gastonia NC |

QPL__001142

Case Testimony

Todd Michael Alford, M.D. et al.

| | | | |
|---|---|---|---|
| Charles M. Putterman | Lonas Timothy Cooper<br>v<br>Mission Health System, Inc. | Deposition<br>30-Nov-12 | Kernersville<br>NC |
| E. Hardy Lewis | Bobbie Fischer<br>v<br>North Carolina Highway Patrol | Deposition<br>27-Nov-12 | Winston-Salem<br>NC |
| David A. Vesel | Stephen Strickland<br>v.<br>Sampson Regional Medical Center, et al. | Deposition<br>19-Nov-12 | Winston-Salem<br>NC |
| R. Tony Hill | Asid Kahn<br>v<br>Dell Inc | Deposition<br>23-Oct-12 | High Point<br>NC |
| Aaron Hemmings | William Costello<br>v<br>Lodgeworks, Limited Partnership et al. | Deposition<br>5-Sep-12 | Raleigh<br>NC |
| Sigsbee Miller | Robert Owens Dewees,II<br>v<br>Camping Baskatong, Inc. and Yves Touchette | Deposition<br>3-Jul-12 | Winston-Salem<br>NC |
| Andrew Kemp-Gerstel | Susan Dee Schnur<br>v<br>Bank of America | Deposition<br>27-Jun-12 | Winston-Salem<br>NC |
| James E. | Valerie Walker, Personal Representative | Deposition | Winston-Salem |

QPL__001143

| | | | |
|---|---|---|---|
| Rogers | of the Estate of Angre Walker<br>v<br>AlliedBarton (NC), LLC and Allied Barton<br>Security Systems, LLC | 12-Jun-12 | NC |
| Lareena<br>Philliips | Chastity Davidson<br>v<br>City of Statesville, et al. | Deposition<br>11-Apr-12 | Winston-Salem<br>NC |
| Russell<br>Johnson | Timothy Heffron, M.D.<br>v<br>Duke University Health System | Deposition<br>10-Apr-12 | Raleigh<br>NC |
| Brian<br>Colistra | Timothy Perdue and Stephanie Perdue<br>v<br>Piaggio America Inc., Piedmont Hawthorne Aviation,<br>Thomas Mathews, Michael Weeks and Douglas Cooper | Deposition<br>2-Mar-12 | Winston-Salem<br>NC |
| William<br>Simpson | Willie Pearson and Theotis Pearson<br>v<br>Forsyth Emergency Services and<br>Bruce R. Bolling, MD | Trial<br>29-Feb-12 | Winston-Salem<br>NC |
| Kurt L.<br>Dixon | Vera Bailey Bollten<br>v<br>Robert Bruce Broadwell | Trial<br>6-Feb-12 | Wilmington<br>NC |
| Grant<br>Sigmon | Swartz<br>v<br>Onslow Memorial Hospital | Deposition<br>17-Jan-12 | Winston-Salem<br>NC |
| Donald<br>Strickland | Jane Wheeler<br>v<br>Charlie Bynum, III; The Durham Herald Company;<br>and Paxton Media Group | Deposition<br>11-Jan-12 | Winston-Salem<br>NC |

QPL__001144

| | | | |
|---|---|---|---|
| Harvey Kennedy | David E. Combs v City Electric Supply Company | Arbitration 16-Nov-11 | Winston-Salem NC |
| Timothy Welborn | Burchette v Heartland Express and Gary Enders | Deposition 11-Nov-11 | Winston-Salem NC |
| Joe Knott | Weaver v Sheppa and Marshall | Trial 9-Nov-11 | Lillington NC |
| Karen Rabenau | Edmondson v Gatlin et al. | Deposition 28-Aug-11 | Clemmons NC |
| William Simpson | Willie Pearl Pearson v | Deposition 28-Jun-11 | Winston-Salem NC |
| David Duke | Chris J. Smallwood v Eric Dewayne Marshall | Deposition 6-Jun-11 | Winston-Salem NC |
| Roderick McIver | Monquie Carpenter v Willie McKinney et all. | Deposition 3-Jun-11 | Winston-Salem NC |
| Richard Mu | Ethan Mrashall Robinson v Evenflo company,Inc | Deposition 25-May-11 | Winston-Salem NC |
| Jay Trehy | Inman v Excel Industries, Inc | Deposition 10-May-11 | Winston-Salem NC |
| Robert | Swick | Deposition | Winston-Salem |

QPL__001145

| | | | |
|---|---|---|---|
| Ekstrand | v<br>James Wilde, Randi Mason et al. | 30-Mar-11 | NC |
| Stephen<br>Gray | Sheila Ward Smith<br>v<br>Rick Burris and Jamie Lynn Shue | Trial<br>25-Mar-11 | Albermarle<br>NC |
| Harvey<br>Kennedy | LaShanda Shaw<br>v<br>The Goodyear Tire & Rubber Company | Trial<br>17-Mar-11 | Fayetteville<br>NC |
| James R.<br>Nance, Jr. | Betty Davis<br>v | Deposition<br>21-Feb-11 | Winston-Salem<br>NC |
| William E.<br>Moore, Jr. | Margaret Joann Scruggs<br>v<br>City of Mr. Holly, et al. | Deposition<br>3-Feb-11 | Gastonia<br>NC |
| Charles<br>Rawlings | Estate of Bobby Dean Robbins<br>v<br>Paul K. Davis, PA-C et all | Deposition<br>2-Feb-11 | Winston-Salem<br>NC |
| Aaron<br>Hemmings | Lee Lemons<br>v<br>Penn National Insurance | Arbitration<br>18-Jan-11 | Charlotte<br>NC |
| Harvey<br>Kennedy | David E. Combs<br>v<br>City Electric Supply Company | Trial<br>13-Jan-11 | Winston-Salem<br>NC |
| Kenneth<br>Murphy | Kenneth Weaver<br>v | Deposition<br>21-Dec-10 | Winston-Salem<br>NC |

QPL__001146

Case Testimony

Charles Michael Sheppa, MD, et al.

| | | | |
|---|---|---|---|
| H. Edward Knox | Benton, et al. v Bates Engineers/Contractors et al. | Deposition 16-Nov-10 | Charlotte NC |
| Drew Brown | Roger Dale Carter v Davidson Health Care, Inc et al. | Deposition 15-Oct-10 | Greensboro NC |
| J. Stephen Gray | Smith v Rick Burris et al. | Deposition 7-Sep-10 | Salisbury NC |
| Bruce Berger | Barbara M. Wilkinson, Administrator v WakeMed et al. | Trial 9-Aug-10 | Raleigh NC |
| John A. Michaels | Walter Moreland, Administrator v McLaurin Parking company, et al. | Deposition 28-Jul-10 | Greensboro NC |
| Eric Richardson | Sandra Jeane Crawford, Executrix of the Estate of Wilber Lee Crawford v M7K Development Corp., et. Al | Trial 21-Jul-10 | Boone NC |
| George Moore | Douglas Kelly and Julie Kelly v Wulfhorst et al. | Deposition 13-Jul-10 | Winston-Salem NC |
| Joe Knott | Wilkinson v | Deposition 13-Jul-10 | Winston-Salem NC |

QPL__001147

| | | | |
|---|---|---|---|
| Aaron Hemmings | James Cobb<br>v<br>Pennsylvania Life Insurance et. All | Deposition<br>14-May-10 | Raleig<br>NC |
| Eric Richardson | Sandra Jeanne Crawfor<br>v<br>M&K Development Corp et al. | Deposition<br>13-Apr-10 | Winston-Salem<br>NC |
| H. Forrest Horne | Christopher S. Smith<br>v<br>CSX Transportation | Deposition<br>12-Mar-10 | Winston-Salem<br>NC |
| M. Cory Howes | Marion Partners, LLC et al.<br>v<br>Weatherspoon & Voltz and William Weatherspoon | Deposition<br>25-Feb-10 | Winston-Salem<br>NC |
| William J. Devin | Jerry Walter Moore<br>v<br>BHB Enterprises et al. | Deposition<br>24-Feb-10 | Charlotte<br>NC |
| Charles Rawlings | Michael Chandler & Kathy Chandler<br>v<br>Randy Kritzer, M.D. and Carolina Neurosurgery | Deposition<br>13-Jan-10 | Winston-Salem<br>NC |
| Grant Mitchell | Betty Newell, Representative of the Estate of Jennipher Alexander<br>v<br>Halifax Regional Medical Center, Inc et al. | Deposition<br>15-Dec-09 | Winston-Salem<br>NC |
| Rebecca Britton | Estate of Gary Garner<br>v | Deposition<br>26-Oct-09 | Fayetteville<br>NC |
| Kathleen G. Sumner | Thomas Jurrissen<br>v | Deposition<br>8-Sep-09 | Greensboro<br>NC |

QPL__001148

Case Testimony

Keystone Foods, LLC

| Daniel D. Moody | Bonagura v Stephen Michael Strait | Deposition 3-Sep-09 | Sarasota FL |

| Charles Rawlings | Michael Chandler & Kathy Chandler v Randy Kritzer, M.D. and Carolina Neurosurgery | Deposition 31-Aug-09 | Winston-Salem NC |

| Paul Rheingold | Phillip Evans, Guardian Ad Litem of J. Doe v. Duke University Health System, Inc. | Deposition 27-Aug-09 | Chapel Hill NC |

| Donald Lively | Angelo Qwantez Wyche v. Kevin Cecil Cockrell; Mikes Paint and Body, Inc.; and Shaquan Dannard McCall | Deposition 6-Aug-09 | Winston-Salem NC |

| Darol Carr | Galeana v. Gates | Trial 17-Jun-09 | Fort Myers FL |

| Michael J. Pugh | NOACK v BLUE CROSS BLUE SHIELD OF FLORIDA | Deposition 21-May-09 | Sarasota FL |

| William E. Moore, Jr. | DEAN SURRETT v THE CITY OF CHARLOTTE | Deposition 7-May-09 | Charlotte NC |

| Aaron C. Hemmings | JOE EVANS v BOBBY SAMPSON | Arbitration 7-May-09 | Raleigh NC |

# Case Testimony

| | | | |
|---|---|---|---|
| William Mills | STRONG v WALMART | Deposition 16-Apr-09 | Winston-Salem NC |
| Rebecca J. Britton | FRANCES BROCK v | Deposition 30-Mar-09 | Winston-Salem NC |
| William Mills | FRYE, et all. v GREENE, et all | Trial 4-Mar-09 | Marion NC |

**QPL__001150**