# EXHIBIT T

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:16-cv-01038

| | | |
|---|---|---|
| ARIANA QAYUMI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Declaration of Peter Jeffries |
| v. | ) | |
| | ) | |
| DUKE UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

Peter Jeffries, pursuant to the provisions of 28 U.S.C. § 1746, declares as follows:

1. My name is Peter Jeffries. I am over twenty-one years of age and competent to testify in all other respects. I have personal knowledge of the matters set forth below. If called upon to testify about these facts, I could and would do so.

2. I am the custodian of records of Duke University Police Department, and as such this Declaration is based on my personal knowledge except where otherwise indicated.

3. I am attaching the following records prepared by officers of the Duke University Police Department:

   a. Incident/Investigation Report with Case Supplemental Report by Greg Stotsenberg, dated April 25, 2011. (Exhibit 1.)

   b. Case Supplemental Report by David Dyson, dated April 29, 2011. (Exhibit 2.)

      c.      Case Supplemental Report by David Dyson, dated August 9, 2011. (Exhibit 3.)

      d.      Recording of a telephone conversation that occurred on May 3, 2012. (Exhibit 4.)

      e.      Incident/Investigation Report by David Dyson, dated May 22, 2012. (Exhibit 5.)

      f.      Case Supplemental Report dated by David Dyson, dated July 29, 2012. (Exhibit 6.)

4.      These records are kept by our department in the regular course of business. It was the regular course of business for an employee or representative of our department with knowledge of the acts, events, conditions, and/or opinions reflected and recorded in these records to make these records or to transmit information thereof to be included in such records. Additionally, all of these records were made at or near the time of the acts, events, conditions, and/or opinions reflected in the records. The records attached hereto are the originals or exact duplicates of the originals.

5.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/19/2017  _____

_____
Peter Jeffries