UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:16-cv-01038

| ARIANA QAYUMI, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **DOCUMENTS FILED UNDER** |
| | ) | **SEAL WITH DUKE** |
| v. | ) | **UNIVERSITY'S** |
| | ) | **FIRST MOTION TO** |
| DUKE UNIVERSITY, | ) | **SEAL DOCUMENTS** |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and Rule 5.4(c) of the Local Rules of Practice and Procedure, Defendant Duke University ("Duke") is filing the following documents in non-redacted form under seal:

| Motion to Seal Exhibit | Motion for Summary Judgment Exhibit | Non-Confidential Descriptions of Documents |
|---|---|---|
| 1 | D & E-8 | Plaintiff's March 22, 2013 statement submitted to Duke's Office of Student Conduct, accusing fellow students of university policy violations (QPL_000030) |
| 2 | E-3 | August 15, 2011 letter from Stephen Bryan, director of the Office of Student Conduct, to Plaintiff about a report of potential sexual misconduct (QPL_000018) |
| 3 | E-4 | September 8, 2011 letter from Bryan to Plaintiff following up on his August 15 letter (QPL_000019) |
| 4 | E-5 | September 12-13, 2011 email exchange between Bryan and Plaintiff regarding the student-conduct process (QPL_000020-21) |

| Motion to Seal Exhibit | Motion for Summary Judgment Exhibit | Non-Confidential Descriptions of Documents |
|---|---|---|
| 5 | E-9 | March 29, 2013 letter from Bryan to Duke student providing notice of report of alleged misconduct submitted by Plaintiff (QPL_000032-33) |
| 6 | E-10 | March 29, 2013 letter from Bryan to Duke student providing notice of report of alleged misconduct submitted by Plaintiff (QPL_000036-37) |
| 7 | E-11 | Full hearing packet submitted to Duke's Undergraduate Conduct Board ("UCB") for adjudication of charges initiated by Plaintiff against fellow students (QPL_000001-271) |
| 8 | K | July 20, 2012 Google chat conversation between Plaintiff and her brother, Aaron Qayumi, reflecting Plaintiff's contemporaneous understanding of July 20, 2012 conversation with Bryan about options for proceeding with conduct case (QPL_001818-21) |
| 9 | M | March 19, 2013 email exchange between Plaintiff and Bryan following up on conversation about conduct process and discussing additional resources available to Plaintiff (QPL_000028) |

This the 2nd day of January 2018.

/s/ Dixie T. Wells
Dixie T. Wells
N.C. State Bar No. 26816
Christopher W. Jackson
N.C. State Bar No. 42939
**ELLIS & WINTERS LLP**
300 N. Greene, Suite 800
Greensboro, NC 27401
Tel. (336) 217-4193
Fax (336) 217-4198
dixie.wells@elliswinters.com
chris.jackson@elliswinters.com

Thomas H. Segars
N.C. State Bar No. 29433
**ELLIS & WINTERS LLP**
P O Box 33550
Raleigh, NC 27636
Tel. (919) 865-7000
Fax (919) 865-7010
tom.segars@elliswinters.com

*Attorneys for Defendant Duke University*

# CERTIFICATE OF SERVICE

This is to certify that I have electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filling to the following:

> Robert C. Ekstrand
> Stefanie Sparks Smith
> Ekstrand & Ekstrand LLP
> 110 Swift Avenue, Second Floor
> Durham, North Carolina 27705
> rce@ninthstreetlaw.com
> sas@ninthstreetlaw.com

This is to further certify that I am providing a copy of the foregoing, with non-redacted exhibits, to counsel for the third-party students as referenced herein on this day by email and by United States mail, postage prepaid.

> Kerry Sutton
> Sutton & Lindsey, PLLC
> 3215 Deerchase Wynd, Suite 203
> Durham, NC 27712
> kws@suttonlindsay.com

This the 2nd day of January, 2018.

/s/ Dixie T. Wells
Dixie T. Wells