# EXHIBIT 4

# EXHIBIT B-2, T-3

to Duke University's Motion
for Summary Judgment

| | | | |
|---|---|---|---|
| **Case Status:** CLOSED / LEADS | **Case Mng Status:** EXCEPTIONALLY CLEAR - | | **Occurred:** 04/25/2011 |
| **Offense:** SUSPICIOUS ACTIVITY | | | |

| | |
|---|---|
| **Investigator:** DYSON, D. (0254259) | **Date / Time:** 08/09/2011 17:11:31, Tuesday |
| **Supervisor:** (0) | **Supervisor Review Date / Time:** NOT REVIEWED |
| **Contact:** | **Reference:** Follow Up |

On July 20, 2011 at 1500 hours, I met with Ariana Qayumi in the Headquarters Conference Room. Inv. Higgins was also present. I explained to her that various departments would be reaching out to her in the next few days to offer support, but that she was in control and could decline any services offered. I explained that she had a variety of options available to handle the situation, including criminal charges and action through Student Conduct. I further explained that I would not pursue criminal charges until she asked me to. Qayumi explained that since the incident, she was having difficulty sleeping and had gone outside of Duke to seek counseling from Dr. Sarah Bryce. She was afraid of being stigmatized, and when I suggested contacting Sheila Broderick, she said that she was worried that someone might see her going in to the meeting, so was trying to handle the problem herself outside of Duke. She only recently told her mother, who did not take the news well, and was scared of telling her Afghani father, for fear of how he might react. She did not want to get her attackers in trouble, since she was trying to be a "nice person" and forgive them. She also felt guilty because in the past she felt that women who got themselves drunk could not claim rape.

She had heard through friends that this group of men had conducted similar attacks at least three times, including once at UNC. She has been holding out hope that these men will change their behavior. She heard friends talking about her incident, although they did not know she was the woman involved. She now believes that she was "roofied" and was gang raped by more than the two men.

We discussed our first meeting. She gave new details, that the males approached her in her dorm prior to our meeting. They told her that "some people" may come to talk to her, and explained that there was a video in question, but not to worry, because they had already deleted it. They also claimed that the video was only an audio recording. They did not tell her what was on the video. They told her that if she cooperated with us, they could be expelled, and urged her not to get them in trouble. She now claimed that she had never seen or heard the video. When I told her what was on the video, she was incredibly surprised. Tears started to well up in her eyes, and she asked to leave. She said that she was going to go running, which was cathartic for her. I encouraged her to call me back when she wanted to discuss this more.

Investigator Signature                            Supervisor Signature