# EXHIBIT 5

# EXHIBIT B-3, T-4

to Duke University's Motion
for Summary Judgment

Recording of May 3, 2012 phone call between Plaintiff and David Dyson

Produced at DUKE-QPL_00010161 (CONFIDENTIAL)

Hand-delivered to Court