# EXHIBIT 16

# EXHIBIT I

to Duke University's Motion
for Summary Judgment

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:16-cv-01038

ARIANA QAYUMI,       )
                  )
        Plaintiff,  )
                  )
    vs.          )
                  )
DUKE UNIVERSITY,     )
                  )
        Defendant.  )
_ _ _ _ _ _ _ _ _ _ _ )

TRANSCRIPT OF TELEPHONE CONVERSATION
TRANSCRIBED FROM A TELEPHONE RECORDING

Transcribed by:
May 3, 2012                         Theresa M. Guynn

A P P E A R A N C E S

PHONE PARTICIPANTS:

David Dyson

Ariana Qayumi

```
1                    [BEGIN AUDIO RECORDING]
2                    MS. QAYUMI:  Hi, Detective Dyson.  This
3    is Ariana Qayumi.
4                    MR. DYSON:  Hey, Ariana.  How are you?
5                    MS. QAYUMI:  I'm doing well.  How are
6    you?
7                    MR. DYSON:  Oh, not too bad.  Not too
8    bad.
9                    MS. QAYUMI:  That's good to hear.
10                   MR. DYSON:  Yeah.  So what have you been
11   up to for the past few months?
12                   MS. QAYUMI:  Well, actually, I took this
13   semester off.  And I've been in Arizona going through
14   EMDR therapy --
15                   MR. DYSON:  Okay.
16                   MS. QAYUMI:  -- and staying with my
17   parents.
18                   MR. DYSON:  Okay.
19                   MS. QAYUMI:  But, yes, so I wanted to
20   call because I wanted to file an official police report
21   for [inaudible] what happened last year.
22                   MR. DYSON:  Okay.
23                   MS. QAYUMI:  But I also wanted to know
24   kind of what else has happened in that time because I
25   kind of just stopped talking to you guys --
```

Case 1:16-cv-01038-CCE-JLW  Document 71-16  Filed 01/02/18  Page 5 of 60

```
 1                    MR. DYSON:  Yeah.
 2                    MS. QAYUMI:  -- about some things
 3   because I couldn't really deal with it at that time.  So,
 4   yeah.
 5                    MR. DYSON:  So not much has happened on
 6   our end because it's all victim-driven.  We're not going
 7   to do much without you saying, Hey, I want something
 8   done.
 9                    MS. QAYUMI:  Okay.
10                    MR. DYSON:  It just -- it's not going to
11   -- one, from a logistical sense, if it's not going to go
12   anywhere because you don't want it to go anywhere, there
13   is not much of a reason for us to do much because you're
14   going to end up having to be the person testifying and
15   doing all that, and, plus, again, you're the one in
16   control of this as we take a trip, you know, down this
17   process.
18                    And so as we told you last time, it's up
19   to you if you want to file a report.  It's up to you if
20   you want prosecution.  This is all -- it's all in your
21   control.  So in terms of --
22                    MS. QAYUMI:  Okay.
23                    MR. DYSON:  -- what's happened since we
24   last met, not much.
25                    MS. QAYUMI:  Okay.  Well, I guess I'm
```

 1   also wondering -- so once I file the police report, like,

 2   I want the University to know and try to take action, but

 3   I'm not necessarily sure if I want to go through the

 4   whole way of doing prosecution.  I would just want, like,

 5   measures of I guess safeguard me, that kind of thing --

 6                   MR. DYSON:  Okay.  So --

 7                   MS. QAYUMI:  -- is that possible?  I

 8   want it on record that that happened, I guess.

 9                   MR. DYSON:  That it happened.  So you

10   want to file a report saying this happened to me, but

11   you're not sure that you actually want criminal

12   prosecution.  Is that what I'm hearing?

13                   MS. QAYUMI:  Yes.

14                   MR. DYSON:  Okay.  Would you -- are you

15   interested --

16                   MS. QAYUMI:  Because I hadn't -- I

17   hadn't had, like, a pelvic exam right after it happened,

18   so I didn't know.  But I just recently had one, and there

19   was a lot of, like, damage done.  They said that it's

20   going to heal fine --

21                   MR. DYSON:  Uh-huh.

22                   MS. QAYUMI:  -- and I'll be okay.  But

23   I hadn't had it in time enough that it would actually be

24   evidence for the case.  And I already --

25                   MR. DYSON:  And when was it that you had

1    this exam?

2                    MS. QAYUMI:  About, like, a week ago.

3                    MR. DYSON:  Oh, okay.

4                    MS. QAYUMI:  Yeah, just recently.

5                    Anyway, so I guess I kind of also just

6    wanted to go over what -- I guess, like, kind of why I

7    wasn't able to talk about stuff before, and then the

8    reason why I wanted to know what else has happened is

9    because I received the email from Lieutenant Zotzenberger

10   -- or Zotzenberg [phonetic] saying that you guys were

11   going to file a student conduct thing for, like, Title IX

12   or something like that against the boys --

13                   MR. DYSON:  Okay.

14                   MS. QAYUMI:  -- for the -- for the video

15   thing.

16                   MR. DYSON:  Okay.

17                   MS. QAYUMI:  So I was just wondering,

18   Did that go anywhere, or was that just like you filed it

19   and then nothing happened?

20                   MR. DYSON:  You know, I -- I don't know

21   because once it reaches the Office of Student Conduct,

22   they don't tell us the outcome of anything that happens.

23   So --

24                   MS. QAYUMI:  Oh, okay.

25                   MR. DYSON:  -- you know, because there

 1   is privacy rules in place.

 2                    MS. QAYUMI:  Okay.

 3                    MR. DYSON:  So things that happen in the

 4   Office of Student Conduct don't get passed back to me, so

 5   you'd have to probably contact Dean Bryan himself and see

 6   if anything was done there.

 7                    MS. QAYUMI:  Okay.  I know that they did

 8   -- they did contact me asking me if I wanted to talk

 9   about what happened to me because someone had filed that

10   I had been, like, attacked or something like that.  So

11   they had contacted me at the beginning of last year.

12                    But I just -- I wasn't able to contact

13   them yet, and then, like, I guess emotionally I wasn't

14   ready to, but after going through my therapy, like,

15   now --

16                    MR. DYSON:  You're feeling better?

17                    MS. QAYUMI:  Well, it's not even just

18   feeling better.  I had a -- so when I spoke with you,

19   like, at that time I had PTSD.  It was misdiagnosed with

20   ADHD first.  And then I told them what had happened.  And

21   they were, like, Oh, my God, like, I'm so sorry;

22   actually, like, we mis-diagnosed you; you definitely have

23   PTSD.  I -- you know, I didn't know what that was, that

24   kind of stuff.

25                    And then after we spoke in June, I

 1   believe it was, of last year, that caused kind of I

 2   guess, like, an earthquake in my head, and I started

 3   having nightmares again.  I started remembering things

 4   that had happened a little bit, like, flashbacks.  And

 5   things that other people had said on campus started to

 6   kind of bother me.  Like, I had heard previously, like,

 7   that I had been given drugs, that -- like, you know, that

 8   it had been like a hazing type of a thing, like, they had

 9   been told to do it by their frat, you know, different

10   things like that.

11                   So I just, like, tried to block it out.

12   I was seeing a psychiatrist, and she told me it would be

13   healthy to just, you know, compartmentalize it, and then

14   deal with it after I could get through my classes.

15   Because I started doing really badly in my classes after

16   it happened.  And it happened in March of 2011.

17                   And so then I started -- like, the only

18   way I could focus on my studies was, like, by not talking

19   about it, like, at all.  But if anything came up about

20   it, I would just be, like, completely flustered and, like

21   -- you know, and not be able to sleep because I would

22   start remembering things randomly.

23                   So I kind of went through therapy of

24   just like not talking about it, like, just trying to stay

25   focused on school really [inaudible] with all my

1  thoughts.

2              And then I talked with my dean about

3  what had happened, and I talked with --

4              MR. DYSON:  Is that Dean Taylor?

5              MS. QAYUMI:  Yes, Dean Taylor.  And then

6  I also talked with someone named Amy Powell [phonetic].

7  And -- the head of the Women's Center.  I just-- I forgot

8  her name.  But I spent most of my time at the Women's

9  Center, and I was just surrounding myself with girls

10  because that was the only place I would feel safe.  But,

11  yeah, like, I mean it was really hard for me last

12  semester because I didn't feel safe on campus.  So yeah.

13              Then that's when, like, talking to Dean

14  Taylor and Amy Powell and I guess just like with my

15  family -- because I hadn't told my family either at

16  first.  I only told my brother after we talked in June.

17  That was the first time I had talked about it.

18              MR. DYSON:  Okay.

19              MS. QAYUMI:  And I told my mom whenever

20  -- end of June -- and then I finally told my dad in

21  December, and that was when they were really supportive,

22  and they said, you know, you need to, like, take off,

23  come home, need to deal with this.  And, like, then I --

24  they were talking to an attorney, and we were trying to

25  see, like, what -- he said that the first thing I had to

```
 1   do was make the police report, but that I should be like
 2   in an emotionally stable place and understand everything
 3   that had happened.
 4              But at the time, like, I was still
 5   having PTSD, so I couldn't -- I couldn't understand
 6   everything that happened.  Like, I would have bits and
 7   pieces where now I've, like, gone through almost
 8   everything in EMDR and I remember -- do you know what
 9   EMDR is?
10              MR. DYSON:  No, I don't.  I was just
11   about to ask you that.
12              MS. QAYUMI:  Oh, okay.  So it's -- it's
13   a therapy they give to people that have post-traumatic
14   stress disorder.  And the kind that I have is where I
15   block it out completely, and, like, I can't remember
16   anything that happened.
17              But when certain things -- when I see
18   certain things that remind me of, like, I guess that
19   night or the incense, or I smell things or like -- I mean
20   it's just -- it's really random.  It doesn't even always
21   -- it's always the same.  I'll remember flashbacks, and
22   it's like I haven't processed it in my brain, so I get,
23   like, really emotional about it.  I can't focus.  And I'm
24   just like really unstable when -- when it happens, like,
25   when the flashback happens.  But other than that, I'm
```

1    fine, whatever.

2                    And so EMDR, what that does is, like,

3    you have these different types of sensors that they put

4    on you, and, like, you talk through things, slash, like,

5    they try to, like, prod you about different things that

6    could be related.  And it elicits all of those memories

7    because you're having -- like, all of your five senses

8    are stimulated at the same time.

9                    MR. DYSON:  Okay.

10                    MS. QAYUMI:  And then you're, like, able

11    to remember things that are -- without, like, actually

12    experiencing the trauma, and you're able to process it.

13    And then the next time you talk about it, it's easier to

14    talk about it, and you don't get as emotional.  You're,

15    like, stable, uh-huh.

16                    MR. DYSON:  Interesting.

17                    MS. QAYUMI:  So yeah.  Yeah.  It's been

18    really helpful, and since then, I've been able to talk

19    about it.

20                    MR. DYSON:  Excellent.  So you're

21    feeling better and -- yeah.

22                    MS. QAYUMI:  Yeah.  And I have an

23    understanding of almost everything that happened.  Some

24    things are still a little foggy, but, like, that's kind

25    of why I don't want to take it officially to, like, the

```
 1   criminal court because I don't know everything that
 2   happened.  Some of it was, like, hearsay from other
 3   people.  And I don't know if I would have someone that
 4   would be willing to testify during school because it's
 5   kind of stressful for them too because, like, the frat
 6   that was involved was Di Sig [phonetic], and I think it's
 7   called like K-A, or something.
 8               MR. DYSON:  How did KA get involved?
 9               MS. QAYUMI:  I don't know.  Some of the
10   -- there were two boys that were involved that I've heard
11   are in KA, and, like, there was also one -- a boy from --
12   there are two from Di Sig.
13               MR. DYSON:  Okay.  So why don't you
14   start by telling me what you remember from that night.
15               MS. QAYUMI:  Okay.  So what I remember
16   was that I was in my dorm.  I was sitting and watching a
17   basketball game.  It was a UNC night, versus UNC -- and I
18   wasn't planning to go out, and I was just, like, in my
19   pajamas, whatever.
20               A lot of other people were planning to
21   go out because if, like, Duke won, there would be a big
22   thing at Duke and if UNC won, there would be a big thing
23   at UNC on Franklin.  And so people started drinking, but
24   I wasn't drinking.  I did, however I had, like, a glass
25   of milk or cocoa -- I think it might have been cocoa
```

1  because recently I was having cocoa, and I had this

2  flashback when I was drinking it.  So I think it might

3  have been actually been cocoa.  But I remember it was a

4  substance.  It was not alcoholic.  And I was also eating

5  food.

6                    MR. DYSON:  Okay.

7                    MS. QAYUMI:  I got up to leave, go to

8  the bathroom.  I think I actually I also went up to my

9  dorm, though, to go to the bathroom.  I didn't go to use

10  the one down the hall.  I went up to my dorm, so I was

11  gone for probably, like, 10 minutes.

12                    And I came back and just, you know,

13  continued doing my stuff.  And then that's when things

14  had gotten funky, slash, whatever.  I don't -- didn't

15  really remember the first time.  But going through EMDR,

16  I remember kind of what happened.  I remember going off

17  campus.  I remember I was with some boys.  I don't

18  remember if I changed out of pajamas or if I just left

19  them on.  I remember having intercourse with at least,

20  like, two or three of them, but I remember it not --

21  like, I don't remember, like, what happened, really,

22  like, why it was happening.  I remember, like, there was

23  a fight involved between, like, two boys and the boys

24  that were with me, like, they were saying, like, Leave

25  her alone, blah, blah, blah.

```
 1              And then I remember coming back to
 2   campus and my dorm, and that's when, like, a different
 3   side happened.  And I don't -- I don't remember why I
 4   wasn't fighting a lot, or maybe I was.  I don't remember.
 5   But I came back to my dorm in Southgate, I believe.  It
 6   was either in Southgate or Randolph -- like, my dorm was
 7   Randolph, but I remember going back -- but I had moved to
 8   Southgate, so I remember going back to Southgate.  And I
 9   remember, like, people, like, grabbing me, but that's
10   all.
11              MR. DYSON:  Okay.
12              MS. QAYUMI:  And then I just remember
13   like waking up in my room and being like really
14   distraught.  I had, like, blood, like, on my pants.  I
15   felt really sore.  I had, like, bruises along my neck.
16   What else?  I mean, I hurt in my pelvis.  That's really,
17   like, all I can say.  And no one was there because it was
18   then Spring Break.  My roommate had just left.  I think
19   I, like, actually woke up, like, a day later.  I didn't
20   wake up the exact next day.  But so that's what, like, I
21   remember happening in a nutshell.
22              So then it's, like, I had heard other
23   things from other people, what they told me happened.  So
24   what I heard from other people was that kids were
25   rushing, and it was, like, their final rush thing, that
```

 1   they had been told they were, like -- like, the thing

 2   they could do that would be, like, the best thing would

 3   be, like, roofing [phonetic] someone, like, giving them a

 4   drug called Rohypnol [phonetic].  And it was supposed to

 5   be, like, an innocent girl.

 6                So they told me that they thought it was

 7   funny.  And, like, so a girl, a boy, and his friend told

 8   me they had gone to, like, a Di Sig meeting, and that

 9   some boys were talking about what they had done to a girl

10   who lived in Southgate.  They didn't say her name, but

11   they described someone like me.  And they were just

12   laughing about it, and they thought it was funny.  And my

13   friends didn't think it was funny.  And they came and

14   told me.

15                And that was when I was, like, Oh, my

16   God, because what I thought had happened was I thought I

17   just drank.  I was, like, Okay.  Maybe I did finally give

18   into peer pressure, like, Oh, my God.  I just -- I can't

19   deal with this, that kind of thing.

20                But so according to other people,

21   possibly that didn't happen.  And I was kind of, like, I

22   just couldn't deal with it because I'm, like, Okay.  If

23   that did happen, then I'm going to have [inaudible] trust

24   issues with, like, Duke, like, what the -- you know, I

25   can't believe that would have happened.

1          And yeah.  So then I also heard, slash,

2  I didn't see, but, like, my roommate saw that there were

3  apparently photos on, like, Facebook, like, bragging

4  about, like, what they did.  They said that they, like,

5  had Eiffel Tower, like, an innocent girl, and she had no

6  idea.

7          MR. DYSON:  And she saw -- and your

8  roommate saw messages or photos?

9          MS. QAYUMI:  She saw photos, but, like,

10  they had, like, a caption, and people were, like,

11  commenting on it.  And they had, like, four guys in it.

12  And I'm trying to think what else I should say.

13          Then people in my dorm filed, like, a

14  report.  I didn't know this, but, like, an RA or the

15  people that had fought with the boys when I came home to

16  Southgate.  They told the RAs of my dorm that they

17  thought those boys were raping me.

18          And the RAs filed a report to Sheila

19  Broderick [phonetic], which I didn't know, but that's

20  what happened.  And then she contacted me, and I just,

21  like, didn't want to talk about it.  I just said, like,

22  I'm -- what did I talk -- I don't even remember what I

23  talked about -- I just said, like, I'm seeing someone off

24  campus.  Thank you.  And that was all.

25          And I just -- I started seeking help off

 1  campus because, like, I just -- I blocked it out

 2  completely, and then I was having trouble focusing so I

 3  was, like, I'm going to deal with someone or talk to

 4  someone and deal with it on my own, that kind of thing.

 5  I didn't want to face that it might have actually

 6  happened, kind of like, I didn't want this [inaudible]

 7  happening or have had happened.  So yeah, that's --

 8  that's in a nutshell of things.

 9                   And the boys -- the boys that were

10  involved -- is that important or no?

11                   MR. DYSON:  Oh, yes.

12                   MS. QAYUMI:  Yeah?

13                   MR. DYSON:  Yeah.

14                   MS. QAYUMI:  Okay.  So this is another

15  reason why I was a little reluctant.  I had an Econ

16  professor that I was, like, absolutely in love with.  Her

17  name is Lauren Leechman [phonetic].  And one of her boys

18  was involved.

19                   MR. DYSON:  Was?

20                   MS. QAYUMI:  It was Colby Leechman

21  [phonetic].

22                   MR. DYSON:  Okay.

23                   MS. QAYUMI:  And I really liked her, and

24  I didn't want to talk about it because I didn't want her

25  to have, like, a stigma on her name from her son.

```
 1                    MR. DYSON:  Uh-huh.

 2                    MS. QAYUMI:  And that's my major, and I

 3   thought it would maybe, like, affect me -- all those

 4   things.  Yeah.  So he was involved.  There was someone

 5   named Brian Self [phonetic], Frank Jones [phonetic].

 6   Those are the only ones I know for sure.

 7                    MR. DYSON:  And how did you know these

 8   names?

 9                    MS. QAYUMI:  Because they were the ones

10   that were tagged in the photos and, like, Brian came and

11   apologized and said he didn't know, like, that I had been

12   drugged or that I didn't know what was going on.

13                    And also because they were the ones that

14   came -- when -- I think you and Lieutenant Zotzenberg --

15   when you guys went to their room in May, they were the

16   ones that came and were, like, Ariana, please don't --

17   like, please don't try and send me -- I don't want to go

18   to jail for 25 years; like, we're so sorry; like, how are

19   you doing, whatever.  They brought me flowers.  Just like

20   ridiculous stuff like that.

21                    And there were a few other boys

22   involved, but I don't know if they were actually involved

23   with the rape part of it or if they just didn't want

24   their frat getting a bad name.  So I'm not going --

25                    MR. DYSON:  How were these other guys
```

```
 1   involved?  What did they do?

 2                   MS. QAYUMI:  They -- they were with them

 3   when they came -- they were like, Please don't, like,

 4   tell on our frat.  This is, like, a hazing thing, and,

 5   like, yeah, we don't want to get Di Sig kicked off of

 6   Duke campus.  It was a stupid mistake --

 7                   MR. DYSON:  So did they --

 8                   MS. QAYUMI:  -- like --

 9                   MR. DYSON:  -- do all this in person?

10                   MS. QAYUMI:  Yeah.

11                   MR. DYSON:  Okay.  So there is nothing

12   written down?  Nobody left you any notes?

13                   MS. QAYUMI:  I -- oh, well, yeah.  There

14   were some notes on my door.  I had, like, three notes on

15   my door and two under my door.  I had two under my door

16   in April, and then in May when this stuff happened, I had

17   some left on my door.  And that was after everyone had

18   moved out mainly, so I think that's probably why they

19   left it out in the open.  It didn't really matter if

20   anyone saw it.

21                   Yeah.  The two that were under the door

22   the first time, one was from Brian saying, like, Hey,

23   like -- like, we need to talk; like, I'm really sorry;  I

24   don't know -- I don't know what happened, but I heard

25   some things, and I need to talk to you.  It's pretty
```

```
 1   serious.
 2                   MR. DYSON:  Okay.
 3                   MS. QAYUMI:  And that was all.  So,
 4   yeah.  And I don't -- I don't think -- I don't have any
 5   emails from them.  I might have messages, like, text
 6   messages, but I blocked them all on Facebook because I
 7   just --
 8                   MR. DYSON:  Do you still have the notes
 9   that they left?
10                   MS. QAYUMI:  Not that I know of, no.
11                   MR. DYSON:  Okay.  And you don't have
12   any past emails or anything?
13                   MS. QAYUMI:  No.  I definitely don't
14   have emails.  I would never correspond with them on
15   email.
16                   MR. DYSON:  Okay.  And who was your
17   roommate at the time?
18                   MS. QAYUMI:  Her name was Rachel James
19   [phonetic].
20                   MR. DYSON:  Rachel James.  Is it okay if
21   I talk to her?  If I want to see this photo that was on
22   Facebook --
23                   MS. QAYUMI:  Yeah.  Maybe I should, like
24   -- I haven't told her -- like, I haven't talked to anyone
25   really about this at Duke.  Like, so the last time she
```

```
 1   probably talked about this was last year.  I haven't

 2   talked to her since then, really.  So could I talk to her

 3   first maybe because like --

 4                   MR. DYSON:  Yeah.  I can wait till

 5   tomorrow if you want to give her a call tonight.

 6                   MS. QAYUMI:  Yeah.  I think that would

 7   be good.

 8                   MR. DYSON:  Okay.

 9                   MS. QAYUMI:  Like, are finals over yet

10   at Duke or no?

11                   MR. DYSON:  Not yet.  They will be

12   Saturday.

13                   MS. QAYUMI:  Okay, yeah.  Yeah.  How

14   about -- can you wait until next Monday?

15                   MR. DYSON:  Well, I don't know if she'll

16   still be in town on Monday.

17                   MS. QAYUMI:  Oh.  Oh, you need to talk

18   to her in person to see the photo?  I got it.

19                   MR. DYSON:  Yeah.  I prefer to talk to

20   people in person.

21                   MS. QAYUMI:  Okay.

22                   MR. DYSON:  I can be really discreet

23   about it and tell her not to talk about it.

24                   MS. QAYUMI:  Yeah.  That would be

25   helpful.  Like, okay, actually, yeah.  If you just called
```

```
 1   her and said -- like, what would you be saying?
 2                   MR. DYSON:  I'd just say, Look, can we
 3   talk in person?  And then say, Look, I understand you saw
 4   something involving your roommate on Facebook last year;
 5   can you tell me about what you saw.
 6                   MS. QAYUMI:  And then she would just
 7   say, like, the picture, is that all?
 8                   MR. DYSON:  Yeah.  Most people will know
 9   what I'm talking about.
10                   MS. QAYUMI:  Okay, yeah.  I think you
11   could, like, call her, like, tomorrow or the next day.
12                   MR. DYSON:  Yeah.
13                   MS. QAYUMI:  And I'll just give her a
14   heads up because I don't want it to, like, affect her
15   finals --
16                   MR. DYSON:  Yeah.
17                   MS. QAYUMI:  -- if that makes sense.
18                   MR. DYSON:  Yeah.  That makes perfect
19   sense.
20                   MS. QAYUMI:  Yeah, so absolutely.  So
21   let me -- let me call her and ask her when her last final
22   is, and then I'll get back to you -- like, I'll just send
23   you an email, like, her last final is this day, so you
24   know.
25                   MR. DYSON:  All right.
```

```
 1                    MS. QAYUMI:  Okay.

 2                    MR. DYSON:  So go on.

 3                    MS. QAYUMI:  So do -- I don't really

 4   know what else I'm supposed to do about this.  Do I call

 5   the school?

 6                    MR. DYSON:  No.  I can do that, and then

 7   they can be in touch with you.  And they'll give you a

 8   call if you want to do it that way.

 9                    MS. QAYUMI:  Okay.  I mean, like, my

10   main thing is, like, I don't have a record of being

11   roofied.  I've only been heard that I was, and so it's

12   like I don't -- I don't know.  I don't -- like, is that

13   legitimate?

14                    MR. DYSON:  Yeah.  You're not sure of

15   what's going to happen next.  And --

16                    MS. QAYUMI:  Yeah.  And I don't want to,

17   like -- I don't want to stir up anything so that when I

18   go back to campus, like, people are, like, oh, my God,

19   Ariana, did this happen to you?  Like, how are you

20   feeling?

21                    Like, I mean I can handle it now because

22   before I couldn't.  When someone said that to me, I would

23   just, like, freak out and run away.  But, like, I don't

24   want to have to [inaudible].  Yeah.  I asked by some

25   girls.  They were, like, I heard this at whatever.  And I
```

1  was just, like, Shit, shit.  So like last semester, I kid

2  you not -- I would stay in my room every single night and

3  study, flash, like, not being able to focus because --

4  like, my roommate would even sometimes walk in and be,

5  like, Hey, Ariana, I just went out with some girls.  I

6  was, like, whatever.  I was [inaudible].  And they, like,

7  told me something.  They're -- like, they're talking

8  about this or [inaudible].  I'm, like, Oh, my God.  But,

9  yeah.  And the boys were talking about it too, so that

10  didn't really help.

11              MR. DYSON:  Yeah.  Yeah.  So let me go

12  back over real fast and just make sure I have everything

13  right.

14              So it was the night of the UNC game.

15  And this was Duke playing at Carolina or Carolina playing

16  at Duke?

17              MS. QAYUMI:  I don't remember.  Sorry.

18              MR. DYSON:  Okay.  Well, that's okay.

19  And you were in your dorm and that was -- was that

20  Southgate or Randolph?

21              MS. QAYUMI:  I was in Southgate.

22              MR. DYSON:  You were --

23              MS. QAYUMI:  Oh, wait.  One more thing.

24  One more thing.  Last semester I was walking to the

25  library on East and I went under the tunnel, and someone

1    left a hashtag that they, like -- oh, okay.  So people --

2    or later on in last semester, so, like, in August

3    September, someone had referred to me as, like -- like

4    Randolph girl.  Some people would do that -- they'd call

5    me Randolph girl in Southgate because I came from

6    Randolph.  So I was walking under the bridge one day --

7    it was back in December -- and there was a hashtag that

8    said, roofied Randolph.

9                    MR. DYSON:  Okay.

10                   MS. QAYUMI:  And, like that was -- that

11   was kind of when I was, like, Oh, my God.  Like, it was

12   -- it might have actually been real.  Because, like, it

13   just, like, it didn't go away, you know.

14                   MR. DYSON:  Is that one word or two?

15   The hashtag?

16                   MS. QAYUMI:  It was, like, roofied, and

17   then just ran directly into Randolph.  And I have a

18   picture of it.  I took a picture of it.

19                   MR. DYSON:  Can I get you to email that

20   to me?

21                   MS. QAYUMI:  Yeah, I will.

22                   MR. DYSON:  Okay.

23                   MS. QAYUMI:  And that was kind of when I

24   was, like -- like maybe it, like, it did happen, you

25   know.  Like, maybe I was actually roofied. [inaudible]

```
1              MR. DYSON:  Okay.  All right.  So you
2   were in Southgate down in -- this was in the Commons
3   Room?
4              MS. QAYUMI:  Yes. [inaudible].
5              MR. DYSON:  On the first floor?   The
6   first floor of Southgate --
7              MS. QAYUMI:  Yes.
8              MR. DYSON:  -- in the Commons Room
9   watching the UNC game.  You were in your pajamas.  Other
10  people were drinking, but you weren't drinking.  But
11  you'd been having some food, and you had something to
12  drink that was nonalcoholic.
13             MS. QAYUMI:  Yes.  Oh.  I had -- I had a
14  hamburger.  I just remembered.  I had a hamburger from In
15  and Out because I gave Colby one.
16             MR. DYSON:  In and Out Hamburgers?
17             MS. QAYUMI:  Well, not In and Out.
18  What's the place at --
19             MR. DYSON:  Cookout?
20             MS. QAYUMI:  Cookout.  Cookout.  I had
21  gone to Cookout, and I had three hamburgers.
22             MR. DYSON:  Okay.
23             MS. QAYUMI:  Buying a hamburger.  I
24  remember that because he was at [inaudible].
25             MR. DYSON:  And so then you -- you had
```

1   the cocoa or the milk, and then you started feeling funny

2   or something was happening?

3                      MS. QAYUMI:  Yeah.  Like, I left the

4   room for, like, 10 minutes.  I came back.  Like,

5   everything was, like, fine, whatever.  I was just, like,

6   watching the game.  And then, you know, I kept drinking

7   my drink.  I had finished it.  And I'd say, like, within

8   about, like, an hour or so -- so the game wasn't over

9   yet.  I mean it was, like, we were -- we were down like

10  five.  And then, like, I remember just getting, like,

11  really, like, woozy.  And I remember just like I don't

12  know if I, like, fell asleep or what, but I remember not,

13  like, remembering anything.  Like, I just don't really

14  remember.

15                     I just remember, like, laying back and

16  like watching the game, and I remember everyone was,

17  like, Oh, UNC won; like, we're going to go to UNC.  And I

18  was, like, Okay, guys.  But I don't remember.

19                     But I do remember somehow, like,

20  whatever -- the next time [inaudible], I did leave --

21  like, I left my dorm or was taken.  I don't know.  But I

22  remember then being at another person's house, like, at a

23  frat house or something.  I remember being somewhere

24  else.  And then I remember --

25                     MR. DYSON:  Can you describe this place?

```
 1                    MS. QAYUMI:  I don't remember that.  I
 2   just remember there was a couch.  There was, like,
 3   another TV because the UNC, like, celebration was then
 4   on, and we were, like, Oh.  Like, there's going to be,
 5   like, a lot of stuff over at UNC tonight.  And they were,
 6   like, Oh, do you want to come too?
 7                    And I was, like, No.  Like, I just want
 8   to go home.  Like, I'm really tired.
 9                    MR. DYSON:  And do you remember if you
10   walked off campus or you were driven off campus?
11                    MS. QAYUMI:  I remember being driven.
12                    MR. DYSON:  Driven off campus.
13                    MS. QAYUMI:  And I remember the seats
14   were leather.
15                    MR. DYSON:  Okay.  And do you remember
16   how long your car ride was?
17                    MS. QAYUMI:  I'm sorry.  Sorry.  My Mom
18   was talking.  What?  What did you say, Detective Dyson?
19                    MR. DYSON:  Do you remember how long the
20   car ride was?
21                    MS. QAYUMI:  Maybe, like, 10 minutes.
22                    MR. DYSON:  Okay.
23                    MS. QAYUMI:  It wasn't far.  I don't
24   remember it being far.
25                    MR. DYSON:  Okay.  And you got to this
```

```
1   other location.  Was it clean?  Was it dingy?  Was it
2   clearly a frat house?
3                   MS. QAYUMI:  I remember it being clean.
4   Like, I think it was a residence.  I don't think it was
5   in a frat house.  But --
6                   MR. DYSON:  Do you remember anything
7   about the architecture or anything?
8                   MS. QAYUMI:  No.
9                   MR. DYSON:  Okay.
10                  MS. QAYUMI:  I remember it had wood
11  floors actually.  I do remember that -- and sliding
12  doors.  And I remember the couch area, but that's really
13  the only thing that I can distinctively remember is the
14  couch area.
15                  MR. DYSON:  Okay.  What was the couch
16  area like?
17                  MS. QAYUMI:  I remember, like, the couch
18  was like the -- like a dark greenish color.  And it was
19  like soft feeling.  And it, like -- it only had two
20  cushions, but I could see easily four.  It was, like, in
21  a really small room that had a lot of, like, cultural
22  artifacts.
23                  MR. DYSON:  What do you mean by,
24  cultural artifacts?  Like?
25                  MS. QAYUMI:  Like, it was like someone
```

 1   had traveled somewhere.  It was really cool.  And I
 2   remember I was really interested in it, but that's all.
 3                   MR. DYSON:  Okay.  And then while you're
 4   at this off-campus location, you end up having sex with
 5   two or three of the guys?
 6                   MS. QAYUMI:  Yeah.  I believe I had sex
 7   with two there.
 8                   MR. DYSON:  Okay.  How long did this go
 9   on for?
10                   MS. QAYUMI:  I don't -- I don't remember
11   that.
12                   MR. DYSON:  Okay.  Which two guys were
13   the --
14                   MS. QAYUMI:  I don't remember -- I
15   honestly don't remember fighting at this location.  The
16   part I remember as being, like, a fight was when I went
17   back to my dorm.  And that was when, like -- like
18   multiple people, like, were with me.
19                   MR. DYSON:  So the fight between the
20   guys happened once you got back to a dorm?
21                   MS. QAYUMI:  Yeah.  And that's when I
22   was, like, saying, no, and like all that bad stuff that
23   you heard.
24                   MR. DYSON:  Okay.
25                   MS. QAYUMI:  I don't remember what the

 1   video was or whatever.  But I remember -- I remember

 2   people, like, punching people and, like, there was --

 3   that's like the stuff that I remember kind of foggily,

 4   but other people had told me that there had been like --

 5   they saw guys take me into a room, and I was, like, No.

 6   I -- you know, like, leave me alone.  That happened back

 7   at the dorm.

 8                   So the one that was in the residence, I

 9   don't know if that was technically a rape or what.  So --

10   but the one at the dorm definitely was.

11                   MR. DYSON:  So there was more sex once

12   you got back to a dorm?

13                   MS. QAYUMI:  Yeah.

14                   MR. DYSON:  Do you remember any details

15   about that?

16                   MS. QAYUMI:  I remember it happened on,

17   like, the second floor, and I remember that there was a

18   lot of pain and screaming and that's about it.  I

19   remember it being really dirty, and, like, people had

20   knocked over trash cans.

21                   MR. DYSON:  Okay.  And this was on the

22   second floor of what dorm?

23                   MS. QAYUMI:  Southgate.

24                   MR. DYSON:  Second floor of Southgate.

25   And do you remember -- you don't happen to remember whose

1    room it was, do you?

2                    MS. QAYUMI:  No, I don't.

3                    MR. DYSON:  Do you remember who the boys

4    involved were?

5                    MS. QAYUMI:  The ones I listed formerly.

6                    MR. DYSON:  So was it all three?

7                    MS. QAYUMI:  Yeah.  And then I think

8    there -- there might have been one other boy involved or

9    two other boys.  One's name was, like, Sebastian, and

10   then, like, Jeffrey Houtz [phonetic].  But I don't know

11   for sure, so I didn't mention them at first.  And I was,

12   like, putting them in, like, a different category because

13   I don't know if they, like, did anything.

14                   MR. DYSON:  What was Jeffrey's last

15   name?  Kutz?

16                   MS. QAYUMI:  Houtz.  It's, like,

17   H-o-u-t-z.

18                   MR. DYSON:  Okay.  And you don't know

19   how they were involved?

20                   MS. QAYUMI:  Yeah, I don't -- I don't

21   recall, but I remember -- I remember Jeff was like there,

22   and he was -- he was involved, but, like, I don't

23   remember.  He just doesn't appear in my nightmares.  So,

24   like, I don't know if that actually happened, and

25   [inaudible] but other people said that he was involved.

 1  Jimmy -- like, they told me that, and I was, like, Okay.

 2  But, yeah.

 3              MR. DYSON:  Okay.  And so you're in this

 4  room.  It's painful.  There is screaming going on.

 5              MS. QAYUMI:  I don't know if there was

 6  screaming.  I think it was more explicits [phonetic].

 7              MR. DYSON:  Okay.  Expletives.

 8              MS. QAYUMI:  And I was saying -- I was

 9  saying, no, though.  I remember that.  And I would say,

10  like, the F word.  I remember saying, like, I called him

11  a bitch, I believe.  I remember being really angry and

12  [inaudible] and vulgar and disgust, yeah.  Yeah.

13              MR. DYSON:  So what happened once all

14  the guys finished in the dorm room?

15              MS. QAYUMI:  I have no memory.  But I

16  remember being -- waking in my room.

17              MR. DYSON:  Okay.

18              MS. QAYUMI:  So I just -- I remember,

19  like -- like I do remember, like, kind of waking up-ish

20  or whatever, like, coming out of something.  And -- but

21  there was, like, only one guy there then, and I was,

22  like, uhhhhh.  And then I remember, like, nothing.  And

23  then I remember, like, his appearing in my room.

24              MR. DYSON:  Okay.  So some -- you wake

25  up, and there was a guy in the room, or there wasn't a

1    guy in the room?

2                    MS. QAYUMI:  There was.

3                    MR. DYSON:  There -- so there was a guy

4    in your room when you woke up?

5                    MS. QAYUMI:  Oh, no, no, no, not my

6    room.  In, like, the room that it happened in.

7                    MR. DYSON:  Oh, okay.

8                    MS. QAYUMI:  Like, there had been

9    multiple ones, and then, like, I remember suddenly there

10   was just, like, one, and then I remember going back up to

11   my room.  Or not -- I don't remember going -- sorry.  I

12   don't remember going back up to my room, but I remember

13   waking in my room, so I assumed that I went back up to my

14   room.  But I don't know how I got there.

15                   MR. DYSON:  Okay.  You don't know how

16   you got back to your room?

17                   MS. QAYUMI:  Huh-uh (no).

18                   MR. DYSON:  And -- okay.

19                   MS. QAYUMI:  Those are, like, the parts

20   I'm still working on with my therapy, but we'll see.

21                   MR. DYSON:  Okay.  So what happened the

22   next day?  You wake up and --

23                   MS. QAYUMI:  I woke --

24                   MR. DYSON:  -- what did you do?

25                   MS. QAYUMI:  Well, I kind of was, like,

1  in shock at first.  And then I just went and showered for

2  a really long time.  Then I got dressed, and I went to

3  the Student Health Center.

4              MR. DYSON:  Okay.

5              MS. QAYUMI:  And I asked them about,

6  like, off campus people to see about sexual abuse.  And

7  then I also asked them for, like, a free sample of the

8  pregnancy test and if they did STD testing and if they

9  give, like, checking [inaudible] for, like, problems, and

10 they said yes, but in order to do the latter too, that I

11 would have to, like, sign up and make an appointment and

12 put my name on it.

13             And I just went, like, okay, like,

14 thanks, and I, like, left.  And then --

15             MR. DYSON:  So you left without seeing

16 anybody?

17             MS. QAYUMI:  Yeah.

18             MR. DYSON:  Okay.

19             MS. QAYUMI:  And then I went and I

20 called Sara Brice [phonetic], and I started seeing her.

21             MR. DYSON:  So you got Sara Brice's name

22 from the folks at Student Health?

23             MS. QAYUMI:  Yeah.

24             MR. DYSON:  Okay.  But you didn't

25 actually speak to a nurse or a doctor?

```
 1                    MS. QAYUMI:  No.
 2                    MR. DYSON:  Okay.  All right.  So after
 3    you left Student Health, where did you go?
 4                    MS. QAYUMI:  Back to my room.
 5                    MR. DYSON:  Back to your room.  Did you
 6    tell anybody?
 7                    MS. QAYUMI:  No.  I just sat in my room
 8    for, like, a week, kind of trying to think things
 9    through.  I would write stuff down, like, trying to
10    remember what happened.  Like I literally didn't talk to
11    anyone, like I didn't call my parents, and I, like,
12    refused all calls from people.  Yeah.  And I was just,
13    like, completely alone, trying to remember, like, what
14    happened, and I just couldn't flash the things that,
15    like, I thought I remembered.  It seemed like they
16    couldn't possibly be true.  And so, yeah.  That was
17    about, like, a week.
18                    And then I would, like, anxiously, like
19    eat or, like, clean myself a lot in the shower.  And I
20    would, like, try to do work, and I wouldn't be able to
21    focus because my brain would just keep going back to the
22    other stuff.  Or I would like -- I would like see
23    something, and it would make me kind of remember, like,
24    oh, maybe this happened or I was, like, I don't know.
25    And then I'd be, like, Okay.  Time to focus again.  But
```

1    that would happen, you know, like, multiple times in an

2    hour.

3                    And then at the end of spring break, I

4    hadn't come to a conclusion about what had happened to

5    me, so I just decided that, like, I had done -- like, I

6    had probably drank, that I probably, like, consented, and

7    I, like, did all that.  Like, I just decided that, and I

8    was, like, Okay, I did this; I'm just going to own up to

9    it and, like, yeah, and then move on.  Like, I made a

10   mistake.  It's basically what I thought I did.

11                   And so I just said that, but that wasn't

12   true, and I kept having, like, weird nightmares.  And I

13   would just tell myself they weren't true, stuff like

14   that.  And that was all of March.  It was really

15   horrible.  And, yeah, I kept it to myself basically.

16                   And I talked to my -- oh.  The thing I

17   was talking to my psychiatrist about -- I didn't tell her

18   whatever happened.  I told her that, like, I was having

19   trouble focusing, that I was, like, kind of remembering

20   weird things I didn't know if they even happened.

21                   She was, like, What kind of things, you

22   know?  And I'd be, like, Oh.  Just like -- I don't know

23   -- mixed up with guys.  She was, like, Okay.

24                   And, you know, like, I wouldn't really

25   talk about it much.  But I told her I was having trouble

1  focusing.  So she was helping me with, like, how to focus

2  and, like, get my mind off of dwelling on things that I

3  didn't want to dwell on.

4           But I didn't tell her what happened to

5  me until, like, early June.

6           MR. DYSON:  Okay.  So I had contacted

7  you.  We reached out to you at the end of April and

8  talked to you -- you know, we gave you a ride from the

9  West bus stop to your dorm and talked about it.  And you

10 said that --

11          MS. QAYUMI:  I said that, like, I had

12 drank and that, like -- what did I say?  So that, yeah, I

13 think I drank and, like, that I must have just, like,

14 blacked out and, like, whatever.   The next morning I

15 woke up and I was fine.  I just, like, completely lied to

16 you guys about everything because I just didn't know what

17 to say.

18          MR. DYSON:  Okay.

19          MS. QAYUMI:  And also, I didn't mention

20 it to you guys, but, like, I was also under stress

21 because, like, I was going back home the next day, and,

22 like, I didn't know what the hell to tell my family or,

23 like, my friends.  And I just, like, couldn't deal with

24 it, that kind of thing.

25          So I guess [inaudible], and now my

1  therapist says I should tell you guys that I just

2  defaulted until, like, an automatic like lie, and I would

3  just, like, fabricate.  That's because I couldn't deal

4  with what actually happened in order to, like, still make

5  myself feel empowered.  And, like, I did that.

6               MR. DYSON:  Okay.

7               MS. QAYUMI:  Yeah.  What do you remember

8  me saying to you about [inaudible]?

9               MR. DYSON:  You said that you'd had some

10 stuff to drink and it was your first time drinking

11 alcohol, you had too much, and you seemed very

12 unconcerned about what happened.  So --

13              MS. QAYUMI:  Oh, okay.  Yeah.

14              MR. DYSON:  So --

15              MS. QAYUMI:  But, I mean, like, I would

16 say that that's true to, like, what I believe happened

17 the first time.  But now, like, going through everything,

18 I would say that that's true all the way to, like, the

19 lie that I would have said.

20              MR. DYSON:  Okay.  So later on in July,

21 we met with you up in my conference room.  And at that

22 point, we were kind of telling you that the incident --

23 the University non-police side had been notified of the

24 incident and people would be contacting you.

25              And how did that -- you said Sheila

```
 1   Broderick had reached out to you.  Did anybody else reach

 2   out to you?

 3                    MS. QAYUMI:  Not at that time, no.  Only

 4   Sheila.  And then in the summer, no one really contacted

 5   me other than you.  And then in August is when Steven

 6   Bryan [phonetic] -- I think his name is -- he contacted

 7   me from Student Affairs because I talked to my dean about

 8   what had happened, and I told her that, like, I'm having

 9   trouble dealing with it, but, like, I don't know if I can

10   -- like, I don't want to do anything about it because

11   I'll be -- I'll get, like, ostracized at the school

12   because [inaudible].

13                    MR. DYSON:  Now, why were you afraid of

14   ostracization?  Who would ostracize you?

15                    MS. QAYUMI:  The entire frat.

16                    MR. DYSON:  Okay.  So Delta Sig?

17                    MS. QAYUMI:  And, like, I -- I had -- I

18   had -- yeah.  Like, I had respected that frat before.

19   And, like, I don't anymore.  But they were the business

20   frat, and I like business.  I like Econ.  And they had a

21   lot of Econ majors and stuff.

22                    So that would have been -- you know,

23   like, for me, I thought that, like, going through and

24   telling the truth about what had happened would cause,

25   like, everyone to just, like -- I don't know -- like, not
```

```
1    -- like, not want to associate with me again.

2                    MR. DYSON:  Yeah.

3                    MS. QAYUMI:  Make me feel like I have a

4    stigma attached to me.  It was like that girl that --

5    whatever.

6                    MR. DYSON:  Yeah.

7                    MS. QAYUMI:  I don't even know what to

8    say, but, yeah.  That's at the time how I felt.

9                    And so then -- actually I messed up the

10   time line, sorry.  Amy Powell talked to me with Dean

11   Taylor before Steven contacted me.

12                   So he contacted me, like, the day before

13   school started.  And then from that point -- and I

14   emailed him back.  I said, like, thank you for the email.

15   Like, I don't want to arrange time to meet with you

16   because I can't talk about this right now.  It's too -- I

17   don't remember exactly what I said.  I would have to go

18   pull the email.

19                   But I would have to say -- or I said

20   that -- I said that I couldn't focus when I talk about

21   it.  And then I'm starting a new semester.  I really

22   can't do it this semester, but in the future, I will,

23   like, in the next year or something like that, I will

24   take time off to deal with everything that happened.  And

25   at that time, I will, like, email him, and we can arrange
```

```
 1   time to talk when I'm back on campus.

 2               MR. DYSON:  Okay.

 3               MS. QAYUMI:  And that was -- and he

 4   said, Okay, thank you.  Like, we'll be in touch.

 5               MR. DYSON:  Okay.

 6               MS. QAYUMI:  And then that was the last

 7   time I talked about it to anyone at the University other

 8   than, like, Sheila Broderick, which I just talked to her

 9   kind of about, like, empowerment, not necessarily, like,

10   what happened.

11               And she was really supportive because,

12   like, Dean Taylor told her that something happened to me.

13   So yeah.

14               MR. DYSON:  Have you had any more calls

15   to Sheila?

16               MS. QAYUMI:  No.  The last time I saw

17   her was, like, last semester, in, like, November or

18   December.  But I did go to, like, [inaudible] Camp.  That

19   was fun.  But she didn't know necessarily that I had been

20   -- no, actually, yeah.  Didn't she know?

21               Oh, my mom says that she went to visit

22   Sheila actually, and she didn't know that I was raped.

23   So -- but Dean Taylor did contact her and said that,

24   like, Ariana needs your support, like, something

25   happened, blah, blah, blah.  So I started to see her
```

1   just, like, to talk and I did my homework in the Center,

2   and I felt really safe there.

3                    MR. DYSON:  Excellent.  So also during

4   the July meeting you had mentioned that the guys had

5   actually come up and talked to you before we met up with

6   you at the West Campus bus stop.  And they told you, Hey,

7   don't worry about the video, don't worry about anything.

8   And that they had said some other things to you.  What --

9   can you tell me more about that incident?

10                    MS. QAYUMI:  Yeah.  So that was the time

11  I was telling you that it wasn't just the three boys,

12  like, there were more people from their frat that came up

13  to me.  And they -- okay.  So they said, like -- like,

14  okay.

15                    MR. DYSON:  And this was all right

16  before we talked to you that day, right?

17                    MS. QAYUMI:  Yes.  Yes.  And also later

18  in the day because that -- there was Eldock [phonetic].

19  And on Eldock, they, like, followed me around.  They

20  were, like, Why aren't you going to go to parties?

21                    Like, because I just want to, like, be

22  in my room and be alone.  Please leave me alone.

23                    And they are, like, Well, are you going

24  to be with anyone?  I'm like, No.  I want to be alone.

25  So leave me alone.  But that was later on.

```
 1                     Before I talked to you guys, okay -- so
 2   they came -- first I got, like, two phone calls, and it
 3   was just, like, Hey, you might be notified by, like, a
 4   cop or something.  Like, don't worry about it.  It's not
 5   that big of a deal.  Just, like, say, you don't know what
 6   happened.
 7                     And I was, like, what?  I mean, that was
 8   odd.  It was, like, Why are you contacting me?  Because I
 9   haven't talked to them, whatever, since the thing
10   happened.  Like, I would avoid them, and I just really,
11   you know, like, would exclude myself from everything on
12   campus.
13                     And then, you know, we hung up, and I
14   was, like, walking, and I thought -- I took a call from
15   you guys, like, almost right after saying, like, Hey,
16   we'd like to meet with you.  And I was, like -- and I
17   remember running through my mind was, Should I say yes or
18   no?  If I say yes, like, what will happen?  I got to
19   thinking, and I'm, like, yeah, I should say yes.  So I
20   said yes to you guys.
21                     And then as I'm walking, like, I hung
22   up, and I ran into, like, a big group of Di Sig guys.
23   And they were just, like, Oh, like, Ariana, like, I'm so
24   glad we found you.  I'm, like, why?
25                     And they're, like, Oh, well, like, did
```

```
1    you hear what happened?  And, I'm, like, No.
2                    And they're, like, Well, like, something
3    happened on East Campus, and, like, you just need to,
4    like, stay on West Campus right now.  So, like, we can go
5    to lunch.  Do you want to go to lunch?  And, I'm, like,
6    What?  And they're, like, Yeah.
7                    Well, anyway -- and I'm, like, all
8    right.  I just got a call actually from Bryan and some
9    other people, yeah.  I can't actually do that right now.
10                   And then they would say -- they said,
11   like -- I don't want to lie to you, so just hold on one
12   second.  I want to make sure that what I say isn't wrong.
13                   Okay.  So I remember Colby said, like,
14   yeah, we did something, like, really stupid, and, like,
15   apparently there are cops here right now, and Bryan is,
16   like, handcuffed -- like he got thrown up against the
17   wall.  And, like, I don't know.  And he was, like, but --
18   yeah.  And, like, they were just kind of watching my
19   expression.  And then -- and then I was just, like, Okay.
20                   And Colby was, like, But, yeah.  His
21   expression changed from, like, being chilled to, like,
22   being mildly concerned.  And he said, You know, like,
23   yeah.  Like, if they, like, call you, like, please don't
24   say that we did anything wrong because we don't want to
25   go to jail for 25 years.  And, like, that's what they're
```

1    going to do to us.

2                    And I'm, like, what do you mean, did

3    anything wrong?  And he was, like, Well, like, you know,

4    like, with the stuff.  And I was just, like, Um, what?

5    You know, I was just, like, really confused.

6                    They're like, Oh, whatever; it's fine.

7    Like, if they call you, just say, like, you don't know

8    what happened, that you drank, like, a lot; it was your

9    first time drinking; you blacked out.

10                   And I was, like, isn't that what

11   happened?  And they were just, like -- and they were,

12   like -- I don't know.  It was just, like, they kind of

13   looked at each other and, like, every one of the kids

14   kind of like smiled.  And I was just, like, Uh, and then

15   they were, like, yeah, that's what happened.

16                   And I'm, like, Okay.  Like, whatever, I

17   have to go, bye.  And I went and took a final, and then I

18   met with you guys.

19                   MR. DYSON:  Okay.

20                   MS. QAYUMI:  And then after I met with

21   you guys was when they kind of started following me

22   around.  Like, what did you tell them?  Like are they

23   going to throw us in jail?  Like, Oh, my God.  You did

24   tell them, like, you had just drank a lot, right?

25                   And I was, like, why does that matter?

```
 1   Like, what?  Like, I just still didn't understand.

 2                   But it makes more sense now being like

 3   if they did what they're reporting they did, then it

 4   makes sense why they said all that -- those things.

 5                   MR. DYSON:  Yeah.  Okay.

 6                   MS. QAYUMI:  And I remember, like, one

 7   of them brought me, like, a present that day.  I thought

 8   that was kind of weird [inaudible] random.

 9                   MR. DYSON:  What did he get you?

10                   MS. QAYUMI:  It was, like, flowers.  I

11   was, like, Okay.  He was, like -- yeah.  He was, like,

12   yeah.  Like, good luck on finals.  And I'm, like, Okay.

13   Like, I never talked to you.

14                   MR. DYSON:  Who brought you the flowers?

15                   MS. QAYUMI:  He wasn't involved in it.

16                   MR. DYSON:  That's okay.

17                   MS. QAYUMI:  Is it?  Will he get called

18   about it?

19                   MR. DYSON:  Well, you know, I just want

20   to know why he suddenly showed up and gave you flowers.

21                   MS. QAYUMI:  It was, like, after I knew

22   Bryan.  His name is Demetri.  I don't know his last name.

23                   MR. DYSON:  And is he in Delta Sig too?

24                   MS. QAYUMI:  I think so.

25                   MR. DYSON:  Okay.  And then -- yeah.  So
```

```
 1    that was the last day of classes, and the summer
 2    happened.
 3                    So we were talking earlier about what
 4    you wanted to do with this.  And I guess now is probably
 5    a good time to come back to that.
 6                    What would you like to see done?  I'll
 7    fill out a police report and type it up.  But in terms of
 8    next steps, what are your initial thoughts about this?
 9                    MS. QAYUMI:  I mean, for the purpose,
10    like coming into this was -- it's kind of the end part of
11    my therapy for me to do this and for me to, like, you
12    know, admit that it happened, and also, like, I guess to
13    feel like I'm doing the right thing of, like, telling the
14    University it happened because I've heard that it
15    possibly happened to other girls, and that's a good
16    policy that Duke should keep having, like a policy that
17    [inaudible].
18                    MR. DYSON:  What's that?  Your call
19    faded.
20                    MS. QAYUMI:  Oh.  I was saying that I
21    don't think that Duke should allow those types of things
22    to happen on its watch, so I feel like being that it
23    happened to me and I felt like every -- like, the horrors
24    of going through it and how it affected my schooling and
25    all those things, I don't think that anyone should have
```

1  to deal with that again.

2            So that's kind of, like, why I called to

3  report this because I do -- I want the University to

4  know, and I want them to know that it is a problem and

5  that they need to, like, give an Ethics class to people

6  or something.  Like, I don't -- I don't know.  Just like

7  the boys -- let them know it's not okay to do that.

8  Because they don't understand, like, how they affected my

9  life at all.  Because I haven't talked about it.  So it

10  was, like, Hey, it's kind of embarrassing; I don't want

11  to admit it.  Like, I don't want to say all the stuff I

12  went through.

13            But, like, as for, like -- oh, and then

14  also, like, my mom wanted me to -- I would say, like, the

15  third reason is kind of because in order for my parents

16  to even let me go back to Duke, they wanted me to make

17  this report and, like, you know, have -- make sure I'll

18  be safe.

19            And then like my part of it -- which I'm

20  kind of confused, like, why -- I don't really know where

21  I want to go with it necessarily because I don't -- I

22  don't want to ruin their lives how they ruined mine -- I

23  guess is what I'm saying.  Like, I did it first.  I admit

24  that.  But, like, I went through therapy and, you know,

25  like, I forgive them and stuff.  They were rotten, but,

```
 1   like, you know, they made a mistake.  People make

 2   mistakes and stuff like that, whatever.

 3                   But they do need -- if they're doing it

 4   more to other people, like, that's not okay with me.  And

 5   I do think that they need to be -- that they need to

 6   learn that it's something they shouldn't do.  And if

 7   someone does it in the future, they shouldn't be people

 8   that say, That's a good thing.  They should, like,

 9   confront it.

10                   And so, you know, I think that some sort

11   of punishment is necessary, but I don't want it to be a

12   punishment that comes back to me and makes me feel more

13   stressed out.  Does that make sense?

14                   And that's where, like, I feel there is

15   real problems.  Because it's like, yeah, I'd rather them

16   be, like, punishment of not being able to like approach

17   me at school or something like that.  But, like, then the

18   only thing that I can think of is that they would tell

19   people, like, Yeah, actually, okay, guys, we can't, like,

20   talk about her right now.  Like, we need to leave.

21                   Or, like, they would complain to their

22   frat, like, Oh, my God.  This girl filed, like, this

23   against me, blah, blah, blah.  And then people would be,

24   like, Oh, well, like, was it true?  And then he'd be --

25   you know, be like oh, well -- you know, and it would just
```

```
 1   like start rumors everywhere, and I don't want that.
 2                   Like, I want it to be a quiet punishment
 3   so that they know so that I know and like that's it, that
 4   I can go on and do my schooling because my mom said so
 5   they can't kill me.
 6                   MR. DYSON:  Uh-huh.
 7                   MS. QAYUMI:  And so that they can go on
 8   and do something in their lives but know they made a
 9   choice that was bad and it affected me really badly and
10   that they feel bad about that kind of and they know that
11   it's wrong.  They shouldn't ever do it to another girl.
12                   And I don't know what -- I don't know
13   what the punishment like that is, but --
14                   MR. DYSON:  So -- and that's -- you
15   know, so there is a couple of options.  I guess, you
16   know, there was a video made, right?
17                   MS. QAYUMI:  Yes, I know that.
18                   MR. DYSON:  Okay.  Did you ever agree to
19   let them make that video?
20                   MS. QAYUMI:  No, never.
21                   MR. DYSON:  Or would you have ever
22   agreed to let them make such a video?
23                   MS. QAYUMI:  No.
24                   MR. DYSON:  Okay.  So there's a charge
25   in North Carolina called Secret Peeping.  And when you
```

 1  secretly record somebody in a location where they would

 2  expect privacy, there is a criminal charge for that.

 3                    And we have charged Duke students before

 4  -- at least one Duke student before -- with violating

 5  this when he set up a secret camera in his room and

 6  filmed a sexual encounter with a female student.

 7                    So on the criminal side, you know, rape

 8  is a very serious charge.

 9                    MS. QAYUMI:  Yes.

10                    MR. DYSON:  And I'll be completely

11  honest with you right now.  Proving a rape at this point

12  is going to be next to impossible, but I do have a video.

13  And you don't need to make a decision right now.  I'm

14  just telling you that this is an option available to you.

15  Secretly recording this is a violation of the Secret

16  Peeping law in North Carolina.  It's a low level felony.

17  It typically results in probation.  And that's something

18  that I can prove happened is because --

19                    MS. QAYUMI:  Okay.

20                    MR. DYSON: -- I do have this video.  So

21  keep that in the back of your mind that there is still a

22  criminal possibility that's open.

23                    From the student conduct side, you know,

24  my report is going to go over to Student Conduct.  And

25  they're going to read that, and they may call you.  They

1   may not.  If you want punishment or some sort of system

2   through the Office of Student Conduct, give Dean Bryan a

3   call, shoot him an email, and talk about his process.  I

4   really don't feel comfortable talking about his process

5   because that's -- he's a different element of Duke.  And

6   I think that his -- what his office does, you really need

7   to talk to him directly.  I don't feel comfortable

8   talking about that because he's the expert, and I'm not.

9                  MS. QAYUMI:  Okay.

10                 MR. DYSON:  So he has options available

11  through there.

12                 And then you also mentioned that you've

13  already hired an attorney, right?

14                 MS. QAYUMI:  We didn't hire him.  We

15  just spoke with him a few times, and he said that before

16  we, like, hire him, he would want me to make a police

17  report.

18                 MR. DYSON:  Okay.  And then some women

19  choose to hire an attorney and go after people in civil

20  court and sue them.  I'm not making a judgment on that

21  one way or another.  I'm just saying that some people do

22  that.

23                 MS. QAYUMI:  Yeah.

24                 MR. DYSON:  And if you want to come

25  back, when you talk to Dean Bryan, you can say, Look,

1   I'm planning on returning in the fall.  And I would like

2   to have some sort of no-contact order in place where he's

3   not allowed to contact me -- any of the boys involved are

4   not allowed to contact me.

5                      Now, the flip side of that is you're

6   likely going to get a similar one where you are not

7   allowed to contact them either.  Now, that shouldn't be a

8   problem because it sounds like you don't want to contact

9   them.

10                     MS. QAYUMI:  Yeah.

11                     MR. DYSON:  But generally if they issue

12  one, it's for both parties.  Neither one of you is to

13  have contact with the other.  Just because there is some

14  women who go out and try and inflame the situation, and

15  that's not what we want.

16                     MS. QAYUMI:  Yeah, I know.  Okay.

17                     MR. DYSON:  So what I'm going to do next

18  is I'm going to type this up, and I'll file the report.

19  Student Conduct will be notified.

20                     Are you planning on enrolling for the

21  fall semester?

22                     MS. QAYUMI:  Yes, I am.

23                     MR. DYSON:  Okay.  And so you've got all

24  that paperwork cleared through your Dean's Office and --

25                     MS. QAYUMI:  Well, actually, I'm working

 1  -- I'm working on my personal statement right now, and

 2  I'm meeting with my therapist this Friday to, like,

 3  confirm everything.  And then we're going to send it to

 4  Dean Taylor on June 1st is when the bracket opens.

 5              MR. DYSON:  Okay.  So once everything

 6  gets finalized and they clear it, you're going to need to

 7  call Dean Bryan's office, Office of Student Conduct, and

 8  say, Hey, look, these are some things I want to talk to

 9  -- and you can call him next week if you want and start

10  talking to him then in advance.

11              MS. QAYUMI:  Okay.

12              MR. DYSON:  But, you know, I'm going to

13  type up my report.  He's going to get some details about

14  it, just pretty much that you and I spoke and that you're

15  officially filing a police report.  And that --

16              MS. QAYUMI:  Okay.

17              MR. DYSON:  Think about it, and think

18  some more about what you want to do and talk to him.

19              MS. QAYUMI:  Well, I mean, actually, I

20  think I -- I think after hearing what you said, I kind of

21  know that I would like to file a criminal report

22  regarding the secret peeping.

23              MR. DYSON:  Okay.

24              MS. QAYUMI:  Because, I mean, I agree

25  with you.  I don't think that we could even get them on

```
 1   charges of rape because I waited so long, and the story
 2   is going to be -- I'm foggy about it.  But I do want them
 3   to know that they did something wrong, and I think that
 4   the fact that if they are punished for the other thing
 5   they did wrong, it would make them remember that they
 6   also did the other thing.
 7                   MR. DYSON:  Yeah.  Well --
 8                   MA. QAYUMI:  And they just won't talk
 9   about it.  You know, they'll be humbled by it.  They'll
10   think about it, and that's okay.  I don't want them to be
11   humiliated on Duke's campus.  But, like, I think that the
12   charge that you said would allow them to contemplate kind
13   of like what their values are and stuff like that.
14                   MR. DYSON:  Okay.  Well, let me sit down
15   next week and talk to the district attorney who handles
16   sex crimes and go over what's happened so far.  And for
17   secret peeping, for sex crimes, we typically run it past
18   an assistant district attorney before we charge anybody.
19   So nothing is going to happen anytime soon.  So I'm going
20   to sit down with her next week if I can get an
21   appointment next week.
22                   MS. QAYUMI:  Okay.
23                   MR. DYSON:  And we'll talk over the
24   case, see what she has to say.
25                   In the meantime I want you to, you know,
```

1    reach out to Steven Bryan, start putting your thoughts

2    together, think some more about this, and I'll give you a

3    call back in a week or two, and or I might just -- I've

4    got your email address.

5                        MS. QAYUMI:  Okay.

6                        MR. DYSON:  And then we'll talk some

7    more about this in the meantime -- or later on.

8                        MS. QAYUMI:  Okay.

9                        MR. DYSON:  Does that sound good?

10                       MS. QAYUMI  Okay.  That sounds good.

11   That sounds good.

12                       MR. DYSON:  Excellent.

13                       MS. QAYUMI:  Thank you so much.

14                       MR. DYSON:  You're welcome.

15                       And if anything else pops in your mind

16   or you want to talk, you've got my number, and you've got

17   my email.

18                       MS. QAYUMI:  Okay.  Thank you so much.

19                       MR. DYSON:  All right.  Have a good one.

20   Take care.

21                       MS. QAYUMI:  You too.  Bye, David.

22                       MR. DYSON:  Bye.  Bye.

23                       [TELEPHONE CONVERSATION ENDED]

24

25

1                           CERTIFICATE

2

3             I, THERESA M. GUYNN, AOC Approved

4    Transcriptionist, do hereby certify that the foregoing

5    pages, inclusive, constitute a transcript of a telephone

6    conversation that was recorded; that I was not in the

7    room at the time of the conversation; that I did listen

8    to the recording with diligence; and that the transcript

9    produced is a verbatim record of what is on the

10   recording, to the best of my knowledge and belief.

11            I further certify that I am not of counsel

12   for, or in the employment of, any parties in this action,

13   nor am I interested in the results of this action.

14

15            Certified this 13th day of December, 2017.

16

17

18

19

20

21            THERESA M. GUYNN

22            AOC APPROVED TRANSCRIPTIONIST

23

24

25