# EXHIBIT 20

# EXHIBIT O

to Duke University's Motion
for Summary Judgment

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:16-cv-01038

| | | |
|---|---|---|
| ARIANA QAYUMI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Declaration of Valerie Glassman |
| v. | ) | |
| | ) | |
| DUKE UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

Valerie Glassman, pursuant to the provisions of 28 U.S.C. § 1746, declares as follows:

1. My name is Valerie Glassman. I am over twenty-one years of age and competent to testify in all other respects. I have personal knowledge of the matters set forth below. If called upon to testify about these facts, I could and would do so.

2. I have worked in the Office of Student Conduct ("OSC") at Duke University since 2007. Since 2012, my title has been Assistant Dean of Students. The OSC administers Duke's undergraduate disciplinary system.

3. On July 12, 2013, I attended the Undergraduate Conduct Board's hearing for Colby Leachman and Brian Self in my role as the Assistant Dean of Students. The hearing lasted approximately 2.5 hours, excluding breaks.

4. During the hearing, Ariana Qayumi, Colby Leachman, and Brian Self each gave opening statements, each responded to questions, and each gave closing statements.

5.  In addition to those three students, Greg Stotsenberg, David Dyson, and Celia Irvine each provided testimony.

6.  The Hearing Panel questioned each witness.

7.  The Hearing Panel allowed Ariana Qayumi, Colby Leachman, and Brian Self to submit additional questions for the witnesses.

8.  The Hearing Panel reviewed the video that Greg Stotsenberg had found on Colby Leachman's phone.

9.  During the hearing, I took detailed notes regarding the proceedings. My notes are attached to this Declaration as Exhibit 1.

10. After the hearing concluded, the Hearing Panel provided a report of their findings. Attached to this Declaration as Exhibit 2 is a true and accurate copy of that report.

11. I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 31, 2017.

*Valerie Glassman*
Valerie Glassman