REDACTED

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:16-cv-01038

| | |
|---|---|
| ARIANA QAYUMI, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>DUKE UNIVERSITY, )<br>)<br>   Defendant. ) | NOTICE OF<br>APPEARANCE<br>ON BEHALF OF<br>NON-LITIGANTS |

Now comes Kerstin Walker Sutton of Sutton & Lindsay PLLC in Durham, North Carolina and duly licensed to practice before this Court, to file Notice of Appearance on behalf of ▮▮▮▮▮▮▮▮▮ for the purpose of filing a Brief in Support of Duke University's First and Second Motions to File Documents Under Seal.

This the 16th day of January, 2018.

/s/ Kerstin Walker Sutton
Kerstin Walker Sutton
N.C. Bar No. 30008
Sutton & Lindsay PLLC
3215 Deerchase Wynd
Durham NC 27712-3020
(919) 886-6597
kws@SuttonLindsay.com

1

## CERTIFICATE OF SERVICE

This is to certify that I have electronically filed a copy of the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to the following counsel of record:

    Robert C. Ekstrand
    rce@ninthstreetlaw.com
    Stephanie Sparks Smith
    sas@ninthstreetlaw.com
    Ekstrand & Ekstrand LLP
    110 Swift Avenue, Second Floor
    Durham, NC 27705

    Dixie T. Wells
    Dixie.Wells@elliswinters.com
    Chris Jackson
    Chris.Jackson@elliswinters.com
    Thomas H. Segars
    Tom.segars@elliswinters.com
    Ellis & Winters LLP
    300 N. Greene Street, Suite 800
    Greensboro, NC 27401

This the 16th day of January, 2018.

                                                  /s/ Kerstin Walker Sutton

2

Case 1:16-cv-01038-CCE-JLW   Document 73   Filed 01/16/18   Page 2 of 2