REDACTED

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:16-cv-01038

| | | |
|---|---|---|
| ARIANA QAYUMI, | ) | |
| | ) | |
| Plaintiff, | ) | NON-LITIGANTS' |
| | ) | MOTION TO FILE |
| v. | ) | DOCUMENTS |
| | ) | UNDER SEAL |
| DUKE UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and Rule 5.4(b) of the Local Rules of Practice and Procedure, Kerstin Walker Sutton, Attorney at Law of Sutton & Lindsay PLLC, Durham, NC, on behalf of ███████████████████ ████ respectfully moves the Court for an Order sealing non-redacted copies of the documents listed below, filed in connection with Duke's First and Second Motions to Seal Documents filed with its Motion for Summary Judgment.

1. Notice of Appearance on Behalf of Non-Litigants

2. Non-Litigants' Motion to File Documents Under Seal

3. Brief Supporting Duke's First and Second Motions to File Documents Under Seal and Non-Litigants' Motion to File Documents Under Seal

The documents subject to this Motion to Seal comprise or contain personally identifying information, sensitive personal details and/or education records of former Duke students who have not waived their privacy rights under the Family Educational

1

Rights and Privacy Act ("FERPA") and who claim confidentiality over this information under general privacy principles.

Because of the extremely sensitive and potentially damaging nature of the underlying 2011 matter that led to this litigation, ██████████████, who are not parties to this litigation, request that the non-redacted versions of the above documents be sealed permanently.

This the 16th day of January, 2018.

/s/ Kerstin Walker Sutton
Kerstin Walker Sutton
N.C. Bar No. 30008
Sutton & Lindsay PLLC
3215 Deerchase Wynd, Suite 203
Durham NC 27712-3020
(919) 886-6597
kws@SuttonLindsay.com

## CERTIFICATE OF SERVICE

This is to certify that I have electronically filed a copy of the foregoing Non-Litigants' Motion to File Documents Under Seal with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to the following counsel of record:

Robert C. Ekstrand
rce@ninthstreetlaw.com
Stephanie Sparks Smith
sas@ninthstreetlaw.com
Ekstrand & Ekstrand LLP
110 Swift Avenue, Second Floor
Durham, NC 27705

Dixie T. Wells
Dixie.Wells@elliswinters.com
Chris Jackson
Chris.Jackson@elliswinters.com
Thomas H. Segars
Tom.Segars@elliswinters.com
Ellis & Winters LLP
300 N. Greene Street, Suite 800
Greensboro, NC 27401

This the 16th day of January, 2018.


/s/ Kerstin Walker Sutton