```
 1                    WITNESS'S CERTIFICATE
 2
 3         I, ELI KOZIN, do hereby certify
 4   that I have read and understand the foregoing
 5   transcript and believe it to be a true, accurate, and
 6   complete transcript of my testimony, subject to
 7   the attached list of changes, if any.
 8
                              _____    14/07/17
 9                                ELI KOZIN
10
11         This deposition was signed in my presence by
12   __Eli Kozin_____, on the __14__ day of
13   __July_____, 2017.
14
15
                              _____
16                               Notary Public
17
18   My commission expires: 9-8-2018
```

[Notary seal: MISTY H. PATTERSON, NOTARY PUBLIC, ALAMANCE COUNTY, NC, MY COMMISSION EXPIRES 9/8/2018]

```
1   Page  35  Line   5   should        (Page 2 of 3) 4
2   read: Brian
3   Page  41  Line   3   should
4   read: languages are the basis
5   Page  41  Line  10   should
6   read: There were enough rumors
7   Page  44  Line  15   should
8   read: hanging out a little bit
9   Page  45  Line  12   should
10  read: not knock
11  Page  49  Line  11   should
12  read: Sigma Pi
13  Page  51  Line  14   should
14  read: Dylan Gamret
15  Page  53  Line  14   should
16  read: Most likely used the word
17  Page  53  Line  24   should
18  read: these three to be engaging in
19  Page  55  Line  17   should
20  read: this was not
21  Page  59  Line  22   should
22  read: I wasn't pursuing -- I was just
23  Page  63  Line  24   should
24  read: getting process servers at my place
25        of business
```

1  Page _81_ Line _24_ should      (Page _4_ of _4_)
2  read: I recall that there was an essay
3  Page _87_ Line _10_ should
4  read: Substantiative way at all
5  Page _91_ Line _2_ should
6  read: MR Ekstrand, not Mr. Bachman
7  Page _95_ Line _3_ should
8  read: insert witness: "Gentleman, may we continue?"
9  Page _95_ Line _18_ should
10 read: "sexiled"
11 Page _102_ Line _1_ should
12 read: administration -- the Provost.
13 Page _106_ Line _9_ should
14 read: "Colby is not here"
15 Page _110_ Line _12_ should
16 read: okay, that this is all
17 Page _115_ Line _14_ should
18 read: under my little
19 Page _116_ Line _23_ should
20 read: my ears, my eyes
21 Page ____ Line ____ should
22 read:
23 Page ____ Line ____ should
24 read:
25