EXHIBIT B-2

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| Ariana Qayumi <br> *Plaintiff* <br> v. <br> Duke University <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 1:16-cv-01038 |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Eli Kozen

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

All documents listed on the attached "Exhibit A"

| Place: Ellis & Winters LLP <br> 300 North Greene Street, Suite 800 <br> Greensboro, NC 27401 | Date and Time: <br> May 26, 2017 at 10:30 a.m. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 05/03/2017

*CLERK OF COURT*

_____    OR    _____/NC Bar No. 42939_____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Duke University
_____, who issues or requests this subpoena, are:
Christopher W. Jackson / 300 N. Greene St., Ste. 800, Greensboro, NC 27401 / chris.jackson@elliswinters.com / 336-389-5686

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

DEFENDANT'S EXHIBIT NO. 19 FOR IDENTIFICATION DATE: _____ RPTR: LC

* * * * *

Unnecessary interstitial materials omitted

**From:** Eli Kozin <ekozie@gmail.com>
**Sent:** Tuesday, May 23, 2017 4:03 PM
**To:** gdb@bachmanswanson.com
**Subject:** Fwd: Meeting on Monday

---------- Forwarded message ----------
From: **Christine Pesetski** <christine.pesetski@duke.edu>
Date: Sun, Apr 10, 2011 at 9:01 PM
Subject: Re: Meeting on Monday
To: Eli Kozin <emk22@duke.edu>

Dear Eli -

I look forward to seeing you again. I will meet you in the main part of the Office of Student Conduct, 107 West Union Building, located across the hall from Chick-Fil-A, tomorrow at 4pm.

Sincerely,
Christine Pesetski

On Apr 10, 2011, at 8:57 PM, Eli Kozin wrote:

> That works for me. Thank you for meeting me on such short notice.
>
> Thank you,
> Eli
>
> --
> Eli Kozin
> Duke University | Class of 2014
> ekozie@gmail.com
> elikozin@gmail.com
> emk22@duke.edu
>
>
> On Sun, Apr 10, 2011 at 8:55 PM, Christine Pesetski <christine.pesetski@duke.edu> wrote:
>> Dear Eli -
>>
>> My only availability in your open timeframe tomorrow is at 4pm. Please let me know if that works for you. If not we can look at a time on Tuesday.
>>
>> Sincerely,
>> Christine Pesetski

1

On Apr 10, 2011, at 5:56 PM, Eli Kozin wrote:

Hello Dean Pesetski;

Unrelated to our meeting last week, I would appreciate the chance to talk with you at your earliest convenience, preferably tomorrow. I get out of work at 1 and pick up my pfrosh for Blue Devil Days around 4:45, so anytime between that would be great, although I would leave work to meet with you.

I enjoyed meeting you last week and hope you had a good weekend.

Thank you,
Eli


--
Eli Kozin
Duke University | Class of 2014
ekozie@gmail.com
elikozin@gmail.com
emk22@duke.edu


--
Christine Pesetski
Assistant Dean for Off-Campus and Mediation Services
Dean of Students Office
107 West Union Building
Box 90893
Durham, NC 27708
919-684-6859
Fax: 919-681-7390
http://www.studentaffairs.duke.edu/conduct

If you have concerns about a Duke student's behavior or health visit the DukeReach website for resources and
assistance http://www.studentaffairs.duke.edu/dukereach

2

--
Christine Pesetski
Assistant Dean for Off-Campus and Mediation Services
Dean of Students Office

107 West Union Building
Box 90893
Durham, NC 27708
919-684-6859
Fax: 919-681-7390
http://www.studentaffairs.duke.edu/conduct

If you have concerns about a Duke student's behavior or health visit the DukeReach website for resources and assistance http://www.studentaffairs.duke.edu/dukereach