# EXHIBIT D

Ms. Qayumi's Brief in Opposition to
Duke's Motion for Summary Judgment

ARIANA QAYUMI DEPOSITION TRANSCRIPT

# SEALED