# EXHIBIT F-1

Ms. Qayumi's Brief in Opposition to
Duke's Motion for Summary Judgment

LEACHMAN DOCUMENTS

# SEALED