# EXHIBIT F-2

Ms. Qayumi's Brief in Opposition to
Duke's Motion for Summary Judgment

PESETSKI DOCUMENTS
# SEALED