# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
### 1:16-CV-01038-CCE-JLW

ARIANA QAYUMI,

     *Plaintiff,*

    *v.*

DUKE UNIVERSITY,

     *Defendant.*

**DOCUMENTS FILED UNDER SEAL WITH MS. QAYUMI'S FIRST MOTION TO SEAL DOCUMENTS**

Pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and LR5.4(c), Plaintiff Ariana Qayumi is filing the following documents in non-redacted form under seal:

| Attachment No. | MSJ Response Exhibit | Description |
|---|---|---|
| 1 | | Ms. Qayumi's Response in Opposition to Duke's Motion for Summary Judgment |
| 2 | D | Ariana Qayumi Deposition Transcript |
| 3 | E | Dr. Sarah Bryce, M.D., Deposition Transcript (condensed) |
| 4 | F-1 | Communications by and between Colby Leachman, his step-father, former Provost Peter Lange, and his mother, Dr. Lori Leachman. |
| 5 | F-2 | Communications by and to Christine Pesetski |

| 6 | F-4 | Letters from Stephen Bryan to Messrs. Leachman, Self, and Jones. |
| 7 | F-5 | Communications relating to Duke's amendment to a policy setting a one-year limitations period on student complaints of sexual misconduct. |
| 8 | F-6 | Audio recording of the student conduct hearing on Ms. Qayumi's sexual misconduct complaint. |

Respectfully submitted this 2nd day of February.

/s/ Robert C. Ekstrand
Robert C. Ekstrand (NC Bar No. 26673)
rce@ninthstreetlaw.com
EKSTRAND & EKSTRAND LLP
110 Swift Avenue, Second Floor
Durham, North Carolina 27705
Tel.   (919) 416-4590
Fax   (919) 416-4591
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
### 1:16-CV-01038-CCE-JLW

ARIANA QAYUMI,

        *Plaintiff,*

        *v.*

DUKE UNIVERSITY,

        *Defendant.*

CERTIFICATE OF SERVICE

On February 2, 2018, the foregoing document was electronically filed with the Court's CM/ECF System, which will issue a Notice of Electronic Filing (NEF) to counsel of record for every party registered to receive NEFs through the Court's CM/ECF System as set out below.

**Counsel for Defendant, Duke University:**

ELLIS & WINTERS, LLP
    Dixie T. Wells
    dixie.wells@elliswinters.com
    Christopher W. Jackson
    chris.jackson@elliswinter.com
    Thomas H. Segars, Esq.
    tom.segars@elliswinters.com

I further certify that counsel for the non-parties who have made an appearance in this case to assert interests in confidentiality of materials filed in this action will also receive the NEF concerning the motion.

                /s/ Robert C. Ekstrand
                Robert C. Ekstrand
                *Counsel for Plaintiff*