

| From: | Christine Pesetski <christine.pesetski@duke.edu> |
|---|---|
| Sent: | Wednesday, December 1, 2010 11:24 PM |
| To: | Valerie Kolko <valerie.kolko@duke.edu> |
| Cc: | Stephen Bryan <sbryan@duke.edu>; David Frankel <david.frankel@duke.edu> |
| Subject: | Fwd: 3-pronged test |
| Attach: | PastedGraphic-7.pdf; ATT00001..htm |

Below is the 3-pronged test that Melinda talked about during sexual misconduct training. Val, can you send it out to the panelists for next Friday (is that appropriate?) and can it be added to the sexual misconduct manual?

Thanks,
Christine

Begin forwarded message:

> **From:** "Manning, Melinda L" <manning@email.unc.edu>
> **Date:** December 1, 2010 4:46:19 PM EST
> **To:** Christine Pesetski <christine.pesetski@duke.edu>
> **Subject: RE: 3-pronged test**

So sorry-I completely forgot to send that!

Here it is:
1) Was force used?
2) Was the complainant incapacitated and the defendant known or should have known this?
3) Did the complainant verbally consent to each sexual act?

And yes-I will be out of the office Dec. 26th-Jan. 2nd but around otherwise! Let's chat

Melinda Manning, JD
Assistant Dean of Students
UNC-Chapel Hill
Suite 1106, SASB North
450 Ridge Road, CB# 5100
Chapel Hill, NC 27599
Phone: (919) 966-4042, Fax: (919) 843-9778
http://deanofstudents.unc.edu
Confidentiality notice: This e-mail message, including any attachments, is for the sole use of intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

-----Original Message-----
From: Christine Pesetski [mailto:christine.pesetski@duke.edu]
Sent: Wednesday, December 01, 2010 1:28 PM
To: Manning, Melinda L
Subject: 3-pronged test

Hey Melinda -

Thanks again for helping train our panelist for sexual misconduct hearings. You mentioned a three-pronged test that you use at UNC that I think would be really useful here at Duke. Can you email it to me?

I hope all is well with you. Perhaps you and I can get together after students leave or before classes resume in January and talk about Threat Assessment teams. I coordinate our team here and am definitely interested in learning about other teams.

Thanks so much -
Christine
--
Christine Pesetski
Assistant Dean for Off-Campus and Mediation Services Dean of Students Office
107 West Union Building
Box 90893
Durham, NC 27708
919-684-6859
Fax: 919-681-7390
http://www.studentaffairs.duke.edu/conduct

CONFIDENTIAL   DUKE-QPL-00000923

--
Christine Pesetski
Assistant Dean for Off-Campus and Mediation Services
Dean of Students Office
107 West Union Building
Box 90893
Durham, NC 27708
919-684-6859
Fax: 919-681-7390
http://www.studentaffairs.duke.edu/conduct

If you have concerns about a Duke student's behavior or health visit the DukeReach website for resources and assistance http://www.studentaffairs.duke.edu/dukereach

| From: | Krystal Clark <krystal.clark@duke.edu> |
| Sent: | Thursday, April 21, 2011 9:49 PM |
| To: | Christine Pesetski <christine.pesetski@duke.edu>; Clarybel Peguero <clarybel.peguero@duke.edu> |
| Cc: | Sue Wasiolek <Dean.Sue@duke.edu>; Zoila Airall, Ph.D. <zoila.airall@duke.edu>; Stephen Bryan <sbryan@duke.edu> |
| Subject: | RE: Incident Report from Krystal Clark |

Brian Self is the young man in question.

Krystal

_____

From: Christine Pesetski [christine.pesetski@duke.edu]
Sent: Thursday, April 21, 2011 5:36 PM
To: Clarybel Peguero; Krystal Clark
Cc: Sue Wasiolek; Zoila Airall, Ph.D.; Stephen Bryan
Subject: Fwd: Incident Report from Krystal Clark

CP-

I wanted to make sure you saw this. Krystal - the last person listed on this is an MBA student, can you confirm that this is the name you were provided with, before I share the allegation with Fuqua?

Thanks,
Christine

Begin forwarded message:

From: Krystal Clark <krystal.clark@duke.edu<mailto:krystal.clark@duke.edu>>
Date: April 21, 2011 5:25:54 PM EDT
To: Christine Pesetski <christine.pesetski@duke.edu<mailto:christine.pesetski@duke.edu>>
Subject: Incident Report from Krystal Clark

[https://duke-jams.symplicity.com/images/duke-jams.gif]

Incident Report #     00508-2011
Information received via:     Walk-in
Date of report: April 21, 2011
_____
Reporting party's name: Krystal Clark
Affiliation:    Faculty/Staff
_____
Date of incident:     April 19, 2011
Time of Incident:     1:00 AM
Location:    Southgate I don't know when this occurred. The date listed is the day that I heard about the incident.
_____

Student(s) involved:
Frank Jones (0527706)
GILBERT-ADDOMS
ROOM 302
EAST NEIGHBORHOOD 3
GA302
frank.jones@duke.edu<mailto:frank.jones@duke.edu>
DOB: November 15, 1992; Gender: M
Major: N/A
Expected graduation term: 2014 Sprng
Greek (blank if none): DELSIG
Scholarship (blank if none):
ROTC (blank if none):
Athlete: No

Colby Leachman (0449701)
SOUTHGATE
ROOM 232
EAST NEIGHBORHOOD 3
SG232
colby.leachman@duke.edu<mailto:colby.leachman@duke.edu>
DOB: July 5, 1991; Gender: M
Major: UNDEC5
Expected graduation term: 2014 Sprng
Greek (blank if none): DELSIG
Scholarship (blank if none):
ROTC (blank if none):
Athlete: No

Matthew Shell (0538667)

matthew.shell@duke.edu<mailto:matthew.shell@duke.edu>
DOB: August 13, 1975; Gender: M
Major: F-WBA-MBA
Expected graduation term: 2011 Fall
Greek (blank if none):
Scholarship (blank if none):
ROTC (blank if none):

Athlete: No


Student group(s) involved:
Delta Sigma Phi ()

_____

Non-Duke individual(s) involved:

Duke student witness(es):

_____

Nature of incident: Sexual Misconduct

Detailed account: Tuesday morning a member of the Panhellenic community informed me about an incident occurring in Southgate residence hall. The reporter of this incident heard of this matter from a member of her sorority who is a resident of Southgate. The resident reported that an unknown woman who was not a student at Duke showed up in the hall and appeared to be incredibly intoxicated and unaware of her location. From what she uttered to the students it seems that she felt that she was at UVA. Apparently no one in the hallway knew the young woman or who she might be visiting.

According to the resident of Southgate 3 young men Frank Jones, Brian Shell, and Colby Leachman, all members of Delta Sigma Phi Fraternity, took this young woman into a back area of Southgate and began having sex with her. According to the reporter they were quite obvious about what they were doing and one of the men even went down the hallway soliciting other men to have sex with the woman. There were men who took them up on this offer. As this was occurring, according to the resident, people in the hall started disappearing and didn't want to be connected with this act but also didn't move to do anything about it. No one seems to know where the young woman ended up or ever found out why she was in the residence hall. Apparently, one of the young men involved in the incident tried to find her after the act occurred but was not able to locate her.

The resident of Southgate told her sorority sister who reported this event that everyone in Southgate is aware of this incident but doesn't want to step forward and tell anyone that this happened.

The reporter of this incident went and asked one of her friends in Delta Sigma Phi if the chapter was aware of this incident. The man responded that the chapter was well aware but that the guys involved didn't know any better and that the chapter wasn't going to make a big deal about the matter.

Also, there is apparently a video recording (on a phone) of two of these same men raping a young woman that was passed around chapter meeting. From commentary made from the woman in the video it seems that she was taped without her consent.

On Thursday, the reporter came back to my office and let me know that a member of Delta Sigma Phi who is dating one of her sorority sisters went to the president of the fraternity and told him that these men needed to be spoken to about this incident and that these men needed to be kept under control. According to the reporter the president talked to the three men, they admitted to him that they did this and the chapter president stated that the three men are on social probation unless Greek Life comes after the chapter and in that case the men are on their own.

_____

Additional information (for pages only, otherwise will be left blank):
Who paged:
Affiliation:
Date of page:
Time of page:

Contacts made:
Follow-up/additional notes:
_____

This report has been sent to:
Valerie Kolko (valerie.kolko@duke.edu <mailto:valerie.kolko@duke.edu>)
Sue Wasiolek (dean.sue@duke.edu <mailto:dean.sue@duke.edu>)
Deb LoBiondo (dab@duke.edu <mailto:dab@duke.edu>)
Sheila Broderick (sbrod@duke.edu <mailto:sbrod@duke.edu>)
Todd Adams (todd.adams@duke.edu <mailto:todd.adams@duke.edu>)
Terry Lynch (tlynch@duke.edu <mailto:tlynch@duke.edu>)
Christine Pesetski (christine.pesetski@duke.edu <mailto:christine.pesetski@duke.edu>)
LB Bergene (lb.bergene@duke.edu <mailto:lb.bergene@duke.edu>)
Stephen Bryan (sbryan@duke.edu <mailto:sbryan@duke.edu>)
Mike Adams (mike.adams@duke.edu <mailto:mike.adams@duke.edu>)
Joe Gonzalez (joe.gonzalez@duke.edu <mailto:joe.gonzalez@duke.edu>)
Gayla Winstead (gayla.w@duke.edu <mailto:gayla.w@duke.edu>)
David Frankel (david.frankel@duke.edu <mailto:david.frankel@duke.edu>)
Amy Powell (a.powell@duke.edu <mailto:a.powell@duke.edu>)


The information in this report is sensitive, protected information intended only for the addressee(s). Any other person, including anyone who believes he/she might have received it due to an addressing error, is requested to notify the sender immediately by return electronic mail, and to delete it without further reading or retention. The information is not to be forwarded to or shared unless in compliance with Duke University or FERPA regulations on confidentiality and/or with the approval of the sender.

--
Christine Pesetski
Assistant Dean for Off-Campus and Mediation Services
Dean of Students Office
107 West Union Building
Box 90893
Durham, NC 27708
919-684-6859
Fax: 919-681-7390
http://www.studentaffairs.duke.edu/conduct

If you have concerns about a Duke student's behavior or health visit the DukeReach website for resources and assistance http://www.studentaffairs.duke.edu/dukereach

| From: | Clarybel Peguero <clarybel.peguero@duke.edu> |
|---|---|
| Sent: | Thursday, April 21, 2011 5:56 PM |
| To: | Christine Pesetski <christine.pesetski@duke.edu> |
| Cc: | Krystal Clark <krystal.clark@duke.edu>; Sue Wasiolek <Dean.Sue@duke.edu>; Zoila Airall, Ph.D. <zoila.airall@duke.edu>; Stephen Bryan <sbryan@duke.edu> |
| Subject: | Re: Incident Report from Krystal Clark |

yes! Krystal shared with me and I asked her to submit incident report

Clarybel Peguero
Fraternity and Sorority Life
Duke University
919.684.9401

On Apr 21, 2011, at 5:36 PM, "Christine Pesetski" <christine.pesetski@duke.edu> wrote:

> CP-
> I wanted to make sure you saw this. Krystal - the last person listed on this is an MBA student, can you confirm that this is the name you were provided with, before I share the allegation with Fuqua?

Thanks,
Christine

Begin forwarded message:

> **From:** Krystal Clark <krystal.clark@duke.edu>
> **Date:** April 21, 2011 5:25:54 PM EDT
> **To:** Christine Pesetski <christine.pesetski@duke.edu>
> **Subject: Incident Report from Krystal Clark**



| Incident Report # | 00508-2011 |
|---|---|
| Information received via: | Walk-in |
| Date of report: | April 21, 2011 |

| Reporting party's name: | Krystal Clark |
|---|---|
| Affiliation: | Faculty/Staff |

| Date of incident: | April 19, 2011 |
|---|---|
| Time of Incident: | 1:00 AM |
| Location: | Southgate I don't know when this occurred. The date listed is the day that I heard about the incident. |

**Student(s) involved:**
Frank Jones (0527706)
GILBERT-ADDOMS
ROOM 302
EAST NEIGHBORHOOD 3
GA302
frank.jones@duke.edu
DOB: November 15, 1992; Gender: M
Major: N/A
Expected graduation term: 2014 Sprng
Greek (blank if none): DELSIG
Scholarship (blank if none):
ROTC (blank if none):
Athlete: No

Colby Leachman (0449701)
SOUTHGATE
ROOM 232
EAST NEIGHBORHOOD 3
SG232
colby.leachman@duke.edu
DOB: July 5, 1991; Gender: M
Major: UNDEC5
Expected graduation term: 2014 Sprng
Greek (blank if none): DELSIG
Scholarship (blank if none):
ROTC (blank if none):
Athlete: No

Matthew Shell (0538667)

matthew.shell@duke.edu
DOB: August 13, 1975; Gender: M
Major: F-WBA-MBA
Expected graduation term: 2011 Fall
Greek (blank if none):
Scholarship (blank if none):
ROTC (blank if none):
Athlete: No

Student group(s) involved:
Delta Sigma Phi ()

Non-Duke individual(s) involved:

Duke student witness(es):

**Nature of incident:** Sexual Misconduct

**Detailed account:** Tuesday morning a member of the Panhellenic community informed me about an incident occurring in Southgate residence hall. The reporter of this incident heard of this matter from a member of her sorority who is a resident of Southgate. The resident reported that an unknown woman who was not a student at Duke showed up in the hall and appeared to be incredibly intoxicated and unaware of her location. From what she uttered to the students it seems that she felt that she was at UVA. Apparently no one in the hallway knew the young woman or who she might be visiting.

According to the resident of Southgate 3 young men Frank Jones, Brian Shell, and Colby Leachman, all members of Delta Sigma Phi Fraternity, took this young woman into a back area of Southgate and began having sex with her. According to the reporter they were quite obvious about what they were doing and one of the men even went down the hallway soliciting other men to have sex with the woman. There were men who took them up on this offer. As this was occurring, according to the resident, people in the hall started disappearing and didn't want to be connected with this act but also didn't move to do anything about it. No one seems to know where the young woman ended up or ever found out why she was in the residence hall. Apparently, one of the young men involved in the incident tried to find her after the act occurred but was not able to locate her.

The resident of Southgate told her sorority sister who reported this event that everyone in Southgate is aware of this incident but doesn't want to step forward and tell anyone that this happened.

The reporter of this incident went and asked one of her friends in Delta Sigma Phi if the chapter was aware of this incident. The man responded that the chapter was well aware but that the guys involved didn't know any better and that the chapter wasn't going to make a big deal about the matter.

Also, there is apparently a video recording (on a phone) of two of these same men raping a young woman that was passed around chapter meeting. From commentary made from the woman in the video it seems that she was taped without her consent.

On Thursday, the reporter came back to my office and let me know that a member of Delta Sigma Phi who is dating one of her sorority sisters went to the president of the fraternity and told him that these men needed to be spoken to about this incident and that these men needed to be kept under control. According to the reporter the president talked to the three men, they admitted to him that they did this and the chapter president stated that the three men are on social probation unless Greek Life comes after the chapter and in that case the men are on their own.

---

**Additional information** (for pages only, otherwise will be left blank)
Who paged:
Affiliation:
Date of page:
Time of page:

Contacts made:
Follow-up/additional notes:

_____

This report has been sent to:
Valerie Kolko (valerie.kolko@duke.edu)
Sue Wasiolek (dean.sue@duke.edu)
Deb LoBiondo (dab@duke.edu)
Sheila Broderick (sbrod@duke.edu)
Todd Adams (todd.adams@duke.edu)
Terry Lynch (tlynch@duke.edu)
Christine Pesetski (christine.pesetski@duke.edu)
LB Bergene (lb.bergene@duke.edu)
Stephen Bryan (sbryan@duke.edu)
Mike Adams (mike.adams@duke.edu)

Joe Gonzalez (joe.gonzalez@duke.edu)
Gayla Winstead (gayla.w@duke.edu)
David Frankel (david.frankel@duke.edu)
Amy Powell (a.powell@duke.edu)

The information in this report is sensitive, protected information intended only for the addressee(s). Any other person, including anyone who believes he/she might have received it due to an addressing error, is requested to notify the sender immediately by return electronic mail, and to delete it without further reading or retention. The information is not to be forwarded to or shared unless in compliance with Duke University or FERPA regulations on confidentiality and/or with the approval of the sender.

--
Christine Pesetski
Assistant Dean for Off-Campus and Mediation Services
Dean of Students Office
107 West Union Building
Box 90893
Durham, NC 27708
919-684-6859
Fax: 919-681-7390
http://www.studentaffairs.duke.edu/conduct

If you have concerns about a Duke student's behavior or health visit the DukeReach website for resources and assistance http://www.studentaffairs.duke.edu/dukereach

| From: | John Blackshear, Ph.D. <O=DUKE UNIVERSITY/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JBSHEAR> |
|---|---|
| Sent: | Wednesday, November 21, 2012 4:09 PM |
| To: | Donna M. Hall <dhall@duke.edu>; Christine Pesetski <christine.pesetski@duke.edu> |
| Cc: | Baishakhi Taylor, Ph.D. <baishakhi.taylor@duke.edu>; Dot Mishoe <dot.mishoe@duke.edu>; Sabrina Thomas, Ph.D. <sabrina.thomas@duke.edu> |
| Subject: | Re: checking in |

Opps! (sending email by phone-sorry)... By following through on suggestions made for her to work at the ARC to develop the necessary skills for effective academic engagement.

John H. Blackshear, Ph.D.
Duke University

Donna Hall <dhall@duke.edu> wrote:
Christine,
Thanks for sharing this update on Ariana. I spent quite a bit of time with Ariana before her leave so her comments below are particularly interesting to me. I'm a little wary about making generalizations about her ability to focus her attention in the classroom based on her experience in that large lecture econ class. The pedagogy is pretty awful for almost all students. Rather than completely avoid distractions, I wonder if it would be useful to Adriana to focus at least some of the time, on strategies for managing her attention. I also wonder if the issue is also about the pace of the lecture. She can control the pace more easily on her own. Preparing really well for class can make a difference in how she stays engaged and follows a lecture. (I'm for continuing to go to class...obviously)
Donna

Donna M. Hall, Director
Academic Resource Center
Duke University
Box 90694
Phone: 684-5917
FAX: 684-8934
dhall@duke.edu

On Nov 21, 2012, at 12:21 PM, Christine Pesetski wrote:

Ariana Qayumi is a student I follow for case management. Please see her email below regarding class attendance and needing a quiet location to do her work. I am not sure if she is registered with SDAO or if she works with anyone at the Academic Resource Center.

I thought Baishakhi Taylor was her Dean, but she must have declared recently and switched to Sabrina Thomas, I have copied both on this email.

I wanted you all to see this as an fyi.

Thanks,
Christine
--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.edu

From: Christine Pesetski <christine.pesetski@duke.edu>
Date: Wednesday, November 21, 2012 12:17 PM
To: Ariana Qayumi <ariana.qayumi@duke.edu>
Subject: Re: checking in

HI Ariana -

It is interesting that you are feeling a little stressed about not being stressed. Have you talked with Dr. Bryce about this? As for going to class, it can turn into a very bad habit very quickly of not going to class. I don't recall, but are you registered with the Student Disability Access Office, or have you met with Dr. Blackshear in the Academic Resource Center to talk about some of these issues? I am concerned for the need to distract your mind in order to pay attention in class. My other recommendation is to meet with Dean Taylor to talk about this issue. Class attendance is important, but given what you are indicating there may be ways to meet your needs.

Please let me know what progress you make on this. If you want to meet in person after Thanksgiving, please let me know.

Thanks so much -
Christine Pesetski
--
Christine Pesetski
Assistant Dean of Students
Office of Case Management

**From:** Ariana Qayumi <ariana.qayumi@duke.edu>
**Date:** Thursday, November 15, 2012 1:53 PM
**To:** Christine Pesetski <christine.pesetski@duke.edu>
**Subject:** Re: checking in

Hi Christine,

Thank you for the email. I am doing alright. I'm stressed about not being stressed though? I'm also pretty frustrated because I've discovered that going to class for me is actually counter productive. I have continued to go, but it is not helpful for me at all because of the adhd stuff I think. I know now that in order to like really listen, I have to have earplug headphones and be in a quiet room with not too much movement.

Anyway, it is pretty frustrating because I have a lot of class time that I feel I spend not being able to focus...any suggestions on this? This past Monday, instead of going to econ lecture with 300+ people, I worked in the Women's center, took my quiz on the internet on time when it was posted, and then went through the lecture like he normally does, but by myself in a quiet location. It worked very well for me, and I want to do this all the time, but I do not know if this is allowed. Are there every situations where students do not have to go to class?

Anyway, I have been studying a lot and enjoying it now. Classes were going pretty bad at first due to the whole readjusting factor and hating lectures, etc, but I am studying so intensively and effectively now that I'm hoping to make up for poor performance initially.

I am leaving on Tuesday to go visit my brother in D.C. I'll email you back tomorrow morning if you reply by then :) Thanks for checking up on me! :)

Best,

Ariana

On Wed, Nov 14, 2012 at 4:00 PM, Christine Pesetski <christine.pesetski@duke.edu> wrote:
> Dear Ariana -
>
> How are you doing? How are classes and readjusting back to Duke? Thanks for following up with Dr. Bryce, have you continued to meet with her? What are your plans for the upcoming Thanksgiving Break? Send me an update with how things are going and let me know if you need anything.
>
> Sincerely,
> Christine Pesetski
> --
> Christine Pesetski
> Assistant Dean of Students
> Office of Case Management
> Dean of Students Office
> 216 Crowell, Box 90893
> Phone: 919 684-6632
> Fax: 919 681-7390
> christine.pesetski@duke.edu

| From: | Sheila Broderick </O=DUKE UNIVERSITY/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SBROD> |
|---|---|
| Sent: | Thursday, July 21, 2011 12:28 PM |
| To: | Christine Pesetski <christine.pesetski@duke.edu> |
| Subject: | just sent student outreach email |

ariana, that is.

Sheila Broderick, LCSW
Duke University Women's Center
420 Chapel Drive
Box 90920
919.681-6882
919.681.6885 (fax)
http://studentaffairs.duke.edu/wc

| | |
|---|---|
| **From:** | Sheila Broderick </O=DUKE UNIVERSITY/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SBROD> |
| **Sent:** | Wednesday, September 5, 2012 3:45 PM |
| **To:** | Christine Pesetski <christine.pesetski@duke.edu> |
| **Subject:** | Re: AQ |

Since she has a lot of treatment providers and helpers, the only thing I think I could add is assistance if the alleged perpetrators are still on campus and/or is she is going to go through a conduct hearing.  Other than that, I don't think there is much i can add.  But, I am not sure of the specifics of her case.

Sheila Broderick, LCSW
Duke University Women's Center
Directions: http://www.studentaffairs.duke.edu/wc/contact-us
420 Chapel Drive
Box 90920
919.681-6882
919.681.6885 (fax)

**(Please consider that email is not considered a secure medium, and, therefore, confidentiality cannot be assured.)**

On Sep 5, 2012, at 12:16 PM, Christine Pesetski wrote:

I met yesterday with Ariana Qayumi and I will continue to follow her for case management. She signed roi's for Dr. Sarah Bryce in the community and Duke Student Health. Ariana shared information about a history of nutrition concerns and indicated she had met previously with Toni Apadula. Ariana plans to schedule an appointment with Toni toward the end of the month. Ariana reported that during the spring of 2011, she experienced weight loss even though she reported eating increasing amounts of food. She reported that during the Summer of 2011, she was in Africa and during the trip she had to be dewormed and that 6 worms were found. She reports that now hear eating concerns are related to having more of an appetite and wanting to maintain her current weight.

Ariana reported stress regarding her career choices and is planning on following up with CAPS to meet to discuss career discernment. I suggested that she meet with a counselor at the Career Center, but Ariana was not interested in this because she serves on the Career Advisory Team (CAT) and wanted to keep that part of her life separate. I will continue this conversation with her and consult with the Career Center. She did ask if CAPS was available for emergency consultation and I suggested that she clarify those expectations with Dr. Bryce, since Dr. Bryce is Ariana's primary mental health provider.

Thanks all-
Christine
--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.edu

| From: | Sheila Broderick </O=DUKE UNIVERSITY/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SBROD> |
|---|---|
| Sent: | Friday, May 3, 2013 10:09 PM |
| To: | Christine Pesetski <christine.pesetski@duke.edu> |
| Bcc: | Sheila Broderick <sheila.broderick@duke.edu> |
| Subject: | Fwd: A copy of the public CARE Report you submitted |

I am sending this because I am not sure if you are copied on these reports.

Sheila Broderick, LCSW
Duke University Women's Center
Directions: http://www.studentaffairs.duke.edu/wc/contact-us
420 Chapel Drive
Box 90920
919.681.6882
919.681.6885 (fax)

(Please consider that email is not considered a secure medium, and, therefore, confidentiality cannot be assured.)

  

Begin forwarded message:

> **From:** <conduct@duke.edu>
> **Date:** May 3, 2013 10:07:44 PM EDT
> **To:** <sbrod@duke.edu>
> **Subject: A copy of the public CARE Report you submitted**

Thank you for filing a CARE report, here is a copy for your records:

Incident Date: May 3, 2013 9:55 PM

Location: Wannamaker dorm
The Women's Center
Student Health
Duke Urgent Care

Report Types: Health/Illness/Disability

Student(s) Involved: Ariana Qayumi

Student Witness(es):

Description: Ariana was studying in the Women's Center today as she had all week. I thought she did not look well and asked about this. She said she was bleeding but that she did not think it was time for her period and reminded me that she is being treated for polycystic ovarian syndrome and that extreme pain, anemia, bleeding and cramps are typical symptoms when it flares. She had taken an exam that morning and had eaten breakfast and I convinced her to eat lunch and rest. We ended our conversation at this point. Approximately 4 pm she came to my office in tears and asked if I could take her to student health as she did not feel up to walking. I got my car and picked her up and waiting outside for her to be seen at student health. She came back out about 15 minutes later and said that they could not see her that late in the day and they recommended going to urgent care. She agreed to let me drive her to urgent care. We checked in approximately at 4:30 and she was seen within 30 minutes. She received what she told me was appropriate treatment there and left with some prescriptions. They gave her something for the pain. We left about 7:30 pm and I drove her to her dorm at Wannamaker. She has an exam in the morning and said she planned on going to the exam. She missed her exam that was scheduled for this evening, as it started at 5:30 pm. I know she was emailing her Dean Sabrina Thomas about this. While we were at Urgent care, her mother called me and we talked on the phone. When I took her home, I asked Ariana if she would give me permission to notify appropriate people on staff about the state of her health and she agreed. When I left her around 8 pm this evening, she was in better spirits and said she would call her mother and give her an update. She also has my cell phone number in case she needs something over the weekend.

Many people on staff know that Ariana has had a very difficult time at Duke. Although I believe she is stable at the moment, I am submitting this report to keep everyone informed that there are current struggles related to her completing her academic requirements for this semester.

| | |
|---|---|
| **From:** | Christine Pesetski <christine.pesetski@duke.edu> |
| **Sent:** | Thursday, April 28, 2011 1:01 PM |
| **To:** | BAT BAT <bat-students@duke.edu> |
| **Subject:** | today's agenda |
| **Attach:** | BAT Meeting 4.27.11.docx |

--
Christine Pesetski
Assistant Dean for Off-Campus and Mediation Services
Dean of Students Office
107 West Union Building
Box 90893
Durham, NC 27708
919-684-6859
Fax: 919-681-7390
http://www.studentaffairs.duke.edu/conduct

If you have concerns about a Duke student's behavior or health visit the
DukeReach website for resources and assistance
http://www.studentaffairs.duke.edu/dukereach

| From: | J. Philip Duhart <philip.duhart@duke.edu> |
|---|---|
| Sent: | Thursday, July 7, 2011 12:27 AM |
| To: | David Frankel <david.frankel@duke.edu>; Christine Pesetski <christine.pesetski@duke.edu>; Ayesha Yousafzai <ayesha.yousafzai@duke.edu> |
| Subject: | July 20th |
| Attach: | 2011 RC Training Schedule and Learning Outcomes.doc; ATT00001..txt |

Hello wonderful peeps...

Please forgive my oversight but with the revision after revision, alteration after alteration I realized I double booked myself for next week. I am slotted to be at Rehoboth Beach for vacation with the in-laws and be here to do a presentation on the On-call protocol. I couldn't articulate a particular preference for either option without running the risk of ostracizing someone or possibly fear of incriminating myself... So the decision has been made by boss lady (Wife) that I will be at the Beach.

Originally we only expected to have 1 RC but do to some strings being pulled there will be 2. Who knows... There may even be three... a lot can happen in a week.

Ayesha:
I will send my thoughts on the session to you tomorrow some time (Or maybe 20 minutes before the session).

Christine:
I had made the offer for Christine to sit on the session and provide a University perspective of on-call and the DOC and ROC connection. I think that this perspective is useful and hope that you are still willing to come and help out. I know Ayesha isn't as fun as me but I believe that your presence can make up for this fun deficit.

David:
Just a reminder that you are slotted for that morning to present on Student Conduct Case meetings... I'm sure if you wanted to heckle the other two during their session I would fully support you.

Attached is the most up to date schedule as it stands currently.

Thanks for all the awesomeness that you do, represent, are... (except maybe Ayesha)

Peace,
Philip

| From: | Christine Pesetski <christine.pesetski@duke.edu> |
| Sent: | Tuesday, September 14, 2010 10:45 PM |
| To: | Stephen Bryan <sbryan@duke.edu> |
| Subject: | Re: Prior Disciplinary History: Guidance for UCB |
| Attach: | Priors cp.docx; ATT00001.txt |

my thought on this -

| | |
|---|---|
| **From:** | Christine Pesetski <christine.pesetski@duke.edu> |
| **Sent:** | Sunday, October 24, 2010 12:09 PM |
| **To:** | cte2@duke.edu |
| **Subject:** | Randolph roommate conflict |

Hey Chris-

I spoke with the parents of student Ariana Qayumi -she is a Randolph resident, her parents thought it was room ███. Anyway, there is a concern about Ariana's ability to spend time in the room, because her roommate ███ is always there. From what Ariana's parents told me it sounds like Ariana has spoken to the RA and they have done some roommate mediation and discussions. I mentioned a roommate agreement between Ariana and ███, but her parents were not sure if such an agreement had been discussed. It sounds like things are improving slightly, in that ███ has made a few friends, but she still spends nearly all of her time in the room, resulting in Ariana not being able to be in the room. According to Ariana's parents, ███ spends all of her time watching tv. Ariana is the student coordinator for Devil's after Dark, so you may know her through that.

It sounds like ███ may be homesick, lonely, isolated or may have some other stuff going on. I wanted to let you know what I had said/did. Thanks for all you do.

Christine
--
Christine Pesetski
Assistant Dean for Off-Campus and Mediation Services
Dean of Students Office
107 West Union Building
Box 90893
Durham, NC 27708
919-684-6859
Fax: 919-681-7390
http://www.studentaffairs.duke.edu/conduct

If you have concerns about a Duke student's behavior or health visit the DukeReach website for resources and assistance
http://www.studentaffairs.duke.edu/dukereach

**Subject:**      Canceled: Gender Violence Prevention/Intervention Task Force Meeting

**Location:**      Women's Center

**Start:**      11/4/2010 3:00 PM

**End:**      11/4/2010 4:30 PM

**Show Time As:**      Free

**Recurrence:**      (none)

**Organizer:**      Sheila Broderick

**Required Attendees:**    Cleo Estrera; Zoila Airall, Ph.D.; Jeff Kulley, Ph.D.; Michael Gustafson II, Ph.D.; Laurence Moneta, Ed.D; Stephanie Helms Pickett, Ed.D.; Thomas Szigethy; Krystal Clark; Valerie Kolko; Donna Lisker, Ph.D.; Terry Lynch; John dailey; Leslie Barnes; Li-Chen Chin, Ph.D.; Ada Gregory

**Optional Attendees:**    catherinemfagan@gmail.com

**Resources:**      Women's Center

When: Thursday, November 04, 2010 7:00 PM-8:30 PM.
Where: Women's Center

*~*~*~*~*~*~*~*~*

I sent this same reminder and file via email as well as via ical.   See you in November.

CONFIDENTIAL

DUKE-QPL-00007012

So sorry-I completely forgot to send that!

Here it is:
1) Was force used?
2) Was the complainant incapacitated and the defendant known or should have known this?
3) Did the complainant verbally consent to each sexual act?

And yes-I will be out of the office Dec. 26th-Jan. 2nd but around otherwise! Let's chat

Melinda Manning, JD
Assistant Dean of Students
UNC-Chapel Hill
Suite 1106, SASB North
450 Ridge Road, CB# 5100
Chapel Hill, NC 27599
Phone: (919) 966-4042, Fax: (919) 843-9778
http://dean-of-students.unc.edu
Confidentiality notice: This e-mail message, including any attachments, is for the sole use of intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

-----Original Message-----
From: Christine Pesetski [mailto:christine.pesetski@duke.edu]
Sent: Wednesday, December 01, 2010 1:28 PM
To: Manning, Melinda L
Subject: 3-pronged test

Hey Melinda -

Thanks again for helping train our panelist for sexual misconduct hearings. You mentioned a three-pronged test that you use at UNC that I think would be really useful here at Duke. Can you email it to me?

I hope all is well with you. Perhaps you and I can get together after students leave or before classes resume in January and talk about Threat Assessment teams. I coordinate our team here and am definitely interested in learning about other teams.

Thanks so much -
Christine
--
Christine Pesetski
Assistant Dean for Off-Campus and Mediation Services Dean of Students Office
107 West Union Building
Box 90893
Durham, NC 27708
919-684-6859
Fax: 919-681-7390
http://www.studentaffairs.duke.edu/conduct

If you have concerns about a Duke student's behavior or health visit the DukeReach website for resources and assistance http://www.studentaffairs.duke.edu/dukereach

| From: | Christine Pesetski <christine.pesetski@duke.edu> |
|-------|--------------------------------------------------|
| Sent: | Monday, December 13, 2010 2:28 PM |
| To: | Manning, Melinda L <manning@email.unc.edu> |
| Subject: | Re: 3-pronged test |
| Attach: | PastedGraphic-7.pdf; ATT00001.txt |

Thanks so much Melinda -

This was really useful in our most recent hearing. I hope you and your family have a great winter break -
Christine
On Dec 1, 2010, at 4:46 PM, Manning, Melinda L wrote:

> So sorry-I completely forgot to send that!
>
> Here it is:
> 1) Was force used?
> 2) Was the complainant incapacitated and the defendant known or should have known this?
> 3) Did the complainant verbally consent to each sexual act?
>
> And yes-I will be out of the office Dec. 26th-Jan. 2nd but around otherwise! Let's chat
>
> Melinda Manning, JD
> Assistant Dean of Students
> UNC-Chapel Hill
> Suite 1106, SASB North
> 450 Ridge Road, CB# 5100
> Chapel Hill, NC 27599
> Phone: (919) 966-4042, Fax: (919) 843-9778
> http://deanofstudents.unc.edu
> Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.
>
> -----Original Message-----
> From: Christine Pesetski [mailto:christine.pesetski@duke.edu]
> Sent: Wednesday, December 01, 2010 1:28 PM
> To: Manning, Melinda L
> Subject: 3-pronged test
>
> Hey Melinda -
>
> Thanks again for helping train our panelist for sexual misconduct hearings. You mentioned a three-pronged test that you use at UNC that I think would be really useful here at Duke. Can you email it to me?
>
> I hope all is well with you. Perhaps you and I can get together after students leave or before classes resume in January and talk about Threat Assessment teams. I coordinate our team here and am definitely interested in learning about other teams.
>
> Thanks so much -
> Christine
> --
> Christine Pesetski
> Assistant Dean for Off-Campus and Mediation Services Dean of Students Office
> 107 West Union Building
> Box 90893
> Durham, NC 27708
> 919-684-6859
> Fax: 919-681-7390
> http://www.studentaffairs.duke.edu/conduct
>
> If you have concerns about a Duke student's behavior or health visit the DukeReach website for resources and assistance http://www.studentaffairs.duke.edu/dukereach
>
>
>

--
Christine Pesetski
Assistant Dean for Off-Campus and Mediation Services
Dean of Students Office
107 West Union Building
Box 90893
Durham, NC 27708
919-684-6859
Fax: 919-681-7390
http://www.studentaffairs.duke.edu/conduct

If you have concerns about a Duke student's behavior or health visit the DukeReach website for resources and assistance http://www.studentaffairs.duke.edu/dukereach

| **From:** | Greg Stotsenberg <Greg.Stotsenberg@duke.edu> |
| --- | --- |
| **Sent:** | Thursday, April 28, 2011 10:36 AM |
| **To:** | Christine Pesetski <christine.pesetski@duke.edu> |
| **Cc:** | BAT BAT <bat-students@duke.edu> |
| **Subject:** | Re: We will meet tomorrow |

Please add to the Agenda the following students:

1. Two Incidents  Delta Sig freshman members
    - Colby Leachman
    - Frank Jones
    - Brian Self

2. Continuing Domestic: 

Thanks,

Stots



Lt. Greg Stotsenberg, Jr.
Duke University Police
Criminal Investigations
Office (919) 684-4713
Main  (919) 684-2444
http://www.duke.edu/police/services/investigations.php

| From: | Christine Pesetski <christine.pesetski@duke.edu> |
| --- | --- |
| To: | BAT BAT <bat-students@duke.edu> |
| Date: | 04/27/2011 05:49 PM |
| Subject: | We will meet tomorrow |

I will bring the agenda with me for our 1pm meeting.

Thanks everyone -
Christine
--
Christine Pesetski
Assistant Dean for Off-Campus and Mediation Services
Dean of Students Office
107 West Union Building
Box 90893
Durham, NC 27708
919-684-6859
Fax: 919-681-7390
http://www.studentaffairs.duke.edu/conduct

If you have concerns about a Duke student's behavior or health visit the DukeReach website for resources
and assistance http://www.studentaffairs.duke.edu/dukereach

| **From:** | Christine Pesetski <christine.pesetski@duke.edu> |
| **Sent:** | Thursday, April 28, 2011 11:22 AM |
| **To:** | Greg Stotsenberg Jr. <Greg.Stotsenberg@duke.edu> |
| **Subject:** | Re: We will meet tomorrow |

Got it -
thanks -

Christine
On Apr 28, 2011, at 10:36 AM, Greg Stotsenberg wrote:

> Please add to the Agenda the following students:

1. Two Incidents  Delta Sig freshman members
      - Colby Leachman
      - Frank Jones
      - Brian Self

2. Continuing Domestic: █████████

Thanks,

Stots
<ATT00001..jpg>

| From: | Christine Pesetski <christine.pesetski@duke.edu> |
| To: | BAT BAT <bat-students@duke.edu> |
| Date: | 04/27/2011 05:49 PM |
| Subject: | We will meet tomorrow |

I will bring the agenda with me for our 1pm meeting.

Thanks everyone -
Christine
--
Christine Pesetski
Assistant Dean for Off-Campus and Mediation Services
Dean of Students Office
107 West Union Building
Box 90893
Durham, NC 27708
919-684-6859
Fax: 919-681-7390
http://www.studentaffairs.duke.edu/conduct

If you have concerns about a Duke student's behavior or health visit the DukeReach website for resources and assistance http://www.studentaffairs.duke.edu/dukereach

CONFIDENTIAL   Case 1:16-cv-01038-CCE-JLW   Document 83-5   Filed 02/02/18   Page 22 of 95   DUKE-QPL-00007034

--
Christine Pesetski
Assistant Dean for Off-Campus and Mediation Services
Dean of Students Office
107 West Union Building
Box 90893
Durham, NC 27708
919-684-6859
Fax: 919-681-7390
http://www.studentaffairs.duke.edu/conduct

If you have concerns about a Duke student's behavior or health visit the DukeReach website for resources and assistance http://www.studentaffairs.duke.edu/dukereach

| **From:** | Christine Pesetski <christine.pesetski@duke.edu> |
| **Sent:** | Thursday, April 28, 2011 1:01 PM |
| **To:** | BAT BAT <bat-students@duke.edu> |
| **Subject:** | today's agenda |
| **Attach:** | BAT Meeting 4.27.11.docx; ATT00001.htm |

| | |
|---|---|
| **From:** | Christine Pesetski <christine.pesetski@duke.edu> |
| **Sent:** | Tuesday, July 12, 2011 11:53 AM |
| **To:** | Sheila Broderick <sheila.broderick@duke.edu> |
| **Subject:** | GVPI protocol |
| **Attach:** | 5 GVPI Protocol 11-12 on call.docx; ATT00001.htm |

Hi Sheila -

Attached is the protocol for the Dean/RC on-Call for incidents of sexual misconduct and gender violence. Please let me know if there are any changes - I do have a few questions/suggestions

1. Should the protocol remain titled "Sexual Harassment and Sexual Assault Response?" It seems that Gender Violence has now been infused into the vernacular enough that it could be changed.
2. Do I have the phone numbers correct for you? I think I have the google number that you started using - the 919-886-6814. Assuming that is accurate, should I remove the secondary cell phone number?

Let me know if you have other changes. If possible, please return this to me by July 18.

Thanks,
Christine

| From: | Christine Pesetski <christine.pesetski@duke.edu> |
|---|---|
| Sent: | Thursday, July 21, 2011 12:28 PM |
| To: | Sheila Broderick <sheila.broderick@duke.edu> |
| Subject: | Re: just sent student outreach email |

Gracias...
On Jul 21, 2011, at 12:27 PM, Sheila Broderick wrote:

ariana, that is.


Sheila Broderick, LCSW
Duke University Women's Center
420 Chapel Drive
Box 90920
919.681-6882
919.681.6885 (fax)
http://studentaffairs.duke.edu/wc



--
Christine Pesetski
Assistant Dean for Off-Campus and Mediation Services
Dean of Students Office
107 West Union Building
Box 90893
Durham, NC 27708
919-684-6859
Fax: 919-681-7390
http://www.studentaffairs.duke.edu/conduct

If you have concerns about a Duke student's behavior or health visit the DukeReach website for resources and assistance http://www.studentaffairs.duke.edu/dukereach

| From: | Amy Powell <a.powell@duke.edu> |
|-------|-------------------------------------|
| Sent: | Friday, August 5, 2011 12:59 PM |
| To: | Christine Pesetski <christine.pesetski@duke.edu> |
| Subject: | next week |
| Attach: | PastedGraphic-7.pdf; ATT00001.txt |

THANKS AGAIN for covering for me next week. I will be back in the office on Friday. The students to keep on your "watch list" are:

████████- okay as of today. Has appt with CAPS on Monday (Ayesha Chaudhary) and Dr. Conner at Main Street Clinical on Thursday. CAPS is very informed of his case and can help if anything comes up. We are Ok to contact parents if needed.

Ariana Qayumi- Baishakhi and I will meet with her today at 2:15, I will have her sign ROI's for Dr. Sarah Bryce and Sheila, she should be seen by Sarah today.

████████- Wellness check requested this week by professor, he has since returned to class but was "distraught" professor recommended CAPS. I have asked him to come see me but have not heard back, advised that prof. or Deans (Franzoni/Simmons) not provide any further accommodations/assistance without documentation that he has see me (you)/CAPS. Goal will be to get him to CAPS and get a ROI.

████████- has not been doing great last few weeks in dealing with parents divorce, he is well plugged in to MH treatment but has occasional panic calls for academic assistance- cant complete papers, etc--- refer him to Gerald.

Those are the ones I can think of.
I hope hope hope it is a quiet week. I'll have my cell if you need me.

Amy

--
Amy E. Powell, MSW
Assistant Dean of Students
Dean of Students Office
Duke University
Box 90946
Durham, NC 27708
Office Location: 001 Crowell, Room 016, East Campus
Email: a.powell@duke.edu
Phone: (919) 684-9408
Fax: (919) 684-1161

If you have concerns about a Duke student's behavior or health visit the DukeReach website for resources and assistance
http://www.studentaffairs.duke.edu/dukereach

| From: | noreply@qemailserver.com on behalf of |
| | Valerie Glassman <noreply@qemailserver.com> |
| Sent: | Wednesday, August 31, 2011 2:21 PM |
| To: | Christine Pesetski <christine.pesetski@duke.edu> |
| Subject: | Reminder: Undergraduate Conduct Board Training |

Hello New Members!

We are eagerly approaching the first date of new member training for the Undergraduate Conduct Board. As a reminder, we are convening at **1 PM in Perkins 217 on Friday, September 9**. I'm looking forward to seeing you all there! If you have NOT done so already, **please email me if you will be delayed or have an academic/athletic commitment**.

In order to prepare you for the training, I've developed a **fun online quiz** for you to take at your convenience before the training. The quiz tests your knowledge of the undergraduate disciplinary process and will direct our discussion at the beginning of the session. We're not keeping score on this one, so don't feel bad about not knowing the right answers -- but don't be tempted to search for the answers, either! At the end of the survey, you'll be directed to a Results page. Please **print this page out** and bring it with you to training on the 9th. You can ignore the statistics piece - it's your answers that matter.

**Follow this link to the Survey:**
Take the Survey

Or copy and paste the URL below into your internet browser:
https://duke.qualtrics.com/WRQualtricsSurveyEngine/?Q_SS=3UzUwk7jwFsvORu_6tbt5Qk3H7aWgPq&_=1

Looking forward to seeing you all!
Valerie

DUKE-QPL-00007068

| | |
|---|---|
| **From:** | Christine Pesetski <christine.pesetski@duke.edu> |
| **Sent:** | Tuesday, September 27, 2011 6:36 PM |
| **To:** | Valerie Glassman <valerie.glassman@duke.edu> |
| **Subject:** | Re: █████ hearing |

Thanks..

It appears that my i-cal no longer communicates with yours or Stephens. I looked at your i-cal and it appears that you invited me, my i-cal simply did not receive it.

Christine
On Sep 27, 2011, at 3:20 PM, Valerie Glassman wrote:

> That's the sexual misconduct training with Melinda - I thought I invited you; I'm sorry if you haven't been able to read it. (I have been using the online client with Exchange.)
>
> It's Friday 1-5 and in Languages 305.
> Valerie
>
> --
> Valerie Glassman
> Dean of Students Office
> Duke University
> 105 West Union, Box 90893
> Durham, NC 27708
> 919-684-6747
> valerie.glassman@duke.edu (please note the name change)
>
> On Sep 27, 2011, at 3:16 PM, Christine Pesetski wrote:
>
>> ok..
>>
>> I noticed on your calendar that there is some sort of training on Friday afternoon. I am having i-cal issues and no longer receive invitations (even though I-cal) says I have received it. What is the training on Friday, when and where and should I plan on attending?
>>
>> Thanks,
>> Christine
>> On Sep 27, 2011, at 3:08 PM, Valerie Glassman wrote:
>>
>>> Thanks, yes, I've saved it on mine as well.
>>>
>>> Valerie
>>>
>>> --
>>> Valerie Glassman
>>> Dean of Students Office
>>> Duke University
>>> 105 West Union, Box 90893
>>> Durham, NC 27708
>>> 919-684-6747
>>> valerie.glassman@duke.edu (please note the name change)
>>>
>>> On Sep 27, 2011, at 2:29 PM, Christine Pesetski wrote:
>>>
>>>> It's on my calendar -
>>>>
>>>> Do you want to come too and observe the hearing? You had mentioned wanting to do that at some point.
>>>>
>>>> cp
>>>> On Sep 27, 2011, at 1:03 PM, Valerie Glassman wrote:
>>>>
>>>>> I think we'll be going on Wed. Oct. 12 at 9 AM with ████████████████████ on the panel. I need to confirm their non-acquaintance with the students involved.
>>>>>
>>>>> Valerie
>>>>>
>>>>> --

>>>>> Valerie Glassman
>>>>> Dean of Students Office
>>>>> Duke University
>>>>> 105 West Union, Box 90893
>>>>> Durham, NC 27708
>>>>> 919-684-6747
>>>>> valerie.glassman@duke.edu (please note the name change)
>>>>>
>>>>
>>>> --
>>>> Christine Pesetski
>>>> Assistant Dean for Off-Campus and Mediation Services
>>>> Dean of Students Office
>>>> 107 West Union Building
>>>> Box 90893
>>>> Durham, NC 27708
>>>> 919-684-6859
>>>> Fax: 919-681-7390
>>>> http://www.studentaffairs.duke.edu/conduct
>>>>
>>>> If you have concerns about a Duke student's behavior or health visit the DukeReach website for resources and assistance
http://www.studentaffairs.duke.edu/dukereach
>>>>
>>>>
>>>>
>>>
>>
>> --
>> Christine Pesetski
>> Assistant Dean for Off-Campus and Mediation Services
>> Dean of Students Office
>> 107 West Union Building
>> Box 90893
>> Durham, NC 27708
>> 919-684-6859
>> Fax: 919-681-7390
>> http://www.studentaffairs.duke.edu/conduct
>>
>> If you have concerns about a Duke student's behavior or health visit the DukeReach website for resources and assistance
http://www.studentaffairs.duke.edu/dukereach
>>
>>
>

--
Christine Pesetski
Assistant Dean for Off-Campus and Mediation Services
Dean of Students Office
107 West Union Building
Box 90893
Durham, NC 27708
919-684-6859
Fax: 919-681-7390
http://www.studentaffairs.duke.edu/conduct

If you have concerns about a Duke student's behavior or health visit the DukeReach website for resources and assistance
http://www.studentaffairs.duke.edu/dukereach

| | |
|---|---|
| **From:** | Amy Powell <a.powell@duke.edu> |
| **Sent:** | Thursday, January 12, 2012 12:01 PM |
| **To:** | Christine Pesetski <christine.pesetski@duke.edu> |
| **Subject:** | Student of Concern Report Notification |

A Care Report has been entered into ADVOCATE.
SOC Report #:C00022-2012

Concern identified by:Amy Powell Baishakhi Taylor
Academic Dean

Report Date: January 11, 2012 1:00 PM

Incident Date:

Location:

Student(s) Involved: Ariana Qayumi (0530440)
HOUSE J
ROOM 105
KILGO QUAD
J105
ariana.qayumi@duke.edu
DOB: March 27, 1992; Gender: Female
Major: UNDEC6
Expected graduation term: 2014 Sprng
Greek (blank if none):
Scholarship (blank if none):
ROTC (blank if none):
Athlete: RW Yes No longer on team - 3/2/11 August 1, 2010

Concern Type:

Description of concern: Per Dean Taylor, Ariana was placed on a MLOA for Spring 2012.

Plan:  No further f/u at this time.

Primary Contact: Amy Powell

| From: | Christine Pesetski <christine.pesetski@duke.edu> |
| Sent: | Tuesday, April 3, 2012 12:41 PM |
| To: | Amy Powell <a.powell@duke.edu> |
| Subject: | Fwd: A.Q. - Wellness Community App |

Thanks for responding -I copied her data out of your db and added her to mine. Should she be a "reopen" for 3-12 - or wait for reenrollment?

cp

Begin forwarded message:

**From:** Laura Kirkland <laura.kirkland@duke.edu>
**Date:** April 2, 2012 2:51:57 PM EDT
**To:** Amy Powell <a.powell@duke.edu>
**Cc:** Christine Pesetski <christine.pesetski@duke.edu>
**Subject: A.Q. - Wellness Community App**

Amy and Christine,

Ariana Qayumi is currently on a MLOA. She started an application to join the Wellness Community for Spring 2012 before she took her MLOA and recently contacted me about renewing her application for this coming Fall 2012. I assume that like some of our other students who have applied, she'll need to be approved to return? What do you expect that process to look like for her?

Laura

********************************************
Laura Kirkland
Duke University
Housing, Dining & Residence Life
Residence Coordinator,
Crowell & Wannamaker Quads
108 House G
919-668-1427
********************************************

*Did someone from Housing, Dining & Residence Life have a positive impact on your experience today?*
*Let us know!*  http://tinyurl.com/HDRLthanks

--
Christine Pesetski
Assistant Dean of Students/ Case Manager
Dean of Students Office
211 Crowell Building
10 Epworth Lane, East Campus
Box 90946
Durham, NC 27708
919-684-6632
(Fax)919-681-6830.
http://www.studentaffairs.duke.edu/dukereach

CONFIDENTIAL
DUKE-QPL-00007086

| **From:** | Christine Pesetski <christine.pesetski@duke.edu> |
| **Sent:** | Tuesday, April 3, 2012 1:57 PM |
| **To:** | Amy Powell <a.powell@duke.edu> |
| **Subject:** | Re: A.Q. - Wellness Community App |

ok

On Apr 3, 2012, at 1:33 PM, Amy Powell wrote:

> I would wait for enrollment
>
> Sent from my iPhone
>
> On Apr 3, 2012, at 12:41 PM, "Christine Pesetski" <christine.pesetski@duke.edu> wrote:
>
>> Thanks for responding -I copied her data out of your db and added her to mine. Should she be a "reopen" for 3-12 - or wait for reenrollment?
>>
>> cp
>>
>> Begin forwarded message:
>>
>>> **From:** Laura Kirkland <laura.kirkland@duke.edu>
>>> **Date:** April 2, 2012 2:51:57 PM EDT
>>> **To:** Amy Powell <a.powell@duke.edu>
>>> **Cc:** Christine Pesetski <christine.pesetski@duke.edu>
>>> **Subject: A.Q. - Wellness Community App**
>>>
>>> Amy and Christine,
>>>
>>> Ariana Qayumi is currently on a MLOA. She started an application to join the Wellness Community for Spring 2012 before she took her MLOA and recently contacted me about renewing her application for this coming Fall 2012. I assume that like some of our other students who have applied, she'll need to be approved to return? What do you expect that process to look like for her?
>>>
>>> Laura
>>>
>>> *****************************************
>>> Laura Kirkland
>>> Duke University
>>> Housing, Dining & Residence Life
>>> Residence Coordinator,
>>> Crowell & Wannamaker Quads
>>> 108 House G
>>> 919-668-1427
>>> *****************************************
>>>
>>> *Did someone from Housing, Dining & Residence Life have a positive impact on your experience today?*
>>> *Let us know!*   http://tinyurl.com/HDRLthanks

--
Christine Pesetski
Assistant Dean of Students/ Case Manager
Dean of Students Office
211 Crowell Building
10 Epworth Lane, East Campus
Box 90946
Durham, NC 27708
919-684-6632
(Fax)919-681-6830.
http://www.studentaffairs.duke.edu/dukereach

--
Christine Pesetski
Assistant Dean of Students/ Case Manager
Dean of Students Office
211 Crowell Building
10 Epworth Lane, East Campus
Box 90946
Durham, NC 27708
919-684-6632
(Fax)919-681-6830.
http://www.studentaffairs.duke.edu/dukereach

**Subject:** Hold for UCB training

**Start:** 9/7/2012 1:00 PM

**End:** 9/7/2012 5:00 PM

**Show Time As:** Tentative

**Recurrence:** Weekly

**Recurrence Pattern:** Occurs every Friday from 1:00 PM to 5:00 PM effective 9/7/2012 until 9/14/2012. There are 2 more occurrences.

**Meeting Status:** Received

**Organizer:** Valerie Glassman

**Required Attendees:** David Frankel; Stephen Bryan

When: Occurs every Friday from 1:00 PM to 5:00 PM effective 9/7/2012 until 9/14/2012. There are 2 more occurrences. (UTC-05:00) Eastern Time (US & Canada)

\*~\*~\*~\*~\*~\*~\*~\*~\*~\*~\*

| | |
|---|---|
| **From:** | Sabrina Thomas (Office of Student Returns) <officeofstudentreturns@duke.edu> |
| **Sent:** | Tuesday, August 7, 2012 1:01 PM |
| **To:** | Amy Powell <a.powell@duke.edu>; Christine Pesetski <christine.pesetski@duke.edu> |
| **Subject:** | students returning fall 2012 (Case Management referrals) |
| **Attach:** | Student Affairs Report.pdf |

Amy and Christine,

Please find a list of students returning for fall 2012 whom the Office
of Student Returns brought to your attention, or the student was asked
to contact your office. Under separate cover you will receive a master
list of students returning. Please feel free to review the master list
to determine students with whom you have a previous relationship. :-)

Sincerely,

Sabrina

P.S.
 Please remember that students who have not signed their decision
letter will not be activated.

--
Dean Sabrina Thomas
Academic Dean, Trinity College of Arts and Science
Director, Office of Student Returns
011 Allen Building
Box 90052
Duke University
Durham, North Carolina 27708
officeofstudentreturns@duke.edu
http://trinity.duke.edu/osr

| **From:** | Sabrina Thomas (Office of Student Returns) <officeofstudentreturns@duke.edu> |
|---|---|
| **Sent:** | Tuesday, August 7, 2012 2:31 PM |
| **To:** | BAT <bat-students@duke.edu>; Stephen Nowicki <snowicki@duke.edu>; Lee D. Baker, Ph.D. <ldbaker@duke.edu>; Laurence Moneta, Ed.D <larry.moneta@duke.edu>; Prof Laurie Patton, Ph.D. <laurie.patton@duke.edu>; Gerald Wilson, Ph.D. <gerald.wilson@duke.edu>; Sue Wasiolek <Dean.Sue@duke.edu>; Donna M. Hall <dhall@duke.edu>; John Blackshear <jbshear@duke.edu>; Linda Moiseenko <linda.moiseenko@duke.edu>; Amy Powell <a.powell@duke.edu>; Christine Pesetski <christine.pesetski@duke.edu>; Kate Daviesadams <kate.daviesadams@duke.edu>; kelly.crace@duke.edu; Alison Rabil, Ed.D. <alison.rabil@duke.edu>; Janice Coleman <janice.coleman@duke.edu>; Joe Gonzalez <joe.gonzalez@duke.edu>; Dot Mishoe <dot.mishoe@duke.edu>; Leigh D Fickling, J.D. <leigh.fickling@duke.edu>; Stephen Bryan <sbryan@duke.edu>; Sheila Broderick <sbrod@duke.edu> |
| **Subject:** | Master List Students Returning fall 2012 |
| **Attach:** | MasterListAllReturningStudents.pdf |

All,

Many of you have received a customized list of students returning for the fall 2012 term. The earlier list reflected students who were of particular interest to your unit. Please find attached a master list of students returning to Duke for the fall 2012 term. Please review the list to engage in any additional student outreach you deem appropriate. The names of students who have not signed their decision letters will not appear. to-date there are three ██████████████████ ████████████████████ Enjoy your day (and your review).

Sabrina

--
Dean Sabrina Thomas
Academic Dean, Trinity College of Arts and Science
Director, Office of Student Returns
011 Allen Building
Box 90052
Duke University
Durham, North Carolina 27708
officeofstudentreturns@duke.edu
http://trinity.duke.edu/osr

HI there..

Amy emailed me last night about student, ████████ who is part of Leadershape. I also went through the list this morning and saw that ████████ and Ariana Qayumi are also participants. Both students are returning to Duke from a leave of abscense. I can talk by phone later today about all three if you like. Give me a ring when you have a chance.  - 919-684-6632.

Christine

--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.edu

| | |
|---|---|
| **From:** | Christine Pesetski <christine.pesetski@duke.edu> |
| **Sent:** | Wednesday, August 15, 2012 10:37 AM |
| **To:** | Debbie Lo Biondo <dab@duke.edu> |
| **Subject:** | Re: NS |

HI Deb -

I sent this to the wrong Deb – I meant to send it to Deb Hackney, as I understand she is handling Leadershape. No worries, I will follow-up with her. My apologies for the fast fingers, resulting in the wrong Deb-

Have a good day -
Christine
--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.edu

**From:** Debbie Lo Biondo <dab@duke.edu>
**Date:** Wednesday, August 15, 2012 8:50 AM
**To:** Christine Pesetski <christine.pesetski@duke.edu>
**Subject:** Re: NS

Christine,
They are all at Camp Caraway until Sunday - checked-in on Monday.
I'll try calling you later today.
Thanks.
Deb


On Aug 15, 2012, at 8:35 AM, Christine Pesetski wrote:

> HI there..

Amy emailed me last night about student, ███████████ who is part of Leadershape. I also went through the list this morning and saw that ██████████ and Ariana Qayumi are also participants. Both students are returning to Duke from a leave of abscence. I can talk by phone later today about all three if you like. Give me a ring when you have a chance.  - 919-684-6632.

Christine

--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.ed
u

Debbie Lo Biondo
Associate Dean - West Campus
Duke University
Residence Life, Housing and Dining Services
Craven Quad, D-101R Box 90855
Durham, NC 27708
919•684•5486 Phone
919•681•7498 FAX
dab@duke.edu
web site: http://www.studentaffairs.duke.edu/rlhs

Did someone from Housing, Dining & Residence Life have a positive impact on your experience today?
Let us know!   http://tinyurl.com/HDRLthanks

DUKE-QPL-00007127

| | |
|---|---|
| **From:** | Christine Pesetski <christine.pesetski@duke.edu> |
| **Sent:** | Thursday, August 23, 2012 4:49 PM |
| **To:** | Amy Powell <a.powell@duke.edu> |
| **Subject:** | Re: list of student returns |
| **Attach:** | Pesetski CM returns.xlsx |

Attached is my spreadsheet-

cp
--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.edu

**From:** Christine Pesetski <a.powell@duke.edu>
**Date:** Thursday, August 23, 2012 4:27 PM
**To:** Christine Pesetski <christine.pesetski@duke.edu>
**Subject:** list of student returns

Can you send me the full list of students you will be meeting with upon return? I'm going to forward our complete list to Valerie for wrap-up on Monday.
Thanks!
--
Amy E. Powell, MSW
Associate Dean of Students/
Director of Student Case Management
Dean of Students Office
Duke University
Box 90893
Durham, NC 27708
Office Location: 217 Crowell Bldg, East Campus
Email: a.powell@duke.edu
Phone: (919) 684-9408
Fax: (919) 681-7390
If you have concerns about a Duke student's behavior or health visit the DukeReach website for resources and assistance
http://studentaffairs.duke.edu/dos/dukereach

*******************************************************************************
The information in this electronic mail may include sensitive, protected information intended only for the addressee(s). Any other person, including anyone who believes he/she might have received it due to an addressing error, is requested to notify the sender immediately by return electronic mail, and to delete it without further reading or retention. The information is not to be forwarded to or shared unless in compliance with Duke University or FERPA regulations on confidentiality and/or with the approval of the sender.

| First | Last | Previous BAT? | Email | letter signed | Prior CM? | Care Action created? | Return term | Trinity/Pratt | Case Manager |
|-------|------|---------------|-------|---------------|-----------|---------------------|-------------|---------------|--------------|
| | | | | | | | | | |
| Ariana | Qayumi | | ariana.qayumi@duke.edu | | Yes | Yes | Fall 2012 | Trinity | |



| Type of leave | Contact Date | meeting date | Meeting completed | Providers est. | Residence | Year | notes |
|---|---|---|---|---|---|---|---|
| AD | | | | | | | |



**From:** Christine Pesetski <christine.pesetski@duke.edu>
**Sent:** Wednesday, August 29, 2012 4:28 PM
**To:** ariana.qayumi@duke.edu
**Subject:** Introduction and a meeting

Dear Ariana -

I work as an Assistant Dean of Students in the Dean of Students Office and one of my responsibilities is to work with students who are returning from a leave of absence. I assist in connecting students to both on and off campus resources that might support their transition as they return to campus. I understand from Dean Thomas that you have returned this semester and that your return letter requires that you continue treatment with Dr. Sarah Bryce.

In order to assist you with your transition I would be interested in meeting with you next week. After consulting your academic calendar I found that we are mutually available to meet on Tuesday September 4, 2012, at 10:15am. My office is on East Campus in the Crowell building, room 216. Crowell is next to Epworth Dorm and behind the Friedl building. Please let me know if this will work for you.

Sincerely,
Christine Pesetski

--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6532
Fax: 919 681-7390
christine.pesetski@duke.edu

**From:** Christine Pesetski <christine.pesetski@duke.edu>
**Sent:** Thursday, August 30, 2012 9:42 AM
**To:** Ariana Qayumi <ariana.qayumi@gmail.com>
**Subject:** Re: Introduction and a meeting

Thanks for letting me know all of this Ariana -

Dean Baishakhi Taylor let me know that she has been working with you as well. I do hope that your schedule will fall into place for you in the coming days. I look forward to meeting you next week. Please let me know if you need anything between now and our meeting.

Sincerely,
Christine Pesetski
--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.edu

---

**From:** Ariana Qayumi <ariana.qayumi@gmail.com>
**Date:** Thursday, August 30, 2012 7:32 AM
**To:** Christine Pesetski <christine.pesetski@duke.edu>
**Subject:** Re: Introduction and a meeting

Good morning Christi,

Thank you for the email. I put the meeting at 10:15am this Tuesday on my calendar. Just a heads up that my schedule has, and is continuing to, go through some changes. Because I had post 3rd bracket sign up for classes, I have been waitlisted in a majority of the courses I had planned to take. As of right now, my first class on Tuesday ends at 9:45am on west; I think that I will be able to make it over to east in time for our meeting, but in the case that I am somehow a few minutes late, I just wanted to give you the heads up.

See you then,

Ariana Qayumi

On Wed, Aug 29, 2012 at 4:28 PM, Christine Pesetski <christine.pesetski@duke.edu> wrote:
> Dear Ariana -
>
> I work as an Assistant Dean of Students in the Dean of Students Office and one of my responsibilities is to work with students who are returning from a leave of absence. I assist in connecting students to both on and off campus resources that might support their transition as they return to campus. I understand from Dean Thomas that you have returned this semester and that your return letter requires that you continue treatment with Dr. Sarah Bryce.
>
> In order to assist you with your transition I would be interested in meeting with you next week. After consulting your academic calendar I found that we are mutually available to meet on Tuesday September 4, 2012, at 10:15am. My office is on East Campus in the Crowell building, room 216. Crowell is next to Epworth Dorm and behind the Friedl building. Please let me know if this will work for you.
>
> Sincerely,
> Christine Pesetski
>
> --
> Christine Pesetski
> Assistant Dean of Students
> Office of Case Management
> Dean of Students Office
> 216 Crowell, Box 90893
> Phone: 919 684-6632
> Fax: 919 681-7390
> christine.pesetski@duke.edu

CONFIDENTIAL
DUKE-QPL-00007134

| | |
|---|---|
| **From:** | Christine Pesetski <christine.pesetski@duke.edu> |
| **Sent:** | Tuesday, September 4, 2012 11:19 AM |
| **To:** | Ariana Qayumi <ariana.qayumi@gmail.com> |
| **Subject:** | Article |

http://www.dukechronicle.com/article/depression-not-pity-play

It was good to meet you. I look forward to seeing you again.

Christine Pesetski
--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.edu

**From:** Christine Pesetski <christine.pesetski@duke.edu>
**Sent:** Wednesday, September 5, 2012 12:35 PM
**To:** Jeff Kulley, Ph.D. <jeff.kulley@duke.edu>
**Subject:** Re: AQ

Thanks Jeff-

I knew that CAPS did this, but was not sure if Ariana could utilize services since she sees Sarah Bryce in the community. It sounds like it is a non-issue. I will let her know.

Thanks for the follow-up-
Christine
--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.edu

**From:** "<Jeff Kulley>", "Ph.D." <jeff.kulley@duke.edu>
**Date:** Wednesday, September 5, 2012 12:32 PM
**To:** Christine Pesetski <christine.pesetski@duke.edu>
**Subject:** Re: AQ

hi christine. just so you know, caps does provide career testing and counseling services and might be appropriate for this student given her dual roles at career center. if you'd like to discuss, let me know. jk

On Sep 5, 2012, at 12:16 PM, Christine Pesetski wrote:

I met yesterday with Ariana Qayumi and I will continue to follow her for case management. She signed roi's for Dr. Sarah Bryce in the community and Duke Student Health. Ariana shared information about a history of nutrition concerns and indicated she had met previously with Toni Apadula. Ariana plans to schedule an appointment with Toni toward the end of the month. Ariana reported that during the spring of 2011, she experienced weight loss even though she reported eating increasing amounts of food. She reported that during the Summer of 2011, she was in Africa and during the trip she had to be dewormed and that 6 worms were found. She reports that now hear eating concerns are related to having more of an appetite and wanting to maintain her current weight.

Ariana reported stress regarding her career choices and is planning on following up with CAPS to meet to discuss career discernment. I suggested that she meet with a counselor at the Career Center, but Ariana was not interested in this because she serves on the Career Advisory Team (CAT) and wanted to keep that part of her life separate. I will continue this conversation with her and consult with the Career Center. She did ask if CAPS was available for emergency consultation and I suggested that she clarify those expectations with Dr. Bryce, since Dr. Bryce is Ariana's primary mental health provider.

Thanks all-
Christine
--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.edu


---------------------------------------------
Jeff Kulley, Ph.D.
Clinical Director
Counseling and Psychological Services
Duke University
402 Chapel Drive
Suite 214 Page Building, Box 90955
Durham, NC 27708-0955
Phone 919.660.1015
Fax 919.660.1024
---------------------------------------------

* Confidentiality cannot be assured as email is not a secure form of communication. If you think that you have received this email message in error, please email the sender at jeff.kulley@duke.edu

**From:** Christine Pesetski <christine.pesetski@duke.edu>
**Sent:** Wednesday, September 5, 2012 1:14 PM
**To:** Jeff Kulley, Ph.D. <jeff.kulley@duke.edu>
**Subject:** Re: AQ

Thanks -

Very helpful.

Christine
--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.edu

---

**From:** "<Jeff Kulley>", Jeff Kulley <jeff.kulley@duke.edu>
**Date:** Wednesday, September 5, 2012 12:50 PM
**To:** Christine Pesetski <christine.pesetski@duke.edu>
**Subject:** Re: AQ

Generally, seeing a psychiatrist in the community wouldn't prohibit the career testing/counseling at CAPS. It's always a good idea to check this out when a student is receiving case management services though. We'd like to have a chance to consider whether the student is appropriate for CAPS in other ways (i.e., isn't using career counseling as a back door into CAPS when longer term therapy is really what's needed).

Thanks,

Jeff

On Sep 5, 2012, at 12:34 PM, Christine Pesetski wrote:

> Thanks Jeff-
>
> I knew that CAPS did this, but was not sure if Ariana could utilize services since she sees Sarah Bryce in the community. It sounds like it is a non-issue. I will let her know.
>
> Thanks for the follow-up-
> Christine
> --
> Christine Pesetski
> Assistant Dean of Students
> Office of Case Management
> Dean of Students Office
> 216 Crowell, Box 90893
> Phone: 919 684-6632
> Fax: 919 681-7390
> christine.pesetski@duke.edu

---

**From:** "<Jeff Kulley>", "Ph.D." <jeff.kulley@duke.edu>
**Date:** Wednesday, September 5, 2012 12:32 PM
**To:** Christine Pesetski <christine.pesetski@duke.edu>
**Subject:** Re: AQ

hi christine. just so you know, caps does provide career testing and counseling services and might be appropriate for this student given her dual roles at career center. if you'd like to discuss, let me know. jk

On Sep 5, 2012, at 12:16 PM, Christine Pesetski wrote:

> I met yesterday with Ariana Qayumi and I will continue to follow her for case management. She signed roi's for Dr. Sarah Bryce in the community and Duke Student Health. Ariana shared information about a history of nutrition concerns and indicated she had met previously with Toni Apadula. Ariana plans to schedule an appointment with Toni toward the end of the month. Ariana reported that during the spring of 2011, she experienced weight loss even though she reported eating increasing amounts of food. She reported that during the Summer of 2011, she was in Africa and during the trip she had to be dewormed and that 6 worms were found. She reports that now near eating concerns are related to having more of an appetite and wanting to maintain her current weight.
>
> Ariana reported stress regarding her career choices and is planning on following up with CAPS to meet to discuss career discernment. I suggested that she meet with a counselor at the Career Center, but Ariana was not interested in this because she serves on the Career Advisory Team (CAT) and wanted to keep that part of her life separate. I will continue this conversation with her and consult with the Career Center. She did ask if CAPS was available for emergency consultation and I suggested that she clarify those expectations with Dr. Bryce, since Dr. Bryce is Ariana's primary mental health provider.
>
> Thanks all-
> Christine
> --
> Christine Pesetski
> Assistant Dean of Students

Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.edu

--------------------------------------------
Jeff Kulley, Ph.D.
Clinical Director
Counseling and Psychological Services
Duke University
402 Chapel Drive
Suite 214 Page Building, Box 90955
Durham, NC  27708-0955
Phone 919.660.1015
Fax   919.660.1024
--------------------------------------------

* Confidentiality cannot be assured as email is not a secure form of communication. If you think that you have received this email message in error, please email the sender at jeff.kulley@duke.edu

--------------------------------------------
Jeff Kulley, Ph.D.
Clinical Director
Counseling and Psychological Services
Duke University
402 Chapel Drive
Suite 214 Page Building, Box 90955
Durham, NC  27708-0955
Phone 919.660.1015
Fax   919.660.1024
--------------------------------------------

* Confidentiality cannot be assured as email is not a secure form of communication. If you think that you have received this email message in error, please email the sender at jeff.kulley@duke.edu

| | |
|---|---|
| **From:** | Christine Pesetski <christine.pesetski@duke.edu> |
| **Sent:** | Friday, September 14, 2012 5:23 PM |
| **To:** | |
| **Cc:** | Amy Powell <a.powell@duke.edu>; Tyrone Jean <tyrone.jean@duke.edu>; Erin Bergstrom <erin.bergstrom@duke.edu> |
| **Bcc:** | ariana.qayumi@duke.edu; |
| **Subject:** | Welcome back to Duke, dinner invitation |

Greetings -

You are receiving this because you have returned to Duke during Summer 2012 or this Fall 2012 after a period of time away from Duke. Each of you have different experiences with Duke prior to your leave and many of you have expressed a similar desire to me or my colleagues in the Dean of Students Office to get to know other students who have taken time away from Duke.  As such, I have put together a dinner reception to celebrate your return and to enable you to get to know one another. I have also invited colleagues from different offices across campus to help you connect with staff members, learn about important offices and ways to connect socially and academically. The dinner will be on Thursday September 27, 2012, at 7:00pm in the Wellness Center on East Campus. The Wellness Center is located in the ground level (garden level) of the Crowell building, below the Coffeehouse. The entrance faces Buchanan Blvd.

I will be sending an evite to this group, please let me know if you will be attending the dinner by responding to the evite that will follow this invitation.

On behalf of all of my colleagues at Duke, we are glad you have returned and want to work to make your Duke experience meaningful.

Sincerely,
Christine Pesetski

Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.edu

**From:** Christine Pesetski <christine.pesetski@duke.edu>
**Sent:** Friday, September 14, 2012 5:29 PM
**To:** Ariana Qayumi <ariana.qayumi@gmail.com>
**Subject:** Re: Welcome back to Duke, dinner invitation

---

HI Ariana -

Please come after class, I would be very happy for you to join us. If the group wants to get together again, I will work around schedules to the best of my ability. If you want to text me to see how things are unfolding to make sure we are still there -- my cell is 919-323-5815.

Take care,
Christine Pesetski
--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.edu

---

**From:** Ariana Qayumi <ariana.qayumi@gmail.com>
**Date:** Friday, September 14, 2012 5:25 PM
**To:** Christine Pesetski <christine.pesetski@duke.edu>
**Subject:** Re: Welcome back to Duke, dinner invitation

Hi Christine,

Thank you for the email. However, I have a class that runs from 6:15-8:45pm each Thursday (MMS 370 with Tiryakian). Is there any way that you can reschedule the dinner for another night, could we possibly move up the meeting time, or could I come late?

Best,

Ariana Qayumi

On Fri, Sep 14, 2012 at 5:22 PM, Christine Pesetski <christine.pesetski@duke.edu> wrote:
Greetings -

You are receiving this because you have returned to Duke during Summer 2012 or this Fall 2012 after a period of time away from Duke. Each of you have different experiences with Duke prior to your leave and many of you have expressed a similar desire to me or my colleagues in the Dean of Students Office to get to know other students who have taken time away from Duke. As such, I have put together a dinner reception to celebrate your return and to enable you to get to know one another. I have also invited colleagues from different offices across campus to help you connect with staff members, learn about important offices and ways to connect socially and academically. The dinner will be on Thursday September 27, 2012, at 7:00pm in the Wellness Center on East Campus. The Wellness Center is located in the ground level (garden level) of the Crowell building, below the Coffeehouse. The entrance faces Buchanan Blvd.

I will be sending an evite to this group, please let me know if you will be attending the dinner by responding to the evite that will follow this invitation.

On behalf of all of my colleagues at Duke, we are glad you have returned and want to work to make your Duke experience meaningful.

Sincerely,
Christine Pesetski


Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.edu

**From:** Christine Pesetski <christine.pesetski@duke.edu>
**Sent:** Monday, September 17, 2012 10:48 AM
**To:** Ariana Qayumi <ariana.qayumi@gmail.com>
**Subject:** Re: Welcome back to Duke, dinner invitation

HI Ariana -

I just want to confirm for you that the dinner is on 9/27, not 9/20. I mistyped the Evite, but have since corrected it.

I just don't want you coming to a dinner a week early due to my typo. I hope all is well with you.

Christine Pesetski
--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.edu

---

**From:** Ariana Qayumi <ariana.qayumi@gmail.com>
**Date:** Friday, September 14, 2012 5:36 PM
**To:** Christine Pesetski <christine.pesetski@duke.edu>
**Subject:** Re: Welcome back to Duke, dinner invitation

Hi Christine,

Thank you very much. I will text you my number now. See you September 20th around 9pm. (I think my professor will allow me to leave early so that I can arrive closer to 7:30 or 8pm, but I will ask him before asserting so.)

Best,

Ariana Qayumi

On Fri, Sep 14, 2012 at 5:29 PM, Christine Pesetski <christine.pesetski@duke.edu> wrote:
> HI Ariana -
>
> Please come after class, I would be very happy for you to join us. If the group wants to get together again, I will work around schedules to the best of my ability. If you want to text me to see how things are unfolding to make sure we are still there – my cell is 919-323-5815.
>
> Take care,
> Christine Pesetski
> --
> Christine Pesetski
> Assistant Dean of Students
> Office of Case Management
> Dean of Students Office
> 216 Crowell, Box 90893
> Phone: 919 684-6632
> Fax: 919 681-7390
> christine.pesetski@duke.edu

---

**From:** Ariana Qayumi <ariana.qayumi@gmail.com>
**Date:** Friday, September 14, 2012 5:25 PM
**To:** Christine Pesetski <christine.pesetski@duke.edu>
**Subject:** Re: Welcome back to Duke, dinner invitation

Hi Christine,

Thank you for the email. However, I have a class that runs from 6:15-8:45pm each Thursday (MMS 370 with Tiryakian). Is there any way that you can reschedule the dinner for another night, could we possibly move up the meeting time, or could I come late?

Best,

Ariana Qayumi

On Fri, Sep 14, 2012 at 5:22 PM, Christine Pesetski <christine.pesetski@duke.edu> wrote:
> Greetings -
>
> You are receiving this because you have returned to Duke during Summer 2012 or this Fall 2012 after a period of time away from Duke. Each of you have different experiences with Duke prior to your leave and many of you have expressed a similar desire to me or my colleagues in the Dean of Students Office to get to know other students who have taken time away from Duke. As such, I have put together a dinner reception to celebrate your return and to enable you to get to know one another. I have also invited colleagues from different offices across campus to help you connect with staff members, learn about important offices and ways to connect socially and academically. The dinner will be on Thursday September 27, 2012, at 7:00pm in the Wellness Center on East Campus. The Wellness Center is located in the ground level (garden level) of the Crowell building, below the Coffeehouse. The entrance faces Buchanan Blvd.
>
> I will be sending an evite to this group, please let me know if you will be attending the dinner by responding to the evite that will follow this invitation.
>
> On behalf of all of my colleagues at Duke, we are glad you have returned and want to work to make your Duke experience meaningful.

Sincerely,
Christine Pesetski

Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90693
Phone: 919-684-6632
Fax: 919-681-7390
christine.pesetski@duke.edu

**From:** Christine Pesetski <christine.pesetski@duke.edu>
**Sent:** Monday, October 1, 2012 5:13 PM
**To:**
**Bcc:**



ariana.qayumi@duke.edu;

**Subject:** Welcome back dinner and discussion evaluation

---

Greetings all-

Thank you to those who were able to join us for the dinner last Thursday night to celebrate the return of students who were on a leave of absence in the past. Please see the the link below for a survey of the experience. If you did not attend, please take the time to provide feedback about what might have been useful.

https://duke.qualtrics.com/SE/?SID=SV_55cXICsvJtFF6ex

The only way we can improve services and support for students who have returned from a leave of absence is to hear from you.

Let me know if you have any questions and thanks for taking the survey -

Christine Pesetski
--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.edu

**From:** Christine Pesetski <christine.pesetski@duke.edu>
**Sent:** Monday, October 8, 2012 11:15 AM
**To:** ariana.qayumi@duke.edu
**Subject:** checking in

Dear Ariana -

I am so glad you were able to make it to dinner last week. I hope your classes are going well for you and that you are getting ready for Fall Break. I had a phone call from Dr. Bryce and she was concerned that you have not returned her calls or met with her yet since you returned this fall. I too am very concerned as part of your expectations in returning from a medical leave is that you will remain in treatment with Dr. Bryce or another clinician. Please let me know the time and date of your next appointment with Dr. Bryce. If you have questions or need assistance please let me know.

Thanks so much -
Christine Pesetski
--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.edu

| From: | Christine Pesetski <christine.pesetski@duke.edu> |
|---|---|
| Sent: | Monday, October 8, 2012 2:09 PM |
| To: | Ariana Qayumi <ariana.qayumi@duke.edu> |
| Subject: | Re: checking in |

Thanks so much Ariana -

I am glad you to have made plans to connect.

Have a wonderful fall break -
Christine
--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.edu

**From:** Ariana Qayumi <ariana.qayumi@duke.edu>
**Date:** Monday, October 8, 2012 2:08 PM
**To:** Christine Pesetski <christine.pesetski@duke.edu>
**Subject:** Re: checking in

Hi Christine,

Thank you for the followup. I thought I was waiting to hear back from her and forgot that I was supposed to call her back. But, I just left her another voicemail and we are going to be meeting either this Friday or Monday. I will let you know once the date and time have been re-confirmed.

Best,

Ariana

On Mon, Oct 8, 2012 at 11:14 AM, Christine Pesetski <christine.pesetski@duke.edu> wrote:

Dear Ariana -

I am so glad you were able to make it to dinner last week. I hope your classes are going well for you and that you are getting ready for Fall Break. I had a phone call from Dr. Bryce and she was concerned that you have not returned her calls or met with her yet since you returned this fall. I too am very concerned as part of your expectations in returning from a medical leave is that you will remain in treatment with Dr. Bryce or another clinician. Please let me know the time and date of your next appointment with Dr. Bryce. If you have questions or need assistance please let me know.

Thanks so much -
Christine Pesetski
--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.edu

| From: | Christine Pesetski <christine.pesetski@duke.edu> |
|-------|---------------------------------------------------|
| Sent: | Wednesday, November 14, 2012 4:01 PM |
| To: | ariana.qayumi@duke.edu |
| Subject: | checking in |

Dear Ariana -

How are you doing? How are classes and readjusting back to Duke? Thanks for following up with Dr. Bryce, have you continued to meet with her? What are your plans for the upcoming Thanksgiving Break? Send me an update with how things are going and let me know if you need anything.

Sincerely,
Christine Pesetski
--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.edu

Thanks for the update Ariana -

I am glad you are meeting with Dr. Blackshear and Ben Cooke. Good luck with final exams and let me know if you need anything.

Sincerely,
Christine Pesetski
--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.edu

**From:** Ariana Qayumi <ariana.qayumi@gmail.com>
**Date:** Monday, November 26, 2012 2:39 PM
**To:** Christine Pesetski <christine.pesetski@duke.edu>
**Subject:** Re: checking in

Hi Christine,

Thanks. I met and talked with Dr. Blackshear and am meeting with Ben Cooke this Thursday to review how I take notes for probability. I used some of my research/work study money to buy an iPad and have been using that to take notes. It has been very helpful and my classes are going well; not to mention, aced one of my midterms!

Hope your break was good too!

Ariana Qayumi

On Nov 26, 2012, at 12:44 PM, Christine Pesetski <christine.pesetski@duke.edu> wrote:

> Dear Ariana -
>
> I hope your Thanksgiving went well. I was thinking about your email regarding needing to distract your mind in order to focus better in class. I think you worked previously with Dr. Blackshear and Donna Hall at the Academic Resource Center. I encourage you to make an appointment to talk with both of them about this issue. I shared your email with both Donna and Dr. Blackshear.
>
> Take care and let me know if you need anything.
>
> Sincerely,
> Christine Pesetski
> --
> Christine Pesetski
> Assistant Dean of Students
> Office of Case Management
> Dean of Students Office
> 216 Crowell, Box 90893
> Phone: 919 684-6632
> Fax: 919 681-7390
> christine.pesetski@duke.edu

**From:** Christine Pesetski <christine.pesetski@duke.edu>
**Date:** Wednesday, November 21, 2012 12:17 PM
**To:** Ariana Qayumi <ariana.qayumi@duke.edu>
**Subject:** Re: checking in

HI Ariana -

It is interesting that you are feeling a little stressed about not being stressed. Have you talked with Dr. Bryce about this? As for going to class, it can turn into a very bad habit very quickly of not going to class. I don't recall, but are you registered with the Student Disability Access Office, or have you met with Dr. Blackshear in the Academic Resource Center to talk about some of these issues? I am concerned for the need to distract your mind in order to pay attention in class. My other recommendation is to meet with Dean Taylor to talk about this issue. Class attendance is important, but given what you are indicating there may be ways to meet your needs.

Please let me know what progress you make on this. If you want to meet in person after Thanksgiving, please let me know.

Thanks so much -
Christine Pesetski
--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390

**From:** Ariana Qayumi <ariana.qayumi@duke.edu>
**Date:** Thursday, November 15, 2012 1:53 PM
**To:** Christine Pesetski <christine.pesetski@duke.edu>
**Subject:** Re: checking in

Hi Christine,

Thank you for the email. I am doing alright. I'm stressed about not being stressed though? I'm also pretty frustrated because I've discovered that going to class for me is actually counter productive. I have continued to go, but it is not helpful for me at all because of the adhd stuff I think. I know now that in order to like really listen, I have to have earplug headphones and be in a quiet room with not too much movement.

Anyway, it is pretty frustrating because I have a lot of class time that I feel I spend not being able to focus...any suggestions on this? This past Monday, instead of going to econ lecture with 300+ people, I worked in the Women's center, took my quiz on the internet on time when it was posted, and then went through the lecture like he normally does, but by myself in a quiet location. It worked very well for me, and I want to do this all the time, but I do not know if this is allowed. Are there every situations where students do not have to go to class?

Anyway, I have been studying a lot and enjoying it now. Classes were going pretty bad at first due to the whole readjusting factor and hating lectures, etc, but I am studying so intensively and effectively now that I'm hoping to make up for poor performance initially.

I am leaving on Tuesday to go visit my brother in D.C. I'll email you back tomorrow morning if you reply by then :) Thanks for checking up on me! :)

Best,

Ariana

On Wed, Nov 14, 2012 at 4:00 PM, Christine Pesetski <christine.pesetski@duke.edu> wrote:
> Dear Ariana -
>
> How are you doing? How are classes and readjusting back to Duke? Thanks for following up with Dr. Bryce, have you continued to meet with her? What are your plans for the upcoming Thanksgiving Break? Send me an update with how things are going and let me know if you need anything.
>
> Sincerely,
> Christine Pesetski
> ...
> Christine Pesetski
> Assistant Dean of Students
> Office of Case Management
> Dean of Students Office
> 216 Crowell, Box 90896
> Phone: 919.684.6632
> Fax: 919.681.7390
> christine.pesetski@duke.edu

Hi Ariana -

I am sorry for my delay. I can't say anyone really has any questions for me at this time of year. The few questions I do receive are specific to the individual student and their treatment or travel plans for departure for the winter break.

I hope your finals go well and have a good holiday.

Christine Pesetski

--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.edu

**From:** Ariana Qayumi <ariana.qayumi@gmail.com>
**Date:** Friday, December 7, 2012 8:31 PM
**To:** Christine Pesetski <christine.pesetski@duke.edu>
**Subject:** Re: checking in

Hi Christine,

Thank you for the thoughtful email and good wishes on my final exams. I do not have any questions right now, and I do not need anything that I can think of at the moment. However, my creativity only spans the set of my knowledge. That said, please let me know a few other things students are asking of you or that you were expecting me to ask of you.

Hope all is well on your end.

Best,

Ariana Qayumi

On Dec 7, 2012, at 11:53 AM, Christine Pesetski <christine.pesetski@duke.edu> wrote:

> Dear Ariana-
>
> Today is the last day of classes and the semester is coming to an end; I want to wish you well on exams. Please let me know if you have any questions or need anything.
>
> Good luck-
> Christine Pesetski
>
> --
> Christine Pesetski
> Assistant Dean of Students
> Office of Case Management
> Dean of Students Office
> 216 Crowell, Box 90893
> Phone: 919 684-6632
> Fax: 919 681-7390
> christine.pesetski@duke.edu

| From: | Amy Powell <a.powell@duke.edu> |
| Sent: | Thursday, December 13, 2012 11:15 AM |
| To: | Christine Pesetski <christine.pesetski@duke.edu> |
| Subject: | Here's the report |
| Attach: | Case management- greek, athlete, RA, ROTC.xls; PastedGraphic-7.pdf |

--
Amy E. Powell, MSW
Associate Dean of Students/
Director of Student Case Management
Dean of Students Office
Duke University
Box 90893
Durham, NC 27708
Office Location: 217 Crowell Bldg, East Campus
Email: a.powell@duke.edu
Phone: (919) 684-9408
Fax: (919) 681-7390
If you have concerns about a Duke student's behavior or health visit the DukeReach website for resources and assistance
http://studentaffairs.duke.edu/dos/dukereach

**************************************************************************
The information in this electronic mail may include sensitive, protected information intended only for the addressee(s). Any other person, including anyone who believes he/she might have received it due to an addressing error, is requested to notify the sender immediately by return electronic mail, and to delete it without further reading or retention. The information is not to be forwarded to or shared unless in compliance with Duke University or FERPA regulations on confidentiality and/or with the approval of the sender.

| From: | Christine Pesetski <christine.pesetski@duke.edu> |
|---|---|
| Sent: | Wednesday, December 19, 2012 3:56 PM |
| To: | Amy Powell <a.powell@duke.edu> |
| Subject: | <no subject> |
| Attach: | CM students.xls |

Fyi

--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.edu

**From:** Christine Pesetski <christine.pesetski@duke.edu>
**Sent:** Friday, December 28, 2012 4:21 PM
**To:** Amy Powell <a.powell@duke.edu>
**Subject:** snapshot report
**Attach:** Fall 2012 snapshot cp.docx

HI there -

Attached is the report. I put in red things I did not understand, had question about or minor edits. I have not proofread my two student cases. Maybe on Wednesday we can look at the report together?

I hope you had a good Christmas and a Happy New Year -

Christine

--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.edu

| From: | Christine Pesetski <christine.pesetski@duke.edu> |
| Sent: | Wednesday, January 30, 2013 2:25 PM |
| To: | ariana.qayumi@duke.edu |
| Subject: | checking in |

Dear Ariana -

How are you doing? I hope you enjoyed your winter holiday and that things are going well for you. Congratulations on successful completion of your Fall semester. Please let me know if you need any assistance.

Take care,
Christine Pesetski
--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.edu

| From: | Christine Pesetski <christine.pesetski@duke.edu> |
|---|---|
| Sent: | Tuesday, February 5, 2013 2:50 PM |
| To: | Ariana Qayumi <ariana.qayumi@duke.edu> |
| Subject: | Re: checking in |

Dear Ariana -

Thanks for the email update. I am concerned about your chronic health issue. Did you share this concern with Dr. Bryce? Were you able to work with doctors at student health? I will let your academic dean, Dean Sabrina Thomas know of your health concern. In the future, if you have academic concerns at the end of the semester (or at any time) Dean Thomas I the person to be in contact with.

Please let me know if you would like to schedule an appointment to meet.

Take care,
Christine
--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.edu

**From:** Ariana Qayumi <ariana.qayumi@duke.edu>
**Date:** Monday, February 4, 2013 3:28 PM
**To:** Christine Pesetski <christine.pesetski@duke.edu>
**Subject:** Re: checking in

Hi Christine,

Good to hear from you. However, last semester ended horribly; a severe health issue surfaced, but I was unaware that it was occuring, or even that I could ask to delay exams, and ended up trying to just take my finals while extremely ill. The illness is chronic and will never go away, but it is alleviated now, and my doctors understand what is going on/how we need to go about treating it finally.

That said, I am meeting with multiple different people regularly to take care of it alongside school; they have been extremely helpful, and things are going smoothly so far. Hope all is well on your end.

Best,

Ariana

On Wed, Jan 30, 2013 at 2:25 PM, Christine Pesetski <christine.pesetski@duke.edu> wrote:
Dear Ariana -

How are you doing? I hope you enjoyed your winter holiday and that things are going well for you. Congratulations on successful completion of your Fall semester. Please let me know if you need any assistance.

Take care,
Christine Pesetski
--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.edu

DUKE-QPL-00007256

**From:** Christine Pesetski <christine.pesetski@duke.edu>
**Sent:** Tuesday, February 5, 2013 3:36 PM
**To:** Emily Baker <emily.e.baker@duke.edu>
**Subject:** Re: checking in

Thanks Emily -

Ariana has a history of exaggerating her health care issues. This is very helpful.

Christine
--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.edu

---

**From:** Emily Baker <emily.e.baker@duke.edu>
**Date:** Tuesday, February 5, 2013 3:24 PM
**To:** Christine Pesetski <christine.pesetski@duke.edu>, Sabrina Thomas <sabrina.thomas@duke.edu>, Jean Hanson <jean.hanson@duke.edu>
**Cc:** Deb LoBiondo <dab@duke.edu>
**Subject:** Re: checking in

This is the first I have heard of it too. I know Ariana well as she is a part of the Wellness community. She recently reported having a difficult time sleeping due to a new schedule. She said that she is on three club sports teams and needs to go to bed early in order to get everything done but her roommate, Gina, stayed up late and the light in the room bothered her. Gina has moved to the first floor (or at least should have, not sure if it has been completed) and I have not heard further from Ariana since the room switch was approved. She does not hesitate to share her opinions with me, so I am surprised I haven't heard much if it is as drastic as she makes it sound. Also, when talking about her need for sleep with the potential room change, she never mentioned her health issues.

Emily Baker, M.Ed.
Residence Coordinator, Crowell and Wannamaker Quads
Housing, Dining and Residence Life
Duke University, Box 90855
919.668.1427 (o)

*Did someone from Housing, Dining & Residence Life have a positive impact on your experience today?
Let us know! http://tinyurl.com/HDRLthanks

---

**From:** Christine Pesetski <christine.pesetski@duke.edu>
**Date:** Tuesday, February 5, 2013 2:53 PM
**To:** "Sabrina Thomas, Ph.D." <sabrina.thomas@duke.edu>, Jean Hanson <jean.hanson@duke.edu>, Emily Baker <emily.e.baker@duke.edu>
**Cc:** Debbie Lo Biondo <dab@duke.edu>
**Subject:** FW: checking in

Please see below regarding Ariana Qayumi, Wannamaker 214. I shared this information with her psychiatrist, Dr. Bryce. This is the first I have heard of any chronic health issue negatively impacting her final exams last fall.

Christine
--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.edu

---

**From:** Ariana Qayumi <ariana.qayumi@duke.edu>
**Date:** Monday, February 4, 2013 3:28 PM
**To:** Christine Pesetski <christine.pesetski@duke.edu>
**Subject:** Re: checking in

Hi Christine,

Good to hear from you. However, last semester ended horribly; a severe health issue surfaced, but I was unaware that it was occuring, or even that I could ask to delay exams, and ended up trying to just take my finals while extremely ill. The illness is chronic and will never go away, but it is alleviated now, and my doctors understand what is going on/how we need to go about treating it finally.

That said, I am meeting with multiple different people regularly to take care of it alongside school; they have been extremely helpful, and things are going smoothly so far. Hope all is well on your end.

Best,

Ariana

On Wed, Jan 30, 2013 at 2:25 PM, Christine Pesetski <christine.pesetski@duke.edu> wrote:
Dear Ariana -

How are you doing? I hope you enjoyed your winter holiday and that things are going well for you. Congratulations on successful completion of your Fall semester. Please let me know if you need any assistance.

Take care,
Christine Pesetski
--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919-684-6632
Fax: 919-681-7390
christine.pesetski@duke.edu

| **From:** | Christine Pesetski <christine.pesetski@duke.edu> |
|---|---|
| **Sent:** | Wednesday, February 6, 2013 9:55 AM |
| **To:** | Ariana Qayumi <ariana.qayumi@duke.edu> |
| **Subject:** | Re: checking in |

Thanks Ariana -

I am glad you reached out to me and have kept Dean Thomas in the communication loop regarding your needs. I will follow-up with you in a few weeks to see how you are doing. Feel free to contact me if you need anything.

Sincerely,
Christine Pesetski
--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.edu

**From:** Ariana Qayumi <ariana.qayumi@duke.edu>
**Date:** Wednesday, February 6, 2013 12:07 AM
**To:** Christine Pesetski <christine.pesetski@duke.edu>
**Subject:** Re: checking in

Hi Christine,

Thank you for the concern, but meeting now would be overwhelming because I have already set up a schedule with others. However, I will keep in touch via email and schedule a catch-up meeting mid-way through the semester.

To answer your query, I notified Dr. Bryce right when I realized the bleeding was abnormal and have kept her updated via phone and with in-person meetings since. Dean Thomas also already knows about what happened and what has been happening - I visit her every week and we are in frequent communication. In addition to that, I meet with my university doctors every other week. The constant communication between me, Dean Thomas, my doctors, and professors has been extremely helpful. I am feeling a lot better, but there are still things to be learned about how to live with this and the doctors are working with me while I go through this process.

Hope all is well on your end and talk to you later in the semester.

Best,

Ariana

On Tue, Feb 5, 2013 at 2:50 PM, Christine Pesetski <christine.pesetski@duke.edu> wrote:
> Dear Ariana -
>
> Thanks for the email update. I am concerned about your chronic health issue. Did you share this concern with Dr. Bryce? Were you able to work with doctors at student health? I will let your academic dean, Dean Sabrina Thomas know of your health concern. In the future, if you have academic concerns at the end of the semester (or at any time) Dean Thomas I the person to be in contact with.
>
> Please let me know if you would like to schedule an appointment to meet.
>
> Take care,
> Christine
> --
> Christine Pesetski
> Assistant Dean of Students
> Office of Case Management
> Dean of Students Office
> 216 Crowell, Box 90893
> Phone: 919 684-6632
> Fax: 919 681-7390
> christine.pesetski@duke.edu

**From:** Ariana Qayumi <ariana.qayumi@duke.edu>
**Date:** Monday, February 4, 2013 3:28 PM
**To:** Christine Pesetski <christine.pesetski@duke.edu>
**Subject:** Re: checking in

Hi Christine,

Good to hear from you. However, last semester ended horribly; a severe health issue surfaced, but I was unaware that it was occuring, or even that I could ask to delay exams, and ended up trying to just take my finals while extremely ill. The illness is chronic and will never go away, but it is alleviated now, and my doctors understand what is going on/how we need to go about treating it finally.

That said, I am meeting with multiple different people regularly to take care of it alongside school; they have been extremely helpful, and things are going smoothly so far. Hope all is well on your end.

Best,

Ariana

On Wed, Jan 30, 2013 at 2:25 PM, Christine Pesetski <christine.pesetski@duke.edu> wrote:

Dear Ariana -

How are you doing? I hope you enjoyed your winter holiday and that things are going well for you. Congratulations on successful completion of your Fall semester. Please let me know if you need any assistance.

Take care,
Christine Pesetski
--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90503
Phone: 919-684-6632
Fax: 919-681-7390
christine.pesetski@duke.edu

| From: | Christine Pesetski <christine.pesetski@duke.edu> |
| Sent: | Tuesday, February 26, 2013 4:29 PM |
| To: | ariana.qayumi@duke.edu |
| Subject: | checking in |

Dear Ariana-

How are you doing this semester? I hope things are going well, please let me know if I can assist you with anything.

Sincerely,
Christine Pesetski
--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.edu

CONFIDENTIAL

DUKE-QPL-00007261

**From:** Christine Pesetski <christine.pesetski@duke.edu>
**Sent:** Monday, March 25, 2013 1:13 PM
**To:** Ariana Qayumi <ariana.qayumi@gmail.com>
**Subject:** Re: checking in

Dear Ariana -

I am sorry that you are a little confused regarding my involvement with and outreach to you. My role is to check in with you and see what I can do to assist you. When you returned from LOA in the fall we met and I have continued to check in with you to see if you need any assistance. I would be happy to meet with you this week to see how I can help you coordinate your medical appointments. For testing accommodations, SDAO is best positioned to assist you in setting up your accommodations. Let me know if you would like to meet this week to work together to set up medical appointments, testing accommodations and any other needs.

Take care,
Christine Pesetski
--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.edu

---

**From:** Ariana Qayumi <ariana.qayumi@gmail.com>
**Date:** Monday, March 25, 2013 12:24 PM
**To:** Christine Pesetski <christine.pesetski@duke.edu>
**Subject:** Re: checking in

Hi Christine,

I don't understand your position or relationship with me. I just withdrew from Spanish. I need help setting up testing accommodations and doctor appointments so that I don't miss classes. Thanks.

Ariana Qayumi

On Mar 25, 2013, at 11:11 AM, Christine Pesetski <christine.pesetski@duke.edu> wrote:

> Thanks for the update Ariana -
>
> I am really sorry that things are difficult for you. Are you utilizing the various supports available to you include Dr. Bryce, Sheila Broderick in the Women's Center, Dean Bryan in Student Conduct as well as your friends and family? Dean Thomas may also be a good resource for you in managing your classes, especially the difficulties you are having with Spanish.
>
> Please let me know if I can assist you.
>
> Take care,
> Christine
> --
> Christine Pesetski
> Assistant Dean of Students
> Office of Case Management
> Dean of Students Office
> 216 Crowell, Box 90893
> Phone: 919 684-6632
> Fax: 919 681-7390
> christine.pesetski@duke.edu

---

**From:** Ariana Qayumi <ariana.qayumi@duke.edu>
**Date:** Saturday, March 23, 2013 2:28 PM
**To:** Christine Pesetski <christine.pesetski@duke.edu>
**Subject:** Re: checking in

Hi Christine,

Thank you for following up.

Things are pretty rough right now this semester. I am struggling to compartmentalize the trials and my school work. I might have to withdraw from Spanish if my teacher won't give me an extended deadline. It would be helpful if my teacher understood the amount of stress I have, but I have already talked with my Dean about this and they have already chatted.

I will update you Monday after the final decision is made.

Best,

**Ariana Qayumi**
*Duke University, TWL Scholars '15*
ariana.qayumi@duke.edu | 480-734-1096

On Tue, Feb 26, 2013 at 4:29 PM, Christine Pesetski <christine.pesetski@duke.edu> wrote:
> Dear Ariana-

How are you doing this semester? I hope things are going well, please let me know if I can assist you with anything.

Sincerely,
Christine Pesetski

--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.edu

CONFIDENTIAL

| From: | Christine Pesetski <christine.pesetski@duke.edu> |
|---|---|
| Sent: | Wednesday, April 3, 2013 12:31 PM |
| To: | Amy Powell <a.powell@duke.edu>; Erin Bergstrom <erin.bergstrom@duke.edu> |
| Subject: | CM grads |
| Attach: | Spring 2013_summer 2013 CM grads.xls |

Hi there -

I ran a report (successfully after 3 attempts) for the case management students who will graduate in spring or summer. The total number is 67 students. However, I added a column and put an "x" next to students in M-Z who I am confident will graduate and a "?" next to the ones that I am just not sure about. Can you do the same thing for the spring/summer students in the A-L section so we can see how many we actually have graduating? Then I think we further decide if we just invite Spring 2013 people separately from Summer 2013 people.

Given the likely high number, I think we send whatever survey/questionnaire to them electronically and invite them to come in to provide additional face-to-face feedback. What do you both think?

Christine

--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.edu

**From:** Christine Pesetski <christine.pesetski@duke.edu>
**Sent:** Wednesday, April 24, 2013 7:52 AM
**To:** Ariana Qayumi <ariana.qayumi@gmail.com>
**Subject:** Re: Mistake, Reconnect, and Meeting

HI Ariana -

Yes, let's meet Tuesday May 7. I can meet you at 1:30pm, unfortunately, I have a lunch meeting scheduled for that day. Would you like to come to my office, or do you prefer to meet somewhere else on campus?

Please let me know.

Thanks,
Christine Pesetski
--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.edu

---

**From:** Ariana Qayumi <ariana.qayumi@gmail.com>
**Date:** Monday, April 22, 2013 6:09 PM
**To:** Christine Pesetski <christine.pesetski@duke.edu>
**Cc:** Ariana Qayumi <ariana.qayumi@duke.edu>
**Subject:** Re: Mistake, Reconnect, and Meeting

Hi Christine,

I think Tuesday works the best with my schedule. What time works for you? How about a meeting over lunch?

Best,

Ariana Qayumi

On Apr 22, 2013, at 1:08 PM, Christine Pesetski <christine.pesetski@duke.edu> wrote:

> Hi Ariana -
>
> Thanks so much for your email. It sounds like there has been a lot of confusion regarding our relationship this semester. I am glad things are cleared up and I look forward to supporting you in any way that I can. I am available the week of May 4, 2013. Let me know when you might be free to meet that week. I have included my available time below.
>
> Monday May 6
> 9am-11am
>
> Tuesday May 7
> 1:30pm-5pm
>
> Wednesday May 8
> 9am-11am
> 1:30pm-3pm
>
> If none of those times work, please suggest a time that works better for you that week.
>
> I look forward to hearing from you.
>
> Sincerely,
> Christine Pesetski
> --
> Christine Pesetski
> Assistant Dean of Students
> Office of Case Management
> Dean of Students Office
> 216 Crowell, Box 90893
> Phone: 919 684-6632
> Fax: 919 681-7390
> christine.pesetski@duke.edu

---

**From:** Ariana Qayumi <ariana.qayumi@duke.edu>
**Date:** Monday, April 22, 2013 12:47 PM
**To:** Christine Pesetski <christine.pesetski@duke.edu>
**Subject:** Mistake, Reconnect, and Meeting

Hi Christine,

I met with Sarah a while back and she mentioned that what I told her didn't match up to what you pulled up in your email. I pulled up my records as well and they showed that you replied each time within about a week. I had told Sarah that you were unresponsive, and I didn't know what I was supposed to go to you about so I just went to Dean Thomas. I still feel this way, but I was wrong in saying that you didn't reply to my emails - because you clearly did eventually. But I had also written a

terribly emotional draft that I thankfully never sent, and I think I was referring to this when I spoke with Sarah.

All in all, it comes down to a miscommunication on my part, and I apologize for not clearly voicing my concerns. I understand your role now and will continue to check in and contact you regarding necessities.

I hope all is well, and let's touch base after finals. Let me know if you are still here the week of May 4th.

Best,

**Ariana Qayumi**
*Duke University, TWL Scholars '15*
*B.S. Economics, Finance Concentration*
*B.S. Earth & Ocean Sciences*
*Markets & Management Studies Certificate*
ariana.qayumi@duke.edu | 480-734-1096

CONFIDENTIAL
DUKE-QPL-00007274

**From:** Christine Pesetski <christine.pesetski@duke.edu>
**Sent:** Wednesday, April 24, 2013 9:52 AM
**To:** Ariana Qayumi <ariana.qayumi@gmail.com>
**Subject:** Re: Mistake, Reconnect, and Meeting

HI Ariana -

Thanks for your email. My availability on Monday, Tuesday and Wednesday May 6, 7, and 8 is below. I have a meeting form 9:30am-1:30pm on Tuesday May 7. I could meet you for breakfast on West at 8:30am if you like. Otherwise, see my availability below and let me know if another time works better for you. Also, I want to confirm we are looking at the correct week to meet. West campus housing ends on Monday May 6, 2013 at noon, unless you have made arrangements to stay late. Will you still be in Durham Tuesday May 7 or Wednesday May 8?

Thanks Ariana -
Christine

> Monday May 6
> 9am-11am
>
> Tuesday May 7
> 1:30pm-5pm
>
> Wednesday May 8
> 9am-11am
> 1:30pm-3pm

--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.edu

---

**From:** Ariana Qayumi <ariana.qayumi@gmail.com>
**Date:** Wednesday, April 24, 2013 9:23 AM
**To:** Christine Pesetski <christine.pesetski@duke.edu>
**Subject:** Re: Mistake, Reconnect, and Meeting

Can you meet for breakfast or at an earlier morning time? Also, my preference is a meeting on West campus. Let me know where we can meet - preferably near BC area because then I can get some food before/after our meeting.

Best,

**Ariana Qayumi**
*Duke University, TWL Scholars '15*
ariana.qayumi@duke.edu | 480-734-1096

On Wed, Apr 24, 2013 at 7:52 AM, Christine Pesetski <christine.pesetski@duke.edu> wrote:
> HI Ariana -
>
> Yes, let's meet Tuesday May 7. I can meet you at 1:30pm, unfortunately, I have a lunch meeting scheduled for that day. Would you like to come to my office, or do you prefer to meet somewhere else on campus?
>
> Please let me know.
>
> Thanks,
> Christine Pesetski
> --
> Christine Pesetski
> Assistant Dean of Students
> Office of Case Management
> Dean of Students Office
> 216 Crowell, Box 90893
> Phone: 919 684-6632
> Fax: 919 681-7390
> christine.pesetski@duke.edu

---

**From:** Ariana Qayumi <ariana.qayumi@gmail.com>
**Date:** Monday, April 22, 2013 6:09 PM
**To:** Christine Pesetski <christine.pesetski@duke.edu>
**Cc:** Ariana Qayumi <ariana.qayumi@duke.edu>
**Subject:** Re: Mistake, Reconnect, and Meeting

Hi Christine,

I think Tuesday works the best with my schedule. What time works for you? How about a meeting over lunch?

Best,

Ariana Qayumi

On Apr 22, 2013, at 1:08 PM, Christine Pesetski <christine.pesetski@duke.edu> wrote:

Hi Ariana -

Thanks so much for your email. It sounds like there has been a lot of confusion regarding our relationship this semester. I am glad things are cleared up and I look forward to supporting you in any way that I can. I am available the week of May 4, 2013. Let me know when you might be free to meet that week. I have included my available time below.

Monday May 6
9am-11am

Tuesday May 7
1:30pm-5pm

Wednesday May 8
9am-11am
1:30pm-3pm

If none of those times work, please suggest a time that works better for you that week.

I look forward to hearing from you.

Sincerely,
Christine Pesetski
--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919-684-6632
Fax: 919-681-7390
christine.pesetski@duke.edu
_____

**From:** Ariana Qayumi <ariana.qayumi@duke.edu>
**Date:** Monday, April 22, 2013 12:47 PM
**To:** Christine Pesetski <christine.pesetski@duke.edu>
**Subject:** Mistake, Reconnect, and Meeting

Hi Christine,

I met with Sarah a while back and she mentioned that what I told her didn't match up to what you pulled up in your email. I pulled up my records as well and they showed that you replied each time within about a week. I had told Sarah that you were unresponsive, and I didn't know what I was supposed to go to you about so I just went to Dean Thomas. I still feel this way, but I was wrong in saying that you didn't reply to my emails - because you clearly did eventually. But I had also written a terribly emotional draft that I thankfully never sent, and I think I was referring to this when I spoke with Sarah.

All in all, it comes down to a miscommunication on my part, and I apologize for not clearly voicing my concerns. I understand your role now and will continue to check in and contact you regarding necessities.

I hope all is well, and let's touch base after finals. Let me know if you are still here the week of May 4th.

Best,

**Ariana Qayumi**
*Duke University, TWL Scholars '15*
*B.S. Economics, Finance Concentration*
*B.S. Earth & Ocean Sciences*
*Markets & Management Studies Certificate*
ariana.qayumi@duke.edu | 480-734-1096

DUKE-QPL-00007276

**From:** Christine Pesetski <christine.pesetski@duke.edu>
**Sent:** Thursday, May 2, 2013 12:47 PM
**To:** Sabrina Thomas, Ph.D. <sabrina.thomas@duke.edu>
**Subject:** Re: Empty Room Testing Location Inquiry

Thanks Sabrina -

Christine
--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.edu

---

**From:** Sabrina Thomas <sabrina.thomas@duke.edu>
**Organization:** Duke University
**Reply-To:** Sabrina Thomas <sabrina.thomas@duke.edu>
**Date:** Thursday, May 2, 2013 12:40 PM
**To:** Ariana Qayumi <ariana.qayumi@gmail.com>
**Cc:** Christine Pesetski <christine.pesetski@duke.edu>
**Subject:** Re: Fwd: Empty Room Testing Location Inquiry

Ariana, please respond to my email regarding this matter.

Dean Thomas

On 5/2/2013 12:35 PM, Ariana Qayumi wrote:

> Hi Christine,
>
> Are you my case manager? I am still not clear about who is supposed to help me with these kinds of things, have not been informed, and have simply planned most of it myself.
>
> Could you help me out with finding a testing location and/or proctoring an exam for me this weekend and/or Monday? Let me know and thanks.
>
> Best,
>
> Ariana Qayumi
>
> Begin forwarded message:
>
>> **Resent-From:** aaq2@duke.edu
>> **From:** Julianne Bartlett <julianne.bartlett@duke.edu>
>> **Date:** May 2, 2013, 12:29:08 PM EDT
>> **Resent-To:** ariana.qayumi.duke@gmail.com
>> **To:** Ariana Qayumi <ariana.qayumi@duke.edu>
>> **Subject:** RE: Empty Room Testing Location Inquiry
>>
>> Hi Ariana,
>>
>> The Ecoteach Conference room is booked solid through until Sunday. I do not have any Ecoteach office spaces available after 5:00pm and, due to security issues, the 03 Conference room cannot be used after 5:00pm either. (Though it is available from 1:00pm-5:00pm tomorrow)
>>
>> Is this for an accommodated exam? If so, you can contact your case manager who can assist you in finding a location.
>>
>> Thanks,
>>
>> Julianne Bartlett
>> Undergraduate Program Assistant
>>
>> Duke Economics
>> Ecoteach, Social Sciences 138
>> Office Hours: M,T,W,F 9:00-4:00
>> Available Thursdays via email ONLY
>>
>> Economics Undergraduate Website: http://econ.duke.edu/undergraduate

**From:** ariana.qayumi@gmail.com [mailto:ariana.qayumi@gmail.com] **On Behalf Of** Ariana Qayumi
**Sent:** Thursday, May 02, 2013 12:14 PM

CONFIDENTIAL

DUKE-QPL-00007280

**To:** Julianne Bartlett
**Subject:** Empty Room Testing Location Inquiry

Hi Ms. Bartlett,

Is there an empty room in the economics department that is available for testing purposes from 5:30-10PM this Friday? (E.g. The conference room in the eco-teach center or empty office.) Please let me know.

Best,

**Ariana Qayumi**
*Duke University, TWL Scholars '15*
ariana.qayumi@duke.edu | 480-734-1096

--
Dean Sabrina Thomas
Academic Dean, Trinity College of Arts and Science
Director, Office of Student Returns
011 Allen Building
Box 90052
Duke University
Durham, North Carolina 27708
officeofstudentreturns@duke.eduhttp://trinity.duke.edu/osr

| | |
|---|---|
| **From:** | Christine Pesetski <christine.pesetski@duke.edu> |
| **Sent:** | Friday, May 3, 2013 8:33 PM |
| **To:** | Sheila Broderick <sheila.broderick@duke.edu> |
| **Subject:** | Re: ███ |

Thank you for all your help.

Christine
--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.edu

---

**From:** Sheila Broderick <sheila.broderick@duke.edu>
**Date:** Friday, May 3, 2013 8:07 PM
**To:** Christine Pesetski <christine.pesetski@duke.edu>
**Subject:** Re: ███

Thanks!  I just finished at Ariana.  More details to come.  She's ok though now

Sent from my IPhone
Sheila Broderick







**From:** Christine Pesetski <christine.pesetski@duke.edu>
**Sent:** Friday, May 3, 2013 11:40 PM
**To:** Sabrina Thomas, Ph.D. <sabrina.thomas@duke.edu>; Sheila Broderick <sbrod@duke.edu>
**Cc:** Amy Powell <a.powell@duke.edu>; Sue Wasiolek <Dean.Sue@duke.edu>; Emily Baker <emily.e.baker@duke.edu>; Debbie Lo Biondo <dab@duke.edu>
**Subject:** FW: Student of Concern Report Notification

---

Dear Sabrina -

Please see the report below regarding Ariana Qayumi.

Thanks so much-
Christine
--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.edu

**From:** "conduct@duke.edu" <conduct@duke.edu>
**Date:** Friday, May 3, 2013 10:07 PM
**To:** Christine Pesetski <christine.pesetski@duke.edu>
**Subject:** Student of Concern Report Notification

A Care Report has been entered into ADVOCATE.
SOC Report #:C00438-2013

Concern identified by:Sheila Broderick
Student Affairs Staff

---

Report Date: May 3, 2013 9:55 PM

Incident Date: May 03, 2013

Location: _____

Student(s) Involved:
Ariana Qayumi

---

Concern Type:
Health/Illness/Disability

Description of concern: Ariana was studying in the Women's Center today as she had all week.  I thought she did not look well and asked about this.  She said she was bleeding but that she did not think it was time for her period and reminded me that she is being treated for polycystic ovarian syndrome and that extreme pain, anemia, bleeding and cramps are typical symptoms when it flares.  She had taken an exam that morning and had eaten breakfast and I convinced her to eat lunch and rest.  We ended our conversation at this point.  Approximately 4 pm she came to my office in tears and asked if I could take her to student health as she did not feel up to walking.  I got my car and picked her up and waiting outside for her to be seen at student health.  She came back out about 15 minutes later and said that they could not see her that late in the day and they recommended going to urgent care.  She agreed to let me drive her to urgent care. We checked in approximately at 4:30 and
  she was seen within 30  minutes.  She received what she told me was appropriate treatment there and left with some prescriptions.  They gave her something for the pain.  We left about 7:30 pm and I drove her to her dorm at Wannamaker.  She has an exam in the morning and said she planned on going to the exam.  She missed her exam that was scheduled for this evening, as it started at 5:30 pm.  I know she was emailing her Dean Sabrina Thomas about this.  While we were at Urgent care, her mother called me and we talked on the phone.  When I took her home, I asked Ariana if she would give me permission to notify appropriate people on staff about the state of her health and she agreed.  When I left her around 8 pm this evening, she was in better spirits and said she would call her mother and give her an update.  She also has my cell phone number in case she needs something over the weekend.

Many people on staff know that Ariana has had a very difficult time at Duke.  Although I believe she is stable at the moment, I am submitting this report to keep everyone informed that there are current struggles related to her completing her academic requirements for this semester.

---

Plan: _____

Primary Contact:

| From: | Christine Pesetski <christine.pesetski@duke.edu> |
|-------|--------------------------------------------------|
| Sent: | Sunday, May 12, 2013 4:02 PM |
| To: | Ariana Qayumi <ariana.qayumi@duke.edu>; Ariana Qayumi <ariana.qayumi@gmail.com> |
| Subject: | meeting this week |

Hi Ariana -

I would be glad to meet with you this week and hope we can find a time. I decided to send this message to both your Duke and Gmail accounts in case you only check one and not the other. I am out of the office on Thursday and Friday of this week and have included my available time for Tuesday and Wednesday below. I did not include tomorrow, as you indicated it would not work for you.  Please let me know what will work for you-


Tuesday -
2:15pm-3pm

Wednesday
1-2pm
3-4pm

Thanks so much and I look forward to seeing you.

Sincerely,
Christine Pesetski
--
--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.edu

**From:** Christine Pesetski <christine.pesetski@duke.edu>
**Sent:** Friday, June 21, 2013 11:46 AM
**To:** Ariana Qayumi <arianaqayumi@gmail.com>
**Subject:** Re: meeting this week

Dear Ariana -

Thanks for your email and yes, I would still like to get together with you. How about Thursday July 11, 2013 between 3-5pm? I could also do Tuesday July 9, 2013, from 4-5pm if you will be in town at that time.

I have put holds on my calendar for these three hours for you. Please let me know what works for you.

Thanks so much-
Christine Pesetski
--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.edu

**From:** Ariana Qayumi <arianaqayumi@gmail.com>
**Date:** Friday, June 21, 2013 10:50 AM
**To:** Christine Pesetski <christine.pesetski@duke.edu>
**Subject:** Re: meeting this week

Hi Christine,

Apologies about not emailing sooner. Thank you for setting aside time to talk with me; I appreciate that you were so accommodating. Unfortunately, I have had a lot on my plate related to administration at Duke. I promise I will catch you up eventually, but now is not the time for everything.

In short, I have a sexual misconduct hearing (of which I am the complainant) this summer on July 12th at 1PM EST. The event that occurred my freshman year was never confronted by the university and is only now going to a hearing. If you are on campus that week, I would like to touch base as I had intended to before leaving campus; however, I will have a full schedule and am not set on the dates I will be there yet. I will let you know as the time nears.

Regardless, I hope you have a good summer, and I will be in touch mid-July.

Sincerely,

Ariana Qayumi

On May 21, 2013, at 11:21 AM, Christine Pesetski <christine.pesetski@duke.edu> wrote:

> Dear Ariana -
>
> I would be happy to have a Skype discussion with you. I am free at the following times this week and next. Please let me know what might work for you.
>
> Take care,
> Christine
>
> Wednesday 5/22
> 11am-1pm
>
> Thursday 5/23
> 12:30-2pm
>
> Friday 5/24
> 9am-10am
> 4-5pm
>
> Tuesday 5/28
> 11:30am-1pm
> 4-5pm
>
> Thursday 5/30
> 9am-11am
> 3-4pm
>
> Friday 5/31
> 9am-noon
> --
> Christine Pesetski
> Assistant Dean of Students
> Office of Case Management
> Dean of Students Office
> 216 Crowell, Box 90893
> Phone: 919 684-6632
> Fax: 919 681-7390
> christine.pesetski@duke.edu

**From:** Ariana Qayumi <ariana.qayumi@gmail.com>
**Date:** Tuesday, May 21, 2013 12:19 AM
**To:** Christine Pesetski <christine.pesetski@duke.edu>
**Subject:** Re: meeting this week

Hi Christine,

I was not able to meet during those times. Are you free for a Skype meeting or phone call sometime this week?

Sincerely,

**Ariana Qayumi**
*Duke University, TWL Scholars '15*
ariana.qayumi@duke.edu | 480-734-1096

On Sun, May 12, 2013 at 1:01 PM, Christine Pesetski <christine.pesetski@duke.edu> wrote:
Hi Ariana -

I would be glad to meet with you this week and hope we can find a time. I decided to send this message to both your Duke and Gmail accounts in case you only check one and not the other. I am out of the office on Thursday and Friday of this week and have included my available time for Tuesday and Wednesday below. I did not include tomorrow, as you indicated it would not work for you.  Please let me know what will work for you-


Tuesday -
2:15pm-3pm

Wednesday
1-2pm
3-4pm

Thanks so much and I look forward to seeing you.

Sincerely,
Christine Pesetski

--
--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
116 Crowell, Box 90899
Phone: 919-684-6632
Fax: 919-681-7390
christine.pesetski@duke.edu

| From: | Sue Wasiolek <Dean.Sue@duke.edu> |
| Sent: | Wednesday, August 17, 2011 5:38 PM |
| To: | Baishakhi Taylor, Ph.D. <baishakhi.taylor@duke.edu> |
| Cc: | Amy Powell <a.powell@duke.edu>; Stephen Bryan <sbryan@duke.edu>; Christine Pesetski <christine.pesetski@duke.edu> |
| Subject: | Re: Regarding a parent |

Thanks. I am happy to chat with her if necessary. Sue
On Aug 17, 2011, at 5:11 PM, Baishakhi Taylor, Ph.D. wrote:

Hi Dean Sue,

How are you? Hope the summer ended well. I am hoping after orientation I can meet with you at some point to catch up☺.

Ariyana Qayumi's mom called me today– she had some concern's regarding Ariana's safety and living environment on campus.

I talked to Dean Fox and she suggested that if Mrs. Qayumi continues to have such concern that she might benefit from talking to you.

I will suggest to Mrs. Qayumi that in future, if she has concerns that are outside the scope of Ariana'a academic path, then she can also talk to you.

Please call me if you have any questions at 9194027420.

Look forward to see you soon.

Have a great Orientation week.

Sincerely

Baishakhi

| **From:** | Dot Mishoe <dot.mishoe@duke.edu> |
|---|---|
| **Sent:** | Wednesday, November 21, 2012 4:06 PM |
| **To:** | Donna M. Hall <dhall@duke.edu> |
| **Cc:** | Christine Pesetski <christine.pesetski@duke.edu>; Baishakhi Taylor, Ph.D. <baishakhi.taylor@duke.edu>; John Blackshear, Ph.D. <john.blackshear@duke.edu>; Sabrina Thomas, Ph.D. <sabrina.thomas@duke.edu>; Margaret Walker <margaret.walker@duke.edu> |
| **Subject:** | Re: checking in |

Christine;

Ariana is not in our database. Would you like for us to reach out to her? If so, it will not be until Monday if that is okay. Just let me know. Have a good holiday!

Dot M. Mishoe, M.Ed.
Student Disability Access Office

Sent from my iPhone

On Nov 21, 2012, at 4:02 PM, "Donna Hall" <dhall@duke.edu> wrote:

> Christine,
> Thanks for sharing this update on Ariana. I spent quite a bit of time with Ariana before her leave so her comments below are particularly interesting to me. I'm a little wary about making generalizations about her ability to focus her attention in the classroom based on her experience in that large lecture econ class. The pedagogy is pretty awful for almost all students. Rather than completely avoid distractions, I wonder if it would be useful to Adriana to focus at least some of the time, on strategies for managing her attention. I also wonder if the issue is also about the pace of the lecture. She can control the pace more easily on her own. Preparing really well for class can make a difference in how she stays engaged and follows a lecture. (I'm for continuing to go to class...obviously)
> Donna
>
> Donna M. Hall, Director
> Academic Resource Center
> Duke University
> Box 90694
> Phone: 684-5917
> FAX: 684-8934
> dhall@duke.edu
>
>
>
> On Nov 21, 2012, at 12:21 PM, Christine Pesetski wrote:
>
>> Ariana Qayumi is a student I follow for case management. Please see her email below regarding class attendance and needing a quiet location to do her work. I am not sure if she is registered with SDAO or if she works with anyone at the Academic Resource Center.
>>
>> I thought Baishakhi Taylor was her Dean, but she must have declared recently and switched to Sabrina Thomas, I have copied both on this email.
>>
>> I wanted to see you all to see this as an fyi.
>>
>> Thanks,
>> Christine
>> --
>> Christine Pesetski
>> Assistant Dean of Students
>> Office of Case Management
>> Dean of Students Office
>> 216 Crowell, Box 90893
>> Phone: 919 684-6632
>> Fax: 919 681-7390
>> christine.pesetski@duke.edu
>> _____
>> **From:** Christine Pesetski <christine.pesetski@duke.edu>
>> **Date:** Wednesday, November 21, 2012 12:17 PM
>> **To:** Ariana Qayumi <ariana.qayumi@duke.edu>
>> **Subject:** Re: checking in
>>
>> HI Ariana -
>>
>> It is interesting that you are feeling a little stressed about not being stressed. Have you talked with Dr. Bryce about this? As for going to class, it can turn into a very bad habit very quickly of not going to class. I don't recall, but are you registered with the Student Disability Access Office, or have you met with Dr. Blackshear in the Academic Resource Center to talk about some of these issues? I am concerned for the need to distract your mind in order to pay attention in class. My other recommendation is to meet with Dean Taylor to talk about this issue. Class attendance is important, but given what you are indicating there may be ways to meet your needs.
>>
>> Please let me know what progress you make on this. If you want to meet in person after Thanksgiving, please let me know.
>>
>> Thanks so much -
>> Christine Pesetski

--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.edu

**From:** Ariana Qayumi <ariana.qayumi@duke.edu>
**Date:** Thursday, November 15, 2012 1:53 PM
**To:** Christine Pesetski <christine.pesetski@duke.edu>
**Subject:** Re: checking in

Hi Christine,

Thank you for the email. I am doing alright. I'm stressed about not being stressed though? I'm also pretty frustrated because I've discovered that going to class for me is actually counter productive. I have continued to go, but it is not helpful for me at all because of the adhd stuff I think. I know now that in order to like really listen, I have to have earplug headphones and be in a quiet room with not too much movement.

Anyway, it is pretty frustrating because I have a lot of class time that I feel I spend not being able to focus...any suggestions on this? This past Monday, instead of going to econ lecture with 300+ people, I worked in the Women's center, took my quiz on the internet on time when it was posted, and then went through the lecture like he normally does, but by myself in a quiet location. It worked very well for me, and I want to do this all the time, but I do not know if this is allowed. Are there every situations where students do not have to go to class?

Anyway, I have been studying a lot and enjoying it now. Classes were going pretty bad at first due to the whole readjusting factor and hating lectures, etc, but I am studying so intensively and effectively now that I'm hoping to make up for poor performance initially.

I am leaving on Tuesday to go visit my brother in D.C. I'll email you back tomorrow morning if you reply by then :) Thanks for checking up on me! :)

Best,

Ariana

On Wed, Nov 14, 2012 at 4:00 PM, Christine Pesetski <christine.pesetski@duke.edu> wrote:
> Dear Ariana -
>
> How are you doing? How are classes and readjusting back to Duke? Thanks for following up with Dr. Bryce, have you continued to meet with her? What are your plans for the upcoming Thanksgiving Break? Send me an update with how things are going and let me know if you need anything.
>
> Sincerely,
> Christine Pesetski
> --
> Christine Pesetski
> Assistant Dean of Students
> Office of Case Management
> Dean of Students Office
> 216 Crowell, Box 90893
> Phone: 919 684-6632
> Fax: 919 681-7390
> christine.pesetski@duke.edu

On Wed, Nov 14, 2012 at 4:00 PM, Christine Pesetski <christine.pesetski@duke.edu> wrote:

Dear Ariana -

How are you doing? How are classes and readjusting back to Duke? Thanks for following up with Dr. Bryce, have you continued to meet with her? What are your plans for the upcoming Thanksgiving Break? Send me an update with how things are going and let me know if you need anything.

Sincerely,
Christine Pesetski

...
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90693
Phone: 919-684-6632
Fax: 919-681-7390
christine.pesetski@duke.edu

CONFIDENTIAL
DUKE-QPL-00007905

| From: | Christine Pesetski <christine.pesetski@duke.edu> |
|---|---|
| Sent: | Monday, March 25, 2013 11:10 AM |
| To: | Sabrina Thomas, Ph.D. <sabrina.thomas@duke.edu>; Stephen Bryan <sbryan@duke.edu>; Emily Baker <emily.e.baker@duke.edu>; Sheila Broderick <sbrod@duke.edu> |
| Cc: | Amy Powell <a.powell@duke.edu>; Sue Wasiolek <Dean.Sue@duke.edu>; Debbie Lo Biondo <dab@duke.edu> |
| Subject: | FW: Student of Concern Report Notification |

Fyi – I left a voicemail message for Ariana's off campus therapist, Dr. Sarah Bryce. Below is the email Ariana sent me on Saturday in response to my check in with her. I will continue to follow her for case management. - Christine

Hi Christine,

**Thank you for following up.**

Things are pretty rough right now this semester. I am struggling to compartmentalize the trials and my school work. I might have to withdraw from Spanish if my teacher won't give me an extended deadline. It would be helpful if my teacher understood the amount of stress I have, but I have already talked with my Dean about this and they have already chatted.

I will update you Monday after the final decision is made.

Best,

**Ariana Qayumi**
*Duke University, TWL Scholars '15*
ariana.qayumi@duke.edu | 480-734-1096

--
Christine Pesetski
Assistant Dean of Students
Office of Case Management
Dean of Students Office
216 Crowell, Box 90893
Phone: 919 684-6632
Fax: 919 681-7390
christine.pesetski@duke.edu

**From:** Christine Pesetski <christine.pesetski@duke.edu>
**Date:** Monday, March 25, 2013 10:59 AM
**To:** Christine Pesetski <christine.pesetski@duke.edu>
**Subject:** Student of Concern Report Notification

A Care Report has been entered into ADVOCATE.
SOC Report #:C00248-2013

Concern identified by:Christine Pesetski Jae Cheon
Resident Assistant
_____

Report Date: March 24, 2013 6:30 PM

Incident Date:

Location: Wannamaker
_____
Student(s) Involved: Ariana Qayumi (0530440)
WANNAMAKER
ROOM 214
WANNAMAKER QUAD
WA214
ariana.qayumi@duke.edu
DOB: March 27, 1992; Gender: Female
Major: UNDEC6
Expected graduation term: 2015 Sprng
Greek (blank if none):
Scholarship (blank if none):
ROTC (blank if none):
Athlete: RW Yes No longer on team - 3/2/11 August 1, 2010

_____
Concern Type:

Description of concern: COPY TO A CARE REPORT: SUMMARY - Ariana reported her to RA that she was pursing a sexual misconduct legal case. She stated to the RA that she believed she had to report the legal situation to her RA. Ariana stated to her RA that she does not feel comfortable being alone and has considered telling her friends what is going on. She told the RA that her various deans know what is going on.

At 6:45pm, Ariana Qayumi, one of my residents, came in to talk to me. She told me that she had to notify me of something. We went into my room to discuss. She said that she is currently pursuing a sexual misconduct legal case for events that happened to her during her freshman year. She had thought that the responsible students were expelled, but she recently saw one of them on campus. It is for this reason that she is taking further legal action now. She did not name specific students, but she said that a number of them were wrestlers. She said that the legal processes were underway and that her deans already know about the situation. She was told that she needed to notify me, her RA. She also said that she would have documents for me in the near future.

She did not want to pursue the subject further, saying that because of the complexity of the legal proceedings, she could not discuss the topic in great detail. Instead, I just asked her about how she was holding up. She said is currently overloading with 5 classes and many extracurriculars, so has been quite stressed. She said that the next week would be a challenge because of all the legal meetings she would have to attend. Her mother will be arriving soon to assist in the process. Ariana said that she "really wanted people around her right now because she does not feel safe alone." I asked her if she feels unsafe in the residence hall, but she said it was not the dormitory specifically - she just did not want to be alone in general. She was concerned that the previous offenders might hurt her. I had noticed that she had taken her name door dec down from her door. She has been asking various friends to study with her and eat with her. She was considering telling her oth
er friends about the situation. She said that a few of them had noticed her mood and asked her about it. She would usually just say it was stress from school, but she was not sure if she wanted to tell others. Her former roommate, Gina Au, already knows. Ariana also mentioned an instance of being extremely "affected" by a video shown at a mental health event about sexual misconduct.

If and when Ariana bring documents to me, I will take them to the Crowell-Wannamaker RC, Emily Baker, unless directed otherwise. I also plan to invite Ariana to lunch/dinner with me more often. I was not sure what recommendation to make about her indecision in wanting to discuss this with others, but I did say that she was welcome to come talk to me. I informed her that I would need to write an incident report and notify Emily Baker. She did not seem to be happy about this, so I clarified that it was not to get her in trouble and also that only a select number of administrators see it. She said that her deans already know about this, so it should not be an issue. She seemed to relax a little after saying this.

_____

Plan: Stephen Bryan is handling the allegations. Will share this information with Ariana's academic dean, HDRL, Sheila Broderick and her community therapist.


Primary Contact: