UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:16-cv-01038

| | |
|---|---|
| ARIANA QAYUMI, ) | |
| ) | |
| Plaintiff, ) | **DUKE UNIVERSITY'S** |
| ) | **NOTICE IN RESPONSE TO** |
| v. ) | **COURT'S DOCKET ENTRY 111** |
| ) | |
| DUKE UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

As invited by the Court in its docket entry on August 22, 2018 [DE 111], counsel for Duke University has reviewed the cases for an appellate decision by the Fourth Circuit addressing whether fees charged by private process servers are recoverable as costs. Counsel for Duke University has not located any decision by the Fourth Circuit addressing this issue. Duke University relies on United States District Court for the Middle District of North Carolina Bill of Costs Guide (providing that reasonable costs for service by private process serves are normally taxable) and Rule 54.1(c)(1)(v) of the Rules of Practice and Procedure of the United States District Court for the Middle District of North Carolina (providing same).

This the 7th day of September, 2018.

/s/ Dixie T. Wells
Dixie T. Wells
N.C. State Bar No. 26816
Christopher W. Jackson
N.C. State Bar No. 42939
**ELLIS & WINTERS LLP**
300 N. Greene, Suite 800

Greensboro, NC 27401
Tel. (336) 217-4193
Fax (336) 217-4198
dixie.wells@elliswinters.com
chris.jackson@elliswinters.com

Thomas H. Segars
N.C. State Bar No. 29433
**ELLIS & WINTERS LLP**
P O Box 33550
Raleigh, NC 27636
Tel. (919) 865-7000
Fax (919) 865-7010
tom.segars@elliswinters.com

Attorneys for Defendant Duke University

## CERTIFICATE OF SERVICE

This is to certify that I have electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filling to the following:

>Robert C. Ekstrand
>Stefanie Sparks Smith
>Ekstrand & Ekstrand LLP
>110 Swift Avenue, Second Floor
>Durham, North Carolina 27705
>rce@ninthstreetlaw.com
>sas@ninthstreetlaw.com
>
>Kerry Sutton
>Sutton & Lindsey, PLLC
>3215 Deerchase Wynd, Suite 203
>Durham, NC 27712
>kws@suttonlindsay.com

This the 7th day of September, 2018.

/s/ Dixie T. Wells
Dixie T. Wells